AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Maryanne T. | US Court of Appeals 3rdCircuit | 9/1/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USPO & Courthouse Bldg <br> Newark, NJ 07101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Co-Trustee | Trust #6 |
| 5. | Co-Trustee | Trust #7 |
| 6. | Co-Trustee | Trust #19 |
| 7. | Trustee | Trust #25 |
| 8. | Trustee | Trust #26 |
| 9. | Trustee | Trust #28 |
| 10. | Trustee | Trust #29 |
| 11. | Trustee | Trust #30 |

**Barry, Maryanne T.**

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #2 Brooklyn, NY | G | Rent | J | U | | | | | |
| 2. Rental Property #16 Brooklyn, NY | B | Rent | J | U | | | | | |
| 3. Rental Property #17 Brooklyn, NY | B | Rent | J | U | | | | | |
| 4. Rental Property #22 Brooklyn, NY | D | Rent | J | U | | | | | |
| 5. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 6. Rental Property #10 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7. ▨▨▨ Trust #6 - List of Assets | E | Dividend | P1 | T | | | | | |
| 8. - CAPITAL INCOME BUILDER INC | | | | | Sold (part) | 03/15/10 | K | | |
| 9. -TE MNY FUND OF AMERICA | | | | | Closed | | | | |
| 10. - AMERICAN FUNDS MONEY MARKET FUND F2 | | | | | Open | | | | |
| 11. | | | | | Closed | | | | |
| 12. - SSGA US GOV MONEY MARKET FUND | | | | | Open | | | | |
| 13. ▨▨▨ Trust #7 - List of assets: | B | Interest | P1 | T | | | | | |
| 14. -CASH JP MORGAN CHASE | | | | | | | | | |
| 15. ▨▨▨ Trust #15 - List of assets: | D | Interest | N | T | | | | | |
| 16. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 17. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |
| 19. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 20. - JPMORGAN SMALL CAP CORE FUND | | | | | | | | | |
| 21. -JPMORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 22. -JPMORGAN MUNICIPAL INCOME FUND | | | | | Sold | 05/12/10 | J | A | |
| 23. -MATTHEWS PACIFIC TIGER FUND | | | | | Buy (add'l) | 07/02/10 | J | | |
| 24. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | Sold (part) | 07/02/10 | J | | |
| 25. | | | | | Sold | 11/29/10 | J | | |
| 26. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 07/02/10 | J | | |
| 27. -JPMORGAN ASIA EQUITY FUND | | | | | Sold | 02/04/10 | J | | |
| 28. -JPMORGAN INTREPID INT'L FUND | | | | | Sold | 04/26/10 | K | | |
| 29. -EATON VANCE SPL INVT | | | | | Sold (part) | 09/13/10 | J | A | |
| 30. | | | | | Sold | 09/29/10 | J | B | |
| 31. -FMI FDS INC | | | | | | | | | |
| 32. -JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | | | | | |
| 33. -MANNING & NAPIER FUND INC | | | | | | | | | |
| 34. -THE OSTERWEIS FUND | | | | | Buy (add'l) | 07/02/10 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -ARTIO INT'L EQUITY II | | | | | Buy (add'l) | 04/26/10 | J | | |
| 36. | | | | | Sold | 07/02/10 | K | | |
| 37.  -JP MORGAN INT'L CURRENCY | | | | | | | | | |
| 38.  -PAYDEN HIGH INCOME FD | | | | | Buy (add'l) | 02/24/10 | J | | |
| 39. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 40.  -JP MORGAN STRATEGIC INCOME | | | | | Buy (add'l) | 02/24/10 | J | | |
| 41.  -ARTISAN INTL VALUE FUND- INV | | | | | Buy | 04/26/10 | J | | |
| 42.  -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Buy | 05/12/10 | J | | |
| 43.  -DREYFUS/LAUREL FDS | | | | | Buy | 05/12/10 | J | | |
| 44.  -EATON VANCE MUT FDS - FLT RT | | | | | Buy | 05/12/10 | J | | |
| 45. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 46.  -EATON VANCE MUT FDS - GLOBAL MACRO - 1 | | | | | Buy | 05/12/10 | J | | |
| 47.  -MKT NEUTRL SEL | | | | | Buy | 07/02/10 | J | | |
| 48.  -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Buy | 02/04/10 | J | | |
| 49. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 50.  -VANGUARD EMERGING MARKET | | | | | Buy | 09/15/10 | J | | |
| 51. | | | | | Buy (add'l) | 02/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -JP MORGAN RESEARCH MARKET NEUTRAL | | | | | Buy | 11/29/10 | J | | |
| 53. -ARBITRAGE FUNDS | | | | | Buy | 11/29/10 | J | | |
| 54. ▓▓ Trust #16 - List of assets: | C | Int./Div. | M | T | | | | | |
| 55. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 56. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 57. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | | | | | |
| 58. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 59. - JPMORGAN SMALL CAP CORE | | | | | | | | | |
| 60. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 61. -JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold (part) | 05/12/10 | J | A | |
| 62. -MATTHEWS PACIFIC TIGER FUND | | | | | Buy (add'l) | 07/02/10 | J | | |
| 63. -HIGHBRIDGE STATISTICAL | | | | | Sold (part) | 07/02/10 | J | | |
| 64. | | | | | Sold | 11/29/10 | J | | |
| 65. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 07/02/10 | J | | |
| 66. -JP MORGAN ASIA EQUITY FUND | | | | | Sold | 02/04/10 | J | | |
| 67. -JPMORGAN INTREPID INT'L FUND | | | | | Sold | 04/26/10 | J | | |
| 68. -MANNING & NAPIER FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JPMORGAN US LARGE CAP CORE PLUS FUND | | | | | | | | | |
| 70. -EATON VANCE SPL INV | | | | | Sold (part) | 09/13/10 | J | A | |
| 71. -FMI FDS INC | | | | | | | | | |
| 72. -THE OSTERWEIS FUND | | | | | Buy (add'l) | 07/02/10 | J | | |
| 73. -ARTIO INT'L EQUITY II | | | | | Buy (add'l) | 04/26/10 | J | | |
| 74. | | | | | Sold | 07/02/10 | J | | |
| 75. -JP MORGAN INT'L CURRENCY | | | | | | | | | |
| 76. -PAYDEN HIGH INCOME FD | | | | | Buy (add'l) | 02/24/10 | J | | |
| 77. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 78. -JP MORGAN STRATEGIC INCOME | | | | | Buy (add'l) | 02/24/10 | J | | |
| 79. -ARTISAN INTL VALUE FUND- INV | | | | | Buy | 04/26/10 | J | | |
| 80. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Buy | 05/12/10 | J | | |
| 81. -DREYFUS/LAUREL FDS | | | | | Buy | 05/12/10 | J | | |
| 82. -EATON VANCE MUT FDS FLT RT | | | | | Buy | 05/12/10 | J | | |
| 83. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 84. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Buy | 05/12/10 | J | | |
| 85. -MARKET NEUTRAL SEL | | | | | Buy | 07/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Buy | 02/04/10 | J | | |
| 87. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 88. -VANGUARD EMERGING MARKET | | | | | Buy | 09/15/10 | J | | |
| 89. -JPMORGAN RESEARCH MARKET NEUTRAL | | | | | Buy | 11/29/10 | J | | |
| 90. -ARBITRAGE FUNDS | | | | | Buy | 11/30/10 | J | | |
| 91. Trust #17 - List of assets: | E | Int./Div. | P1 | T | | | | | |
| 92. - Cash JPMorgan Tax Free Money Market | | | | | | | | | |
| 93. - JPMorgan Tax Aware US Equity Fund | | | | | | | | | |
| 94. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 95. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 96. - JPMORGAN SMALL CAP CORE FUND | | | | | | | | | |
| 97. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 98. -JP MORGAN MUNICIPAL INCOME FUND | | | | | Sold (part) | 05/12/10 | M | B | |
| 99. -MATTHEWS PACIFIC TIGER FUND | | | | | Buy (add'l) | 07/22/10 | K | | |
| 100. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | Sold (part) | 07/02/10 | J | | |
| 101. | | | | | Sold | 11/29/10 | K | | |
| 102. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 07/02/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15.001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -JPMORGAN ASIA EQUITY FUND | | | | | Sold | 02/04/10 | K | | |
| 104. -JPMORGAN INTREPID INT'L FUND | | | | | Sold | 04/27/10 | L | | |
| 105. -ISHARES RUSSELL MIDCAP INDEX | | | | | | | | | |
| 106. -EATON VANCE SPL INV | | | | | Sold (part) | 09/13/10 | K | C | |
| 107. | | | | | Sold | 09/29/10 | J | B | |
| 108. -FMI FDS INC | | | | | | | | | |
| 109. -JPMORGAN US LARGE CAP CORE | | | | | | | | | |
| 110. -MANNING & NAPIER FUNDS | | | | | | | | | |
| 111. -THE OSTERWEIS FUND | | | | | Buy (add'l) | 07/02/10 | K | | |
| 112. -ARTIO INT'L EQUITY II | | | | | Buy (add'l) | 04/27/10 | K | | |
| 113. | | | | | Sold | 07/02/10 | L | | |
| 114. -JP MORGAN INT'L CURRENCY | | | | | | | | | |
| 115. -PAYDEN HIGH INCOME FD | | | | | Buy (add'l) | 02/24/10 | K | | |
| 116. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 117. -JP MORGAN STRATEGIC INCOME | | | | | Buy (add'l) | 02/24/10 | K | | |
| 118. -ABERDEEN ASIA PACIFIC EX JAPAN | | | | | Buy | 02/04/10 | K | | |
| 119. | | | | | Buy (add'l) | 07/02/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ARTISAN INTL VALUE FUND | | | | | Buy | 04/27/10 | L | | |
| 121. -HIGHBRIDGE DYNAMIC COMMODITIES | | | | | Buy | 05/12/10 | K | | |
| 122. | | | | | Sold (part) | 12/15/10 | | | |
| 123. -DREYFUS/LAUREL FDS | | | | | Buy | 05/12/10 | K | | |
| 124. -EATON VANCE MUT FDS FLT RT | | | | | Buy | 05/12/10 | J | | |
| 125. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 126. -EATON VANCE MUT FDS- GLOBAL MACRO | | | | | Buy | 05/12/10 | J | | |
| 127. -VANGUARD EMERGING MARKET | | | | | Buy | 09/15/10 | K | | |
| 128. -GS GOLD CPN NOTE 10/7/11 | | | | | Buy | 10/08/10 | K | | |
| 129. -JPMORGAN RESEARCH MARKET NEUTRAL | | | | | Buy | 07/02/10 | K | | |
| 130. | | | | | Buy (add'l) | 11/29/10 | K | | |
| 131. -ARBITRAGE FUNDS | | | | | Buy | 11/29/10 | J | | |
| 132. Trust #1 - List of assets: | E | Dividend | N | T | | | | | |
| 133. -Bond Fund of America Inc | | | | | Sold (part) | 02/24/10 | J | A | |
| 134. | | | | | Sold | 04/12/10 | N | F | |
| 135. -Capital Core Bond Fund | | | | | Buy | 04/13/10 | N | | |
| 136. -American Funds Money Market Fund F2 | | | | | Closed | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - SSGA US Gov Money Market Fund | | | | | Open | | | | |
| 138. ▨ Trust #2 - List of assets: | E | Dividend | O | T | | | | | |
| 139. -Bond Fund of America Inc | | | | | Sold (part) | 02/24/10 | K | A | |
| 140. | | Dividend | | | Sold | 04/12/10 | O | F | |
| 141. -Capital Core Bond Fund | | | | | Buy | 04/13/10 | O | | |
| 142. -American Funds Money Market Fund F2 | | | | | Closed | | | | |
| 143. -SSGA US GOV MONEY MARKET FUND | | | | | Open | | | | |
| 144. ▨ Trust #3 - List of assets: | A | Interest | K | T | | | | | |
| 145. -CASH JP MORGAN CHASE | | | | | | | | | |
| 146. CASH JP MORGAN CHASE | C | Interest | O | T | | | | | |
| 147. CAPITAL GUARDIAN: | | | | | | | | | |
| 148. -Unilever | A | Dividend | | | Sold (part) | 02/10/10 | J | | |
| 149. | | | | | Sold (part) | 02/18/10 | K | | |
| 150. | | | | | Sold (part) | 02/19/10 | J | A | |
| 151. | | | | | Sold | 02/19/10 | J | | |
| 152. -Unilever NV NY | B | Dividend | | | Sold (part) | 08/11/10 | J | A | |
| 153. | | | | | Sold (part) | 08/11/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 08/12/10 | K | C | |
| 155. | | | | | Sold (part) | 08/13/10 | K | D | |
| 156. | | | | | Sold | 08/16/10 | J | B | |
| 157.  -Suncor Energy Inc (Y) | A | Dividend | | | Sold (part) | 04/27/10 | J | B | |
| 158.  -Sun Hung Kai Prop (Y) | A | Dividend | | | | | | | |
| 159.  -Nestle SA (Y) | C | Dividend | | | | | | | |
| 160.  -Holcim LTD (Y) | A | Dividend | | | Sold (part) | 01/08/10 | K | D | |
| 161. | | | | | Sold (part) | 01/08/10 | J | A | |
| 162. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 163.  -CRH PLC (Y) | C | Dividend | | | Sold (part) | 09/22/10 | J | | |
| 164. | | | | | Sold (part) | 09/22/10 | K | | |
| 165. | | | | | Sold (part) | 09/23/10 | J | | |
| 166. | | | | | Sold (part) | 09/23/10 | K | | |
| 167.  -Richemont Cie Fin (Y) | A | Dividend | | | | | | | |
| 168.  -Samsung Elec Gds (Y) | B | Dividend | | | | | | | |
| 169.  -Bouygues (Y) | C | Dividend | | | | | | | |
| 170.  -L'Air Liquide (Y) | B | Dividend | | | Sold (part) | 04/14/10 | K | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -HSBC Hldgs (Y) | D | Dividend | | | | | | | |
| 172. -LI & Fung (Y) | C | Dividend | | | | | | | |
| 173. -RECKITT BENCKISER (Y) | C | Dividend | | | | | | | |
| 174. -AMERICA MOVIL (Y) | A | Dividend | | | | | | | |
| 175. -STANDARD CHARTERED (Y) | C | Dividend | | | Sold (part) | 01/18/10 | L | A | |
| 176. -ESSILOR INTL (Y) | B | Dividend | | | Sold (part) | 01/18/10 | L | B | |
| 177. -KONINKLIJKE KPN NV (Y) | D | Dividend | | | Sold (part) | 01/18/10 | K | | |
| 178. | | | | | Sold (part) | 03/25/10 | J | | |
| 179. -BNP PARIBAS (Y) | B | Dividend | | | | | | | |
| 180. -EMERSON ELECTRIC (Y) | B | Dividend | | | | | | | |
| 181. -GENERAL ELECTRIC CO (Y) | A | Dividend | | | | | | | |
| 182. -ILLINOIS TOOL WORKS (Y) | C | Dividend | | | Sold (part) | 07/12/10 | K | | |
| 183. -PEPSICO (Y) | C | Dividend | | | Sold (part) | 02/09/10 | K | | |
| 184. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 185. -SCHLUMBERGER LTD (Y) | C | Dividend | | | Buy (add'l) | 02/24/10 | K | | |
| 186. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 187. | | | | | Buy (add'l) | 09/14/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/16/10 | K | | |
| 189. -UNION PACIFIC CORP (Y) | B | Dividend | | | Sold (part) | 03/18/10 | J | B | |
| 190. -AIR PRODUCTS & CHEMICALS (Y) | C | Dividend | | | Sold (part) | 02/09/10 | J | | |
| 191. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 192. -FLUOR CORP (Y) | A | Dividend | | | | | | | |
| 193. -MICROSOFT CORP (Y) | B | Dividend | | | Sold (part) | 01/19/10 | K | | |
| 194. -ROYAL DUTCH SHELL (Y) | D | Dividend | | | Sold (part) | 02/08/10 | K | | |
| 195. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 196. | | | | | Sold (part) | 04/13/10 | K | | |
| 197. -UNITED TECHNOLOGIES (Y) | A | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 198. -BERKSHIRE HATHAWAY | | | | | Sold (part) | 02/18/10 | K | C | |
| 199. | | | | | Sold (part) | 02/19/10 | J | B | |
| 200. | | | | | Sold (part) | 05/27/10 | K | C | |
| 201. | | | | | Sold (part) | 07/02/10 | J | B | |
| 202. | | | | | Sold | 07/06/10 | J | B | |
| 203. -COSTCO WHOLESALE (Y) | A | Dividend | | | Sold (part) | 01/14/10 | J | B | |
| 204. | | | | | Sold (part) | 02/09/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -LOWES COS (Y) | C | Dividend | | | Buy (add'l) | 06/21/10 | K | | |
| 206. -UNITED PARCEL SERVICE INC (Y) | A | Dividend | | | | | | | |
| 207. -FEDEX CORP (Y) | A | Dividend | | | Buy (add'l) | 03/18/10 | J | | |
| 208. | | | | | Sold (part) | 02/09/10 | J | | |
| 209. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 210. -ALLERGAN INC (Y) | A | Dividend | | | | | | | |
| 211. -RIO TINTO (Y) | C | Dividend | | | | | | | |
| 212. -SAP AG (Y) | A | Dividend | | | Sold (part) | 03/16/10 | K | | |
| 213. -COMCAST CORP (Y) | B | Dividend | | | Buy (add'l) | 09/30/10 | J | | |
| 214. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 215. -CANON (Y) | B | Dividend | | | Sold (part) | 01/18/10 | K | | |
| 216. -KRAFT FOODS (Y) | B | Dividend | | | Sold (part) | 02/09/10 | J | | |
| 217. | | | | | Sold (part) | 07/12/10 | K | | |
| 218. -HONG KONG/ CHINA GAS (Y) | A | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 219. -BHP BILLITON LTD (Y) | C | Dividend | | | | | | | |
| 220. -DAVITA (Y) | | | | | Sold (part) | 05/03/10 | K | A | |
| 221. | | | | | Sold (part) | 05/19/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 05/20/10 | J | A | |
| 223. | | | | | Sold (part) | 07/12/10 | K | A | |
| 224. -FANUC CO (Y) | B | Dividend | | | Buy (add'l) | 02/04/10 | K | | |
| 225. -CISCO SYSTEMS INC (Y) | | | | | Buy (add'l) | 03/01/10 | K | | |
| 226. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 227. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 228. -AGILENT TECH (Y) | | | | | Sold (part) | 01/19/10 | K | | |
| 229. | | | | | Sold (part) | 02/09/10 | J | | |
| 230. | | | | | Sold (part) | 02/11/10 | K | | |
| 231. | | | | | Sold (part) | 02/12/10 | J | | |
| 232. | | | | | Sold (part) | 02/12/10 | J | | |
| 233. | | | | | Sold (part) | 02/12/10 | J | | |
| 234. | | | | | Sold (part) | 02/12/10 | J | | |
| 235. | | | | | Sold (part) | 02/16/10 | J | | |
| 236. -COCA-COLA AMATIL LTD (Y) | D | Dividend | | | | | | | |
| 237. -TESCO PLC (Y) | C | Dividend | | | Sold (part) | 04/14/10 | K | | |
| 238. -SUZUKI MOTOR (Y) | A | Dividend | | | Sold (part) | 02/23/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 03/25/10 | K | B | |
| 240.  -L'OREAL (Y) | B | Dividend | | | Buy (add'l) | 06/22/10 | J | | |
| 241. | | | | | Sold (part) | 07/30/10 | J | | |
| 242. | | | | | Sold (part) | 07/30/10 | J | A | |
| 243. | | | | | Sold (part) | 08/02/10 | J | | |
| 244. | | | | | Sold (part) | 08/02/10 | J | | |
| 245. | | | | | Sold (part) | 08/03/10 | J | | |
| 246. | | | | | Sold (part) | 08/04/10 | J | | |
| 247. | | | | | Sold (part) | 08/26/10 | J | | |
| 248. | | | | | Sold (part) | 09/02/10 | J | | |
| 249.  -POTASH CORP (Y) | A | Dividend | | | Buy (add'l) | 06/21/10 | K | | |
| 250. | | | | | Sold (part) | 08/17/10 | J | D | |
| 251. | | | | | Sold (part) | 09/16/10 | J | C | |
| 252. | | | | | Sold (part) | 09/16/10 | L | E | |
| 253. | | | | | Sold (part) | 09/17/10 | K | D | |
| 254. | | | | | Sold (part) | 08/17/10 | J | D | |
| 255. | | | | | Sold (part) | 08/17/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -NATIONAL INSTRUMENTS CORP (Y) | A | Dividend | | | | | | | |
| 257. -ALLIANZ SE | | | | | Sold | 02/23/10 | K | C | |
| 258. -BAYER AG BEARER (Y) | A | Dividend | | | | | | | |
| 259. -BMW AG | A | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 260. | | | | | Sold (part) | 07/12/10 | J | A | |
| 261. | | | | | Sold | 07/12/10 | K | D | |
| 262. -VEOLIA ENVIRONMENT (Y) | C | Dividend | | | Sold (part) | 03/16/10 | K | | |
| 263. | | | | | Sold (part) | 07/12/10 | K | | |
| 264. | | | | | Sold (part) | 07/12/10 | K | | |
| 265. -TREND MICRO (Y) | B | Dividend | | | Buy (add'l) | 01/14/10 | K | | |
| 266. | | | | | Buy (add'l) | 02/03/10 | K | | |
| 267. | | | | | Buy (add'l) | 07/22/10 | L | | |
| 268. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 269. -MCDONALDS CORP (Y) | A | Dividend | | | Sold | 03/03/10 | J | B | |
| 270. | | | | | Buy | 07/23/10 | K | | |
| 271. -DANAHER CORP (Y) | A | Dividend | | | Sold (part) | 01/19/10 | K | | |
| 272. | | | | | Buy (add'l) | 06/21/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273.  -NEWCREST MINING NPV (Y) | B | Dividend | | | | | | | |
| 274.  -BARRICK GOLD CORP (Y) | A | Dividend | | | Sold (part) | 01/27/10 | K | C | |
| 275. | | | | | Sold (part) | 01/28/10 | J | B | |
| 276.  -NY ST TWY AU AMBAC 5% 4/1/2019 | D | Interest | M | T | | | | | |
| 277.  -PORT AUTH NY/NJ SER 163 5.0% 7/15/21 | | | M | T | Buy | 08/04/10 | N | | |
| 278.  -SOFTBANK CORP (Y) | A | Dividend | | | Buy (add'l) | 02/03/10 | J | | |
| 279. | | | | | Sold (part) | 03/25/10 | J | B | |
| 280. | | | | | Sold (part) | 03/25/10 | J | | |
| 281.  -The Walt Disney (Y) | B | Dividend | | | Buy (add'l) | 01/25/10 | L | | |
| 282. | | | | | Sold (part) | 01/08/10 | J | | |
| 283. | | | | | Sold (part) | 01/08/10 | K | | |
| 284. | | | | | Sold (part) | 01/25/10 | J | | |
| 285. | | | | | Sold (part) | 03/01/10 | J | A | |
| 286. | | | | | Sold (part) | 03/01/10 | K | C | |
| 287.  -MEDTRONIC INC (Y) | B | Dividend | | | Buy (add'l) | 03/01/10 | J | | |
| 288.  -BAE SYSTEMS PLC (Y) | A | Dividend | | | Sold (part) | 02/10/10 | J | | |
| 289. | | | | | Sold (part) | 04/20/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -TARGET CORP (Y) | B | Dividend | | | Sold (part) | 01/19/10 | K | | |
| 291. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 292. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 293. -CAMECO CORP (Y) | B | Dividend | | | Sold (part) | 01/18/10 | K | | |
| 294. | | | | | Sold (part) | 04/30/10 | J | | |
| 295. | | | | | Sold (part) | 05/03/10 | J | | |
| 296. | | | | | Sold (part) | 05/04/10 | J | | |
| 297. | | | | | Buy (add'l) | 09/07/10 | K | | |
| 298. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 299. | | | | | Buy (add'l) | 09/09/10 | K | | |
| 300. | | | | | Buy (add'l) | 09/22/10 | K | | |
| 301. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 302. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 303. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 304. -TORONTO-DOMINION BANK (Y) | B | Dividend | | | | | | | |
| 305. -AMAZON.COM (Y) | | | | | | | | | |
| 306. -CERNER CORP (Y) | | | | | Sold (part) | 07/12/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -SWIRE PACIFIC LTD (Y) | B | Dividend | | | Sold (part) | 01/18/10 | K | A | |
| 308. -COCA-COLA CO | A | Dividend | | | Sold (part) | 02/05/10 | K | | |
| 309. | | | | | Sold (part) | 02/08/10 | J | | |
| 310. | | | | | Sold | 05/21/10 | K | | |
| 311. -Billabong Int'l LTD (Y) | B | Dividend | | | Sold (part) | 07/13/10 | K | | |
| 312. | | | | | Sold (part) | 07/13/10 | J | | |
| 313. | | | | | Sold (part) | 09/22/10 | J | | |
| 314. | | | | | Sold (part) | 09/23/10 | K | | |
| 315. -Omega Pharma SA | | | | | Sold (part) | 04/19/10 | J | A | |
| 316. | | | | | Sold (part) | 04/19/10 | J | A | |
| 317. | | | | | Sold | 04/21/10 | J | A | |
| 318. -SAP AG Spon ADR (Y) | A | Dividend | | | | | | | |
| 319. -Siemens AG Namen (Y) | B | Dividend | | | Buy (add'l) | 07/13/10 | J | | |
| 320. -Progressive Corp Ohio (Y) | A | Dividend | | | | | | | |
| 321. -ST Lawrence NY Clarkson 4.25 7/1/2021 | E | Interest | | | Sold | 05/13/10 | N | | |
| 322. -Roche Holding AG | C | Dividend | | | Sold (part) | 02/10/10 | J | | |
| 323. | | | | | Sold (part) | 04/13/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)  U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 04/14/10 | J | | |
| 325. | | | | | Sold (part) | 07/28/10 | L | | |
| 326. | | | | | Sold (part) | 08/19/10 | K | | |
| 327. | | | | | Sold | 09/22/10 | M | | |
| 328. -Google Inc (Y) | | | | | Buy (add'l) | 01/25/10 | M | | |
| 329. | | | | | Buy (add'l) | 08/18/10 | K | | |
| 330. -Paychex Inc (Y) | B | Dividend | | | Sold (part) | 02/09/10 | J | | |
| 331. | | | | | Sold (part) | 04/01/10 | J | | |
| 332. | | | | | Sold (part) | 04/05/10 | J | | |
| 333. -Ebay Inc (Y) | | | | | | | | | |
| 334. -Boeing Co (Y) | A | Dividend | | | | | | | |
| 335. -Baxter Int'l Inc | A | Dividend | | | Sold (part) | 02/09/10 | J | | |
| 336. | | | | | Buy (add'l) | 04/14/10 | K | | |
| 337. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 338. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 339. | | | | | Sold (part) | 05/04/10 | J | | |
| 340. | | | | | Sold (part) | 05/05/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000.000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 05/05/10 | J | | |
| 342. | | | | | Sold (part) | 05/06/10 | J | | |
| 343. | | | | | Sold (part) | 05/06/10 | J | | |
| 344. | | | | | Sold | 05/07/10 | J | | |
| 345. -Genpact LTD (Y) | | | | | | | | | |
| 346. -Allegheny Tech (Y) | B | Dividend | | | Sold (part) | 01/19/10 | L | | |
| 347. | | | | | Sold (part) | 01/28/10 | K | | |
| 348. | | | | | Sold (part) | 01/29/10 | J | | |
| 349. | | | | | Sold (part) | 02/17/10 | J | | |
| 350. | | | | | Sold (part) | 02/17/10 | J | B | |
| 351. | | | | | Sold (part) | 03/17/10 | J | C | |
| 352. | | | | | Sold (part) | 03/18/10 | K | D | |
| 353. | | | | | Sold (part) | 03/19/10 | J | B | |
| 354. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 355. -Pernod Ricard SA (Y) | B | Dividend | | | | | | | |
| 356. -PEUGEOT SA | | | | | Sold | 02/23/10 | J | | |
| 357. -JP MORGAN CHASE & CO (Y) | A | Dividend | | | Sold (part) | 02/09/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 04/20/10 | J | | |
| 359. | | | | | Sold (part) | 04/20/10 | K | | |
| 360. -NORDSTROM INC (Y) | A | Dividend | | | | | | | |
| 361. -MICROCHIP TECHNOLOGY INC (Y) | A | Dividend | | | | | | | |
| 362. -CARNIVAL CORP (Y) | A | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 363. -VULCAN MATERIALS CO (Y) | B | Dividend | | | Buy (add'l) | 02/22/10 | J | | |
| 364. | | | | | Buy (add'l) | 04/22/10 | J | | |
| 365. | | | | | Sold (part) | 09/07/10 | J | | |
| 366. | | | | | Sold (part) | 09/20/10 | J | | |
| 367. | | | | | Sold (part) | 09/21/10 | J | | |
| 368. -GOLDMAN SACHS GROUP INC (Y) | B | Dividend | | | Sold (part) | 02/09/10 | K | | |
| 369. | | | | | Sold (part) | 04/16/10 | K | | |
| 370. | | | | | Sold (part) | 04/19/10 | K | | |
| 371. | | | | | Sold (part) | 04/19/10 | K | | |
| 372. -NYC TFA B 5.0% 8/1/2021 | E | Interest | N | T | | | | | |
| 373. -IMPERIAL TOBACCO PLC (Y) | C | Dividend | | | Sold (part) | 02/10/10 | J | | |
| 374. -AMERICAN TOWER CORP (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -PHILIP MORRIS INT'L (Y) | C | Dividend | | | Buy (add'l) | 03/01/10 | J | | |
| 376.  -ENERGIZER HOLDINGS INC (Y) | | | | | | | | | |
| 377.  -IL STATE TOLL HWY B 5.5% 1/1/2033 | D | Interest | L | T | | | | | |
| 378.  -APPLE INC (Y) | | | | | Buy (add'l) | 02/12/10 | K | | |
| 379. | | | | | Sold (part) | 04/28/10 | K | D | |
| 380.  -BG GROUP PLC (Y) | B | Dividend | | | Buy (add'l) | 08/19/10 | K | | |
| 381.  -BROADCOM CORP (Y) | | | | | | | | | |
| 382.  -CANADIAN NATURAL RESOURCES LTD C$ (Y) | A | Dividend | | | Sold (part) | 01/07/10 | K | C | |
| 383. | | | | | Sold (part) | 01/20/10 | K | C | |
| 384. | | | | | Sold (part) | 01/21/10 | K | D | |
| 385. | | | | | Sold (part) | 02/22/10 | K | D | |
| 386. | | | | | Sold (part) | 02/23/10 | K | D | |
| 387.  -CELGENE CORP (Y) | | | | | Buy (add'l) | 06/18/10 | J | | |
| 388. | | | | | Sold (part) | 05/04/10 | J | | |
| 389. | | | | | Sold (part) | 05/05/10 | J | | |
| 390. | | | | | Sold (part) | 05/05/10 | J | | |
| 391. | | | | | Sold (part) | 05/05/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -DBS GROUP HOLDINGS LTD (Y) | B | Dividend | | | Buy (add'l) | 10/13/10 | J | | |
| 393. | | | | | Sold (part) | 10/21/10 | J | A | |
| 394. -ECOLAB INC (Y) | B | Dividend | | | | | | | |
| 395. -EDISON INTERNATIONAL (Y) | B | Dividend | | | Sold (part) | 04/19/10 | J | A | |
| 396. | | | | | Sold (part) | 04/20/10 | J | A | |
| 397. -HEWLETT-PACKARD (Y) | A | Dividend | | | | | | | |
| 398. -INTERNATIONAL BUSINESS MACHINES CORP (Y) | C | Dividend | | | | | | | |
| 399. -IRON MOUNTAIN INC (Y) | A | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 400. -KEYENCE CORP (Y) | A | Dividend | | | | | | | |
| 401. -MARATHON OIL CORP COM (Y) | A | Dividend | | | | | | | |
| 402. -MAXIM INTEGRATED PRODS INC (Y) | A | Dividend | | | | | | | |
| 403. -MUENCHENER RUECK NAMEN VINK (Y) | A | Dividend | | | | | | | |
| 404. -NINTENDO CO LTD ADR UNSPON (Y) | C | Dividend | | | Sold (part) | 02/09/10 | L | | |
| 405. -NUCOR CORP (Y) | B | Dividend | | | Buy (add'l) | 09/30/10 | K | | |
| 406. -QUALCOMM INC (Y) | B | Dividend | | | Buy (add'l) | 06/18/10 | J | | |
| 407. -SHIRE PLC (Y) | B | Dividend | | | | | | | |
| 408. -SMC CORP (Y) | B | Dividend | | | Buy (add'l) | 02/03/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. -SYNTHES INC (Y) | A | Dividend | | | Sold (part) | 02/22/10 | J | | |
| 410. | | | | | Sold (part) | 02/24/10 | J | | |
| 411. | | | | | Sold (part) | 02/24/10 | J | | |
| 412. | | | | | Sold (part) | 02/25/10 | J | | |
| 413. -TELSTRA CORP (Y) | C | Dividend | | | Buy (add'l) | 06/28/10 | K | | |
| 414. | | | | | Sold (part) | 04/22/10 | K | C | |
| 415. - MO ST HWY & TRANSPORT 5.0% 5/1/2024 | C | Interest | | | Sold | 03/09/10 | M | E | |
| 416. -NEW YORK ST TWY AUTH SECOND GEN SER 1 5% 4/1/2019 | C | Interest | | | Sold | 03/24/10 | M | E | |
| 417. -URBAN OUTFITTERS INC (Y) | | | | | Buy (add'l) | 02/11/10 | K | | |
| 418. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 419. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 420. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 421. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 422. | | | | | Buy (add'l) | 03/12/10 | J | | , |
| 423. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 424. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 425. | | | | | Buy (add'l) | 03/16/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 427. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 428.  -WA ST GO SER E 5.0% 2/1/26 | D | Interest | | | Sold | 09/22/10 | M | E | |
| 429.  -BANK OF EAST ASIA (Y) | B | Dividend | | | | | | | |
| 430.  -DANONE (Y) | B | Dividend | | | Buy (add'l) | 02/25/10 | J | | |
| 431.  -FIRST SOLAR INC (Y) | | | | | Sold (part) | 05/17/10 | K | | |
| 432.  -MERCK & CO INC (Y) | D | Dividend | | | Buy (add'l) | 06/21/10 | J | | |
| 433. | | | | | Sold (part) | 04/09/10 | K | A | |
| 434.  -MONSANTO CO NEW COM (Y) | B | Dividend | | | Buy (add'l) | 02/24/10 | J | | |
| 435. | | | | | Buy (add'l) | 06/03/10 | L | | |
| 436. | | | | | Sold (part) | 07/06/10 | K | | |
| 437. | | | | | Sold (part) | 07/07/10 | J | | |
| 438.  -PROCTER & GAMBLE CO (Y) | C | Dividend | | | Buy (add'l) | 04/20/10 | J | | |
| 439. | | | | | Sold (part) | 09/27/10 | K | | |
| 440.  -ROGERS COMMUNICATION (Y) | B | Dividend | | | | | | | |
| 441.  -SCHWAB CHARLES NEW (Y) | B | Dividend | | | Buy (add'l) | 01/08/10 | J | | |
| 442. | | | | | Buy (add'l) | 02/25/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 444. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 445. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 446. | | | | | Buy (add'l) | 07/19/10 | K | | |
| 447. | | | | | Buy (add'l) | 07/20/10 | L | | |
| 448. | | | | | Sold (part) | 08/16/10 | L | | |
| 449. | | | | | Sold (part) | 08/17/10 | K | | |
| 450. -AUSTRALIA AND NEW ZEALAND BANKING GP LTD | | | | | Sold | 02/18/10 | J | B | |
| 451. -NATIONAL AUSTRALIA BANK LTD | | | | | Sold (part) | 02/10/10 | K | | |
| 452. | | | | | Sold | 02/11/10 | K | | |
| 453. -WESTPAC BANKING CORP (Y) | B | Dividend | | | Buy (add'l) | 04/20/10 | K | | |
| 454. | | | | | Sold (part) | 07/13/10 | K | | |
| 455. -SONOVA HOLDING AG (Y) | A | Dividend | | | Sold (part) | 07/12/10 | J | C | |
| 456. | | | | | Sold (part) | 07/12/10 | K | D | |
| 457. -SWISSCOM AG REG (Y) | B | Dividend | | | | | | | |
| 458. -NOVO NORDISK (Y) | B | Dividend | | | Buy (add'l) | 02/19/10 | J | | |
| 459. | | | | | Buy (add'l) | 02/22/10 | K | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -LINDE AG | A | Dividend | | | Sold | 07/12/10 | K | C | |
| 461. -METRO AG | A | Dividend | | | Sold (part) | 07/12/10 | K | A | |
| 462. | | | | | Sold | 07/12/10 | K | B | |
| 463. -GDF SUEZ (Y) | A | Dividend | | | | | | | |
| 464. -INDITEX | A | Dividend | | | Sold | 07/12/10 | K | C | |
| 465. -JERONIMO MARTINS SGPS (Y) | A | Dividend | | | | | | | |
| 466. -LVMH MOET HENNESSY LOUIS VUITTON SA | A | Dividend | | | Sold | 07/12/10 | K | C | |
| 467. -VINCI SA | A | Dividend | | | Sold | 07/12/10 | J | | |
| 468. -VIVENDI UNIVERSAL SA | B | Dividend | | | Sold (part) | 05/13/10 | K | | |
| 469. | | | | | Sold | 05/26/10 | J | | |
| 470. -MURATA MANUFACTURING (Y) | B | Dividend | | | Buy (add'l) | 02/03/10 | K | | |
| 471. -TERUMO CORP | | | | | Sold | 02/15/10 | K | | |
| 472. -SANDVIK AB (Y) | A | Dividend | | | | | | | |
| 473. -ALLSTATE CORP (Y) | B | Dividend | | | Buy (add'l) | 01/06/10 | J | | |
| 474. -AMERICAN WATER WORKS (Y) | C | Dividend | | | | | | | |
| 475. -CHEVRON CORP (Y) | B | Dividend | | | Sold (part) | 07/12/10 | J | | |
| 476. -HDFC BANK LTD (Y) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -JUNIPER NETWORKS INC (Y) | | | | | Buy (add'l) | 02/22/10 | J | | |
| 478. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 479. | | | | | Sold (part) | 07/12/10 | K | | |
| 480. -NORFOLK SOUTHERN CORP (Y) | A | Dividend | | | Buy (add'l) | 08/18/10 | K | | |
| 481. -SASOL SPON ADR | A | Dividend | | | Sold | 04/22/10 | J | A | |
| 482. -TYCO ELECTRONICS LTD (Y) | A | Dividend | | | | | | | |
| 483. -UNITEDHEALTH GROUP INC (Y) | A | Dividend | | | | | | | |
| 484. -VISA INC CL (Y) | A | Dividend | | | Sold (part) | 01/19/10 | K | C | |
| 485. | | | | | Buy (add'l) | 04/19/10 | K | | |
| 486. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 487. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 488. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 489. | | | | | Buy (add'l) | 09/17/10 | K | | |
| 490. -WAL-MART STORES INC | A | Dividend | | | Buy (add'l) | 01/19/10 | K | | |
| 491. | | | | | Sold (part) | 03/12/10 | K | | |
| 492. | | | | | Sold (part) | 07/30/10 | J | A | |
| 493. | | | | | Sold | 07/30/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -QANTAS AIRWAYS LTD | | | | | Sold (part) | 05/06/10 | J | | |
| 495. | | | | | Sold | 05/06/10 | J | | |
| 496. -SES FDR CL A (PARIS) (Y) | B | Dividend | | | | | | | |
| 497. -BANCO SANTANDER SA | A | Dividend | | | Sold (part) | 05/06/10 | J | | |
| 498. | | | | | Sold (part) | 05/10/10 | J | | |
| 499. | | | | | Sold | 05/11/10 | J | | |
| 500. -DIAGEO PLC (Y) | B | Dividend | | | | | | | |
| 501. -ANGLO AMERICAN PLC (Y) | A | Dividend | | | | | | | |
| 502. -NATIONAL GRID (Y) | C | Dividend | | | Buy (add'l) | 02/03/10 | J | | |
| 503. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 504. -TINGYI HOLDING CORP (Y) | A | Dividend | | | | | | | |
| 505. -VOLVO AB B | | | | | Sold | 07/12/10 | K | D | |
| 506. -HENNES & MAURITZ AB (Y) | C | Dividend | | | | | | | |
| 507. -ADOBE SYSTEMS INC (Y) | | | | | | | | | |
| 508. -JOHNSON & JOHNSON | B | Dividend | | | Sold (part) | 04/12/10 | K | C | |
| 509. | | | | | Sold (part) | 05/28/10 | K | B | |
| 510. | | | | | Sold | 05/28/10 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  -GENERAL MILLS (Y) | B | Dividend | | | Buy (add'l) | 04/14/10 | J | | |
| 512.  -TRANSOCEAN LTD | | | | | Buy (add'l) | 06/21/10 | J | | |
| 513. | | | | | Sold (part) | 06/16/10 | J | | |
| 514. | | | | | Sold | 07/23/10 | J | | |
| 515.  -STRAYER ED INC | A | Dividend | | | Buy (add'l) | 02/17/10 | K | | |
| 516. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 517. | | | | | Sold (part) | 08/19/10 | K | | |
| 518. | | | | | Sold (part) | 08/20/10 | K | | |
| 519. | | | | | Sold (part) | 08/23/10 | K | | |
| 520. | | | | | Sold (part) | 08/24/10 | K | | |
| 521. | | | | | Sold (part) | 08/25/10 | K | | |
| 522. | | | | | Sold (part) | 08/26/10 | K | | |
| 523. | | | | | Sold | 08/27/10 | K | | |
| 524.  -CSL LTD (Y) | B | Dividend | | | Buy | 02/22/10 | J | | |
| 525. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 526. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 527. | | | | | Buy (add'l) | 04/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -CENOVUS ENERGY INC C$ (Y) | B | Dividend | | | Buy | 01/25/10 | K | | |
| 529. | | | | | Buy (add'l) | 01/26/10 | K | | |
| 530. | | | | | Buy (add'l) | 03/08/10 | K | | |
| 531. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 532. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 533. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 534. | | | | | Buy (add'l) | 07/23/10 | L | | |
| 535. | | | | | Buy (add'l) | 09/30/10 | K | | |
| 536. -CENOVUS ENERGY INC (Y) | A | Dividend | | | Buy | 06/02/10 | J | | |
| 537. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 538. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 539. -PENGROWTH ENERGY TRUST (Y) | A | Dividend | | | Buy | 03/18/10 | J | | |
| 540. -LI NING CO LTD (Y) | A | Dividend | | | Buy | 01/28/10 | J | | |
| 541. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 542. -CHINA SHENHUA ENERGY (Y) | A | Dividend | | | Buy | 03/31/10 | K | | |
| 543. | | | | | Buy (add'l) | 09/29/10 | L | | |
| 544. | | | | | Buy (add'l) | 09/29/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -STANLEY BLACK & DECKER (Y) | A | Dividend | | | Buy | 01/07/10 | J | | |
| 546. | | | | | Buy (add'l) | 01/08/10 | J | | |
| 547. | | | | | Buy (add'l) | 01/14/10 | J | | |
| 548. -VERIZON COMMUNICATIONS (Y) | A | Dividend | | | Buy | 01/13/10 | K | | |
| 549. -DREAMWORKS ANIMATION SKG INC (Y) | | | | | Buy | 01/14/10 | J | | |
| 550. | | | | | Buy (add'l) | 01/15/10 | J | | |
| 551. | | | | | Buy (add'l) | 01/20/10 | J | | |
| 552. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 553. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 554. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 555. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 556. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 557. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 558. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 559. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 560. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 561. | | | | | Buy (add'l) | 02/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 563. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 564. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 565. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 566. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 567. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 568. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 569. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 570. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 571. | | | | | Buy (add'l) | 02/18/10 | J | | |
| 572. | | | | | Buy (add'l) | 05/28/10 | K | | |
| 573. | | | | | Buy (add'l) | 07/21/10 | K | | |
| 574. | | | | | Buy (add'l) | 07/22/10 | K | | |
| 575. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 576. | | | | | Buy (add'l) | 07/26/10 | K | | |
| 577. | | | | | Sold (part) | 08/23/10 | J | | |
| 578. | | | | | Sold (part) | 08/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 08/25/10 | J | | |
| 580. | | | | | Sold (part) | 08/26/10 | J | | |
| 581. | | | | | Sold (part) | 08/27/10 | J | | |
| 582. | | | | | Sold (part) | 08/30/10 | J | | |
| 583. | | | | | Sold (part) | 08/31/10 | J | | |
| 584. | | | | | Sold (part) | 08/31/10 | J | | |
| 585. | | | | | Sold (part) | 09/01/10 | J | | |
| 586. | | | | | Sold (part) | 09/02/10 | J | | |
| 587. -ICICI BANK LTD SPON (Y) | A | Dividend | | | Buy | 02/25/10 | J | | |
| 588. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 589. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 590. | | | | | Buy (add'l) | 03/05/10 | J | | |
| 591. | | | | | Buy (add'l) | 03/09/10 | J | | |
| 592. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 593. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 594. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 595. | | | | | Buy (add'l) | 03/24/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 597. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 598. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 599.  -BRISTOL-MYERS SQUIBB CO (Y) | D | Dividend | | | Buy | 02/10/10 | K | | |
| 600. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 601. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 602. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 603. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 604.  -3M COMPANY (Y) | B | Dividend | | | Buy | 02/17/10 | K | | |
| 605. | | | | | Buy (add'l) | 02/18/10 | K | | |
| 606. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 607. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 608. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 609.  -SCRIPPS NETWORKS INTERACTIVE (Y) | A | Dividend | | | Buy | 02/24/10 | J | | |
| 610. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 611. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 612. | | | | | Buy (add'l) | 02/25/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 614. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 615. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 616. | | | | | Buy (add'l) | 09/30/10 | K | | |
| 617. -WEATHERFORD INTL LTD (Y) | | | | | Buy | 03/01/10 | K | | |
| 618. | | | | | Buy (add'l) | 04/26/10 | K | | |
| 619. -NY ST ENVIRON FAC CLEAN WTR 5.25% 6/15/12 | D | Interest | M | T | | | | | |
| 620. -NY ST HSG PIT REV 5.0% 9/15/2025 | C | Interest | L | T | | | | | |
| 621. -NY ST THRUWAY (2ND BRDGE & HWY) 5.0% 4/1/13 | C | Interest | M | T | Buy | 03/17/10 | M | | |
| 622. -NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 | D | Interest | M | T | Buy | 03/25/10 | M | | |
| 623. - NYC GO 5% 8/1/15 | D | Interest | | | Sold | 07/28/10 | M | E | |
| 624. -NYC GO 5% 4/1/13 | C | Interest | | | Sold | 07/28/10 | M | D | |
| 625. -NJ EDA PRINCETON UNIV SER K 4.75% 7/1/23 | D | Interest | | | Sold | 09/22/10 | N | E | |
| 626. -NY EMPIRE UD FSA 5.0% 1/1/13 | D | Interest | | | Sold | 07/09/10 | M | C | |
| 627. -NY LGAC 5.0% 4/1/2013 | D | Interest | M | T | | | | | |
| 628. -RELIANCE INDUSTRIES (Y) | A | Dividend | | | Buy | 03/19/10 | K | | |
| 629. | | | | | Buy (add'l) | 03/25/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 631. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 632. -PETROLEO BRASILEIRO SA PETROBR SP ADR (Y) | A | Dividend | | | Buy | 03/22/10 | K | | |
| 633. | | | | | Buy (add'l) | 03/23/10 | J | | |
| 634. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 635. -NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 | D | Interest | M | T | | | | | |
| 636. -DC WTR & SWR REV SER A SF 4.80% 10/1/2024 | D | Interest | N | T | | | | | |
| 637. -GA HIED FIN AUTH USG RE SF 6.0% 6/15/2028 | E | Interest | N | T | | | | | |
| 638. -NY DORM AUTH SVC CONTRACT 4.375% 4/1/11 | D | Interest | M | T | | | | | |
| 639. -NY CITY TFA A 5.5% 11/1/2026 | E | Interest | N | T | | | | | |
| 640. -NY CITY MUNI WTR AUTH 09EE 5.0% 6/15/18 | D | Interest | M | T | | | | | |
| 641. -NY MTA TRIBOROUGH B&T SER A 5% 11/15/16 | E | Interest | O | T | | | | | |
| 642. -MTA NY (P) 5% 11/15/23 (X) | D | Interest | N | T | | | | | |
| 643. NY SALES TAX REC MBIA 5.0% 10/15/21 | E | Interest | O | T | | | | | |
| 644. NY ST DORM AUTH PERS INC TAX 5% 3/15/18 | E | Interest | O | T | | | | | |
| 645. -NY ST THRUWAY (2ND BRG & HWY) 5.0% 4/1/22 (X) | B | Interest | L | T | | | | | |
| 646. -NY ST URB DEV CORP PREFER 5.0% 3/15/33 | E | Interest | N | T | Sold (part) | 08/04/10 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -OHIO HI/ED CLEVELAND CLINIC 5.125% 1/1/28 | E | Interest | | | Sold | 09/22/10 | N | E | |
| 648. -LI PWR AUTH NY 2010A 5.0% 5/1/2014 | C | Interest | M | T | Buy | 05/18/10 | M | | |
| 649. -NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 | B | Interest | L | T | Buy | 06/04/10 | L | | |
| 650. -PR ELEC PWR AUTH NN PREFER 5.5% 7/1/18 | A | Interest | M | T | Buy | 06/08/10 | M | | |
| 651. -NY DORM AUTH MT SINAI HOSP 5.0% 7/1/14 | | | M | T | Buy | 06/10/10 | M | | |
| 652. -NYC HLTH AND HOSP 5.0% 2/15/20 | | | N | T | Buy | 10/26/10 | N | | |
| 653. NYC HLTH/HOSP CORP FSA 4.05% 2/15/11 | D | Interest | M | T | | | | | |
| 654. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/15 | | | L | T | Buy | 11/05/10 | M | | |
| 655. -MONROE CO NY UNITY HOSP ROCHESTER FHA 5.0% 2/15/17 | | | M | T | Buy | 11/05/10 | M | | |
| 656. -ARIZON A HEALTH FACS AUTH HOSP SYS REV VAR 2/1/2042 | C | Interest | N | T | | | | | |
| 657. -ATLANTA GA ARPT 10C 5.0% 1/1/09 | | | M | T | Buy | 12/23/10 | M | | |
| 658. -ASML HOLDING NV (Y) | | | | | Buy | 06/30/10 | K | | |
| 659. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 660. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 661. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 662. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 663. | | | | | Sold (part) | 07/19/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -BOC HONG KONG HOLDINGS LTD (Y) | B | Dividend | | | Buy | 04/13/10 | K | | |
| 665. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 666. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 667. -CHINA LIFE INSURANCE CO LTD (Y) | B | Dividend | | | Buy | 04/14/10 | L | | |
| 668. -BANK OF CHINA LTD (Y) | | | | | Buy | 06/21/10 | L | | |
| 669. -KURITA WATER INDUSTRIES LTD (Y) | B | Dividend | | | Buy | 06/07/10 | K | | |
| 670. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 671. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 672. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 673. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 674. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 675. | | | | | Buy (add'l) | 06/16/10 | J | | |
| 676. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 677. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 678. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 679. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 680. | | | | | Buy (add'l) | 07/16/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000.000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 07/21/10 | J | | |
| 682. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 683. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 684. | | | | | Buy (add'l) | 08/04/10 | J | | |
| 685. | | | | | Buy (add'l) | 08/05/10 | J | | |
| 686. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 687. | | | | | Buy (add'l) | 08/11/10 | J | | |
| 688. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 689. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 690. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 691. | | | | | Buy (add'l) | 08/19/10 | L | | |
| 692. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 693. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 694. | | | | | Buy (add'l) | 09/13/10 | J | | |
| 695. | | | | | Buy (add'l) | 09/14/10 | J | | |
| 696. | | | | | Buy (add'l) | 09/15/10 | J | | |
| 697. | | | | | Buy (add'l) | 09/30/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  -JGC CORP (Y) | | | | | Buy | 06/22/10 | K | | |
| 699.  -AON CORP (Y) | A | Dividend | | | Buy | 04/01/10 | J | | |
| 700. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 701. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 702. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 703. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 704. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 705. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 706. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 707.  -HALLIBURTON CO (Y) | A | Dividend | | | Buy | 05/26/10 | J | | |
| 708. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 709. | | | | | Buy (add'l) | 08/06/10 | L | | |
| 710.  -TIME WARNER CABLE INC (Y) | A | Dividend | | | Buy | 06/17/10 | J | | |
| 711. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 712. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 713.  -COACH (Y) | A | Dividend | | | Buy | 06/18/10 | J | | |
| 714. | | | | | Buy (add'l) | 06/21/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -BEST BUY INC (Y) | A | Dividend | | | Buy | 06/21/10 | K | | |
| 716. -OMNICOM GROUP INC (Y) | A | Dividend | | | Buy | 06/21/10 | K | | |
| 717. -WI ST CLEAN WTR REV SER 3 5.125% 6/1/26 | C | Interest | | | Sold | 04/30/10 | M | E | |
| 718. -SHANGRI- LA ASIA (Z) (Y) | A | Dividend | | | | | | | |
| 719. - SPECTRA ENERGY (Z) (Y) | A | Dividend | | | | | | | |
| 720. -INMET MINING CORP (Y) | | | | | Buy | 07/23/10 | J | | |
| 721. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 722. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 723. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 724. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 725. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 726. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 727. -TELUS CORPORATION (Y) | A | Dividend | | | Buy | 07/26/10 | J | | |
| 728. | | | | | Buy (add'l) | 07/26/10 | K | | |
| 729. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 730. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 731. -NOVARTIS AG NAMEN (Y) | | | | | Buy | 08/02/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. -LLOYDS TSB GROUP PLC (Y) | | | | | Buy | 08/02/10 | K | | |
| 733. | | | | | Buy (add'l) | 08/02/10 | K | | |
| 734. -SAN ANTONIO E/G REV 5.0% 2/1/18 | D | Interest | M | T | | | | | |
| 735. -MET TRANS AUTH NY 4.0% 11/15/14 | C | Interest | M | T | Buy | 07/07/10 | M | | |
| 736. -MET TRANS AUTH NY MBIA 5% 11/15/2015 | D | Interest | M | T | | | | | |
| 737. -TIFFANY & CO NEW (Y) | A | Dividend | | | Buy | 08/11/10 | J | | |
| 738. | | | | | Buy (add'l) | 08/12/10 | J | | |
| 739. | | | | | Buy (add'l) | 08/12/10 | J | | |
| 740. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 741. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 742. | | | | | Buy (add'l) | 08/16/10 | K | | |
| 743. | | | | | Buy (add'l) | 08/17/10 | K | | |
| 744. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 745. | | | | | Buy (add'l) | 08/18/10 | K | | |
| 746. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 747. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 748. | | | | | Buy (add'l) | 08/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 750. -NEW YORK CITY GO 5.0% 8/1/18 | | | N | T | Buy | 08/12/10 | N | | |
| 751. -WELLS FARGO & CO (Y) | | | | | Buy | 08/18/10 | K | | |
| 752. | | | | | Buy (add'l) | 08/19/10 | K | | |
| 753. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 754. -NOBLE ENERGY INC (Y) | | | | | Buy | 09/09/10 | K | | |
| 755. | | | | | Buy (add'l) | 09/10/10 | M | | |
| 756. | | | | | Buy (add'l) | 09/23/10 | K | | |
| 757. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 758. -ORACLE CORP (Y) | | | | | Buy | 09/22/10 | L | | |
| 759. -KLA-TENCOR CORP (Y) | | | | | Buy | 09/30/10 | J | | |
| 760. -FRONTIER COMMUNICATIONS CORP | | | | | Spinoff (from line 548) | 07/04/10 | J | | |
| 761. | | | | | Sold | 08/26/10 | J | | |
| 762. -HUDSON CITY BANCORP INC (Z) | A | Dividend | | | Sold (part) | 09/21/10 | J | | |
| 763. | | | | | Sold (part) | 09/22/10 | J | | |
| 764. | | | | | Sold (part) | 09/23/10 | J | | |
| 765. | | | | | Sold | 09/24/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -SSGA US GOV MONEY MARKET FUND | A | Dividend | P1 | T | | | | | |
| 767. Rental Property #14, Norfolk,VA | E | Rent | N | U | | | | | |
| 768. Rental Property #15, Norfolk,VA | F | Rent | O | U | | | | | |
| 769. AMERICAN FUNDS IRA - LIST OF ASSETS | C | Dividend | M | T | | | | | |
| 770. -EUROPACIFIC GROWTH | | | | | | | | | |
| 771. -THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 772. -CAPITAL INCOME BUILDER | | | | | | | | | |
| 773. ▓▓ Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |
| 774. -ALLIANZ SE | | | | | Sold | 02/23/10 | K | D | |
| 775. -SONOVA | | | | | Sold (part) | 07/12/10 | J | C | |
| 776. | | | | | Sold (part) | 07/12/10 | K | D | |
| 777. -ROGERS COMMUNICATION | | | | | | | | | |
| 778. -MURATA MANUFACTURING | | | | | Buy (add'l) | 01/21/10 | K | | |
| 779. -BROADCOM CORP | | | | | | | | | |
| 780. -DBS GROUP HOLDINGS | | | | | | | | | |
| 781. -EDISON INTERNATIONAL | | | | | Sold (part) | 04/19/10 | J | A | |
| 782. | | | | | Sold (part) | 04/20/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. | | | | | Sold (part) | 04/20/10 | K | C | |
| 784. -FIRST SOLAR INC | | | | | Sold (part) | 05/17/10 | K | B | |
| 785. | | | | | Sold (part) | 05/17/10 | K | | |
| 786. -JUNIPER NETWORKS | | | | | Buy (add'l) | 02/22/10 | K | | |
| 787. | | | | | Buy (add'l) | 02/24/10 | K | | |
| 788. | | | | | Sold (part) | 07/12/10 | K | | |
| 789. -RICHEMONT AG | | | | | | | | | |
| 790. -SWISSCOM AG REG | | | | | | | | | |
| 791. -HDFC BANK LTD | | | | | | | | | |
| 792. -KEYENCE CORP | | | | | | | | | |
| 793. -MAXIM INTEGRATED PRODS INC | | | | | | | | | |
| 794. - LI & FUNG | | | | | | | | | |
| 795. - SAP | | | | | Sold (part) | 03/16/10 | L | D | |
| 796. - HONG KONG & CHINA GAS | | | | | Buy (add'l) | 11/04/10 | K | | |
| 797. | | | | | Buy (add'l) | 11/05/10 | K | | |
| 798. - COCA-COLA AMATIL | | | | | | | | | |
| 799. - EMERSON ELEC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -GENERAL ELECTRIC CO | | | | | | | | | |
| 801.  -SIEMENS | | | | | Buy (add'l) | 07/13/10 | K | | |
| 802. | | | | | Buy (add'l) | 12/07/10 | M | | |
| 803.  - ILLINOIS TOOL WORKS | | | | | Sold (part) | 07/12/10 | K | | |
| 804. | | | | | Buy (add'l) | 11/09/10 | K | | |
| 805. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 806. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 807. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 808.  - IBM | | | | | Buy (add'l) | 10/04/10 | J | | |
| 809.  - NESTLE SA | | | | | | | | | |
| 810.  -PEPSICO INC | | | | | | | | | |
| 811.  -NOVO NORDISK | | | | | Buy (add'l) | 02/19/10 | K | | |
| 812. | | | | | Buy (add'l) | 02/22/10 | L | | |
| 813.  - SCHLUMBERGER | | | | | Buy (add'l) | 02/24/10 | K | | |
| 814. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 815. | | | | | Buy (add'l) | 09/14/10 | J | | |
| 816. | | | | | Buy (add'l) | 09/16/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 10/28/10 | K | | |
| 818. - UNION PACIFIC | | | | | Sold (part) | 03/18/10 | J | D | |
| 819. - HSBC HLDGS | | | | | | | | | |
| 820. - AIR PRODUCTS & CHEMS | | | | | | | | | |
| 821. - BHP BILLITON | | | | | | | | | |
| 822. -QANTAS | | | | | Sold (part) | 05/06/10 | J | D | |
| 823. | | | | | Sold | 05/06/10 | K | C | |
| 824. - RIO TINTO | | | | | Buy (add'l) | 11/05/10 | K | | |
| 825. - ROYAL DUTCH | | | | | Sold (part) | 02/08/10 | K | | |
| 826. | | | | | Sold (part) | 04/13/10 | L | | |
| 827. - TESCO | | | | | Sold (part) | 04/14/10 | K | | |
| 828. -ANGLO AMERICAN PLC | | | | | | | | | |
| 829. -NATIONAL GRID PLC | | | | | Buy (add'l) | 02/03/10 | K | | |
| 830. | | | | | Buy (add'l) | 06/11/10 | K | | |
| 831. - UNITED TECHNOLOGIES | | | | | Buy (add'l) | 12/31/10 | K | | |
| 832. - L'AIR LIQUIDE BEARER | | | | | Sold (part) | 04/14/10 | J | | |
| 833. -DIAGEO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - BERKSHIRE HATHAWAY | | | | | Sold (part) | 02/18/10 | L | D | |
| 835. | | | | | Sold (part) | 02/19/10 | J | B | |
| 836. | | | | | Sold (part) | 05/27/10 | L | E | |
| 837. | | | | | Sold (part) | 07/02/10 | J | C | |
| 838. | | | | | Sold | 07/06/10 | K | D | |
| 839. - COSTCO | | | | | Sold (part) | 01/14/10 | J | C | |
| 840. - LOWES COMPANIES INC | | | | | Sold (part) | 03/18/10 | J | | |
| 841. -AMERICAN WATER WORKS | | | | | | | | | |
| 842. -UNITEDHEALTH GROUP | | | | | | | | | |
| 843. -SASOL SPON ADR | | | | | Sold | 04/22/10 | K | C | |
| 844. - OMNICOM GROUP | | | | | | | | | |
| 845. - AGILENT TECH | | | | | Sold (part) | 02/11/10 | L | | |
| 846. | | | | | Sold (part) | 02/12/10 | K | A | |
| 847. | | | | | Sold (part) | 02/12/10 | J | B | |
| 848. | | | | | Sold (part) | 02/12/10 | K | D | |
| 849. | | | | | Sold (part) | 02/12/10 | J | B | |
| 850. | | | | | Sold (part) | 02/16/10 | K | D | |

1. Income Gain Codes:      A =$1,000 or less         B =$1,001 - $2,500          C =$2,501 - $5,000           D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  - FEDEX | | | | | Buy (add'l) | 02/24/10 | K | | |
| 852.  - KRAFT FOODS | | | | | Sold (part) | 07/12/10 | K | | |
| 853.  - SUNCOR ENERGY | | | | | Sold (part) | 04/27/10 | J | D | |
| 854.  - BNP PARIBAS | | | | | Buy (add'l) | 10/05/10 | K | | |
| 855. | | | | | Sold (part) | 12/01/10 | J | | |
| 856. | | | | | Sold (part) | 12/01/10 | J | | |
| 857. | | | | | Sold (part) | 12/02/10 | J | | |
| 858. | | | | | Sold (part) | 12/02/10 | J | | |
| 859. | | | | | Sold (part) | 12/08/10 | J | | |
| 860.  - COMCAST | | | | | Buy (add'l) | 09/29/10 | J | | |
| 861. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 862. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 863. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 864. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 865. | | | | | Buy (add'l) | 10/28/10 | K | | |
| 866. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 867. | | | | | Buy (add'l) | 11/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 11/26/10 | K | | |
| 869. | | | | | Buy (add'l) | 12/27/10 | K | | |
| 870. - INDITEX | | | | | Sold | 07/12/10 | K | C | |
| 871. -VINCI | | | | | Sold | 07/12/10 | K | | |
| 872. -VIVENDI UNIVERSAL SA | | | | | Sold (part) | 05/13/10 | K | | |
| 873. | | | | | Sold (part) | 05/17/10 | J | | |
| 874. | | | | | Sold (part) | 05/18/10 | J | | |
| 875. | | | | | Sold | 05/26/10 | J | | |
| 876. - HOLCIM LTD | | | | | Sold (part) | 01/08/10 | L | E | |
| 877. | | | | | Sold (part) | 10/06/10 | L | D | |
| 878. | | | | | Sold | 10/07/10 | K | C | |
| 879. - BMW AG | | | | | Sold | 07/12/10 | L | E | |
| 880. - CANON | | | | | Buy (add'l) | 11/29/10 | J | | |
| 881. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 882. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 883. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 884. -WAL MART DE MEXICO | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -WAL-MART STORES INC | | | | | Buy (add'l) | 01/19/10 | K | | |
| 886. | | | | | Sold (part) | 03/12/10 | K | | |
| 887. | | | | | Sold (part) | 07/30/10 | J | | |
| 888. | | | | | Sold | 07/30/10 | K | A | |
| 889. -SHIRE PLC | | | | | | | | | |
| 890. -TELSTRA CORP | | | | | Buy (add'l) | 06/28/10 | L | | |
| 891. | | | | | Sold (part) | 04/22/10 | L | D | |
| 892. | | | | | Sold (part) | 04/22/10 | J | B | |
| 893. - UNILEVER NV NY SHRS | | | | | Sold (part) | 08/11/10 | K | C | |
| 894. | | | | | Sold (part) | 08/12/10 | K | D | |
| 895. | | | | | Sold (part) | 08/13/10 | K | D | |
| 896. | | | | | Sold | 08/16/10 | J | B | |
| 897. -UNILEVER PLC | | | | | Sold (part) | 02/18/10 | L | | |
| 898. | | | | | Sold | 02/19/10 | L | A | |
| 899. - ALLERGAN | | | | | | | | | |
| 900. - SUZUKI MOTOR | | | | | Sold (part) | 02/23/10 | L | D | |
| 901. | | | | | Sold (part) | 03/25/10 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. | | | | | Sold | 11/24/10 | J | C | |
| 903. - FLUOR CORP | | | | | | | | | |
| 904. - POTASH CORP | | | | | Sold (part) | 08/17/10 | J | C | |
| 905. | | | | | Sold (part) | 09/16/10 | L | E | |
| 906. | | | | | Sold (part) | 08/17/10 | J | C | |
| 907. | | | | | Sold (part) | 09/17/10 | K | E | |
| 908. - L'OREAL | | | | | Sold (part) | 07/30/10 | J | | |
| 909. | | | | | Sold (part) | 07/30/10 | J | | |
| 910. | | | | | Sold (part) | 08/02/10 | J | | |
| 911. | | | | | Sold (part) | 08/02/10 | J | | |
| 912. | | | | | Sold (part) | 08/03/10 | J | | |
| 913. | | | | | Sold (part) | 08/26/10 | J | | |
| 914. | | | | | Sold (part) | 09/02/10 | J | B | |
| 915. | | | | | Sold (part) | 10/13/10 | K | C | |
| 916. | | | | | Sold (part) | 10/14/10 | K | D | |
| 917. - SUFFOLK NY 4% 6/15/11 | | | | | | | | | |
| 918. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 920. - NYC GO 5% 8/1/15 | | | | | Sold | 07/28/10 | O | F | |
| 921. - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 922. - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 923. - NY SALES TAX 5% 10/15/21 | | | | | Distributed (part) | 09/13/10 | M | | |
| 924. - NYC GO 5% 6/1/17 | | | | | Sold | 07/28/10 | O | E | |
| 925. -NYC HDC MFH K 2.05% 5/1/13 | | | | | | | | | |
| 926. - NY ST EGY PCR NYSEG B (MPT) 3.0% 2/1/29 | | | | | Buy | 06/04/10 | N | | |
| 927. - JPMORGAN CHASE | | | | | Sold (part) | 04/20/10 | L | B | |
| 928. - CRH | | | | | Sold (part) | 09/22/10 | J | | |
| 929. | | | | | Sold (part) | 09/22/10 | L | | |
| 930. | | | | | Sold (part) | 09/23/10 | J | | |
| 931. | | | | | Sold (part) | 09/23/10 | K | | |
| 932. - DAVITA | | | | | Sold (part) | 05/03/10 | K | D | |
| 933. | | | | | Sold (part) | 05/19/10 | J | C | |
| 934. | | | | | Sold (part) | 05/19/10 | J | B | |
| 935. | | | | | Sold (part) | 05/20/10 | J | C | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold (part) | 05/25/10 | J | B | |
| 937. | | | | | Sold (part) | 07/12/10 | J | D | |
| 938. | | | | | Sold (part) | 10/26/10 | K | E | |
| 939. - CISCO | | | | | Buy (add'l) | 03/01/10 | L | | |
| 940. | | | | | Buy (add'l) | 03/17/10 | K | | |
| 941. | | | | | Buy (add'l) | 12/27/10 | K | | |
| 942. - NATIONAL INST | | | | | | | | | |
| 943. - SAMSUNG | | | | | | | | | |
| 944. - AMERICA MOVIL | | | | | | | | | |
| 945. - BOUYGUES | | | | | | | | | |
| 946. - FANUC | | | | | Buy (add'l) | 02/04/10 | L | | |
| 947. - MICROSOFT | | | | | | | | | |
| 948. - UNITED PARCEL SERVICE | | | | | Sold (part) | 01/04/10 | L | | |
| 949. -BANCO SANTANDER | | | | | Sold (part) | 05/06/10 | J | | |
| 950. | | | | | Sold (part) | 05/10/10 | K | | |
| 951. | | | | | Sold (part) | 05/11/10 | J | | |
| 952. | | | | | Sold | 05/11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - KONINKLIJKE KPN (FORMERLY KPN) | | | | | Sold (part) | 03/25/10 | K | | |
| 954. - ESSILOR | | | | | | | | | |
| 955. - SUN HUNG KAI | | | | | | | | | |
| 956. -TINGYI HOLDING CORP | | | | | | | | | |
| 957. -BANK OF EAST ASIA | | | | | | | | | |
| 958. -BANK OF CHINA LTD | | | | | Buy (add'l) | 12/13/10 | J | | |
| 959. - STANDARD CHARTERED | | | | | | | | | |
| 960. - CANADIAN NATURAL RES | | | | | Sold (part) | 01/20/10 | K | | |
| 961. | | | | | Sold (part) | 01/21/10 | L | | |
| 962. | | | | | Sold (part) | 02/22/10 | K | A | |
| 963. | | | | | Sold (part) | 02/23/10 | K | | |
| 964. - VEOLIA | | | | | Sold (part) | 03/16/10 | K | | |
| 965. | | | | | Sold (part) | 07/12/10 | K | | |
| 966. | | | | | Sold (part) | 12/03/10 | K | B | |
| 967. | | | | | Sold (part) | 12/03/10 | K | B | |
| 968. | | | | | Sold (part) | 12/07/10 | J | B | |
| 969. | | | | | Sold (part) | 12/09/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. | | | | | Sold (part) | 12/14/10 | J | B | |
| 971. | | | | | Sold | 12/15/10 | J | A | |
| 972.  - CAMECO | | | | | Sold (part) | 04/30/10 | K | | |
| 973. | | | | | Sold (part) | 05/03/10 | K | B | |
| 974. | | | | | Sold (part) | 05/03/10 | K | | |
| 975. | | | | | Sold (part) | 05/04/10 | K | B | |
| 976. | | | | | Buy (add'l) | 09/07/10 | K | | |
| 977. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 978. | | | | | Buy (add'l) | 09/09/10 | L | | |
| 979. | | | | | Buy (add'l) | 09/22/10 | K | | |
| 980. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 981. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 982. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 983.  -MONSANTO CO NEW COM | | | | | Buy (add'l) | 02/24/10 | K | | |
| 984. | | | | | Buy (add'l) | 06/03/10 | M | | |
| 985. | | | | | Sold (part) | 07/06/10 | L | | |
| 986. | | | | | Sold (part) | 07/07/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987.  -STRAYER ED INC | | | | | Buy (add'l) | 02/17/10 | K | | |
| 988. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 989. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 990. | | | | | Sold (part) | 08/19/10 | K | | |
| 991. | | | | | Sold (part) | 08/20/10 | K | | |
| 992. | | | | | Sold (part) | 08/23/10 | K | | |
| 993. | | | | | Sold (part) | 08/24/10 | K | | |
| 994. | | | | | Sold (part) | 08/25/10 | K | | |
| 995. | | | | | Sold | 08/26/10 | K | | |
| 996.  - DANAHER | | | | | | | | | |
| 997.  - TREND MICRO | | | | | Buy (add'l) | 01/14/10 | L | | |
| 998. | | | | | Buy (add'l) | 01/21/10 | K | | |
| 999. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 1000. | | | | | Buy (add'l) | 07/22/10 | L | | |
| 1001. - COCA-COLA | | | | | Sold (part) | 02/05/10 | L | B | |
| 1002. | | | | | Sold (part) | 02/08/10 | J | A | |
| 1003. | | | | | Sold (part) | 05/21/10 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 05/21/10 | K | A | |
| 1005. - MCDONALDS | | | | | Sold | 03/03/10 | K | D | |
| 1006. | | | | | Buy | 07/23/10 | K | | |
| 1007. -NEWCREST MINING NPV | | | | | | | | | |
| 1008. -BARRICK GOLD CORP | | | | | Sold (part) | 01/27/10 | K | D | |
| 1009. | | | | | Sold (part) | 01/27/10 | J | B | |
| 1010. | | | | | Sold (part) | 01/28/10 | K | C | |
| 1011. -METRO AG | | | | | Sold | 07/12/10 | K | C | |
| 1012. -SOFTBANK CORP | | | | | Buy (add'l) | 01/21/10 | K | | |
| 1013. | | | | | Sold (part) | 03/25/10 | K | | |
| 1014. | | | | | Sold (part) | 10/05/10 | K | D | |
| 1015. -TERUMO | | | | | Sold | 02/15/10 | L | | |
| 1016. -SANDVIK AB | | | | | | | | | |
| 1017. -VOLVO | | | | | Sold | 07/12/10 | K | D | |
| 1018. -HENNES & MAURITZ | | | | | | | | | |
| 1019. -THE WALT DISNEY CO | | | | | Sold (part) | 01/08/10 | K | C | |
| 1020. | | | | | Sold (part) | 01/08/10 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H 1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Sold (part) | 01/25/10 | K | D | |
| 1022. | | | | | Sold (part) | 03/01/10 | J | B | |
| 1023. | | | | | Sold (part) | 03/01/10 | K | D | |
| 1024. -MEDTRONIC INC | | | | | Buy (add'l) | 03/01/10 | K | | |
| 1025. | | | | | Sold (part) | 10/26/10 | J | | |
| 1026. | | | | | Sold (part) | 10/26/10 | K | | |
| 1027. | | | | | Sold (part) | 11/23/10 | L | | |
| 1028. -TYCO ELECTRONICS | | | | | | | | | |
| 1029. -LI POWER AUTH NY (LIPA) NATL RE 5.0% 5/1/16 | | | | | | | | | |
| 1030. - BAE SYSTEMS PLC | | | | | Sold (part) | 04/20/10 | L | C | |
| 1031. - TARGET CORP | | | | | Buy (add'l) | 05/28/10 | L | | |
| 1032. -TORONTO-DOMINION BANK | | | | | | | | | |
| 1033. -AMAZON.COM | | | | | | | | | |
| 1034. -CERNER CORP | | | | | Sold (part) | 07/12/10 | K | A | |
| 1035. -HANESBRANDS INC | | | | | Sold (part) | 01/07/10 | J | A | |
| 1036. | | | | | Sold (part) | 01/08/10 | J | B | |
| 1037. | | | | | Sold (part) | 01/11/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 66 of 181

**Name of Person Reporting**

Barry, Maryanne T.

**Date of Report**

9/1/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. | | | | | Sold (part) | 01/13/10 | J | B | |
| 1039. | | | | | Sold | 01/14/10 | J | A | |
| 1040. -ROCHE HOLDING AG | | | | | Buy (add'l) | 02/23/10 | K | | |
| 1041. | | | | | Sold (part) | 04/13/10 | K | | |
| 1042. | | | | | Sold (part) | 04/13/10 | K | | |
| 1043. | | | | | Sold (part) | 04/14/10 | J | | |
| 1044. | | | | | Sold (part) | 07/28/10 | L | | |
| 1045. | | | | | Sold (part) | 08/19/10 | K | | |
| 1046. | | | | | Sold | 09/22/10 | M | | |
| 1047. -SABMILLER PLC | | | | | Sold | 02/23/10 | K | D | |
| 1048. -NY ST DORM 5% 3/15/18 | | | | | Distributed (part) | 09/13/10 | M | | |
| 1049. - BILLABONG INT'L LTD | | | | | Sold (part) | 07/13/10 | J | | |
| 1050. | | | | | Sold (part) | 07/13/10 | J | | |
| 1051. | | | | | Sold (part) | 09/22/10 | J | | |
| 1052. | | | | | Sold (part) | 09/23/10 | K | | |
| 1053. | | | | | Sold | 09/28/10 | K | D | |
| 1054. - OMEGA PHARMA SA | | | | | Sold (part) | 04/19/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Sold (part) | 04/19/10 | J | B | |
| 1056. | | | | | Sold (part) | 04/19/10 | J | B | |
| 1057. | | | | | Sold (part) | 04/20/10 | J | A | |
| 1058. | | | | | Sold | 04/21/10 | J | A | |
| 1059. -AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 01/22/10 | J | A | |
| 1060. | | | | | Sold (part) | 01/25/10 | J | A | |
| 1061. | | | | | Sold (part) | 01/26/10 | J | A | |
| 1062. | | | | | Sold (part) | 01/27/10 | J | A | |
| 1063. | | | | | Sold (part) | 01/29/10 | J | A | |
| 1064. | | | | | Sold (part) | 02/01/10 | J | A | |
| 1065. | | | | | Sold (part) | 02/02/10 | J | A | |
| 1066. | | | | | Sold (part) | 02/02/10 | J | A | |
| 1067. | | | | | Sold (part) | 02/08/10 | J | A | |
| 1068. | | | | | Sold (part) | 02/09/10 | J | A | |
| 1069. | | | | | Sold (part) | 02/10/10 | J | A | |
| 1070. | | | | | Sold (part) | 02/11/10 | J | A | |
| 1071. | | | | | Sold (part) | 02/12/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Sold (part) | 02/16/10 | J | A | |
| 1073. | | | | | Sold | 02/17/10 | J | A | |
| 1074. -PROGRESSIVE CORP OHIO | | | | | Sold (part) | 10/04/10 | K | | |
| 1075. -GOOGLE INC | | | | | | | | | |
| 1076. -PAYCHEX | | | | | Sold (part) | 03/31/10 | J | | |
| 1077. | | | | | Sold (part) | 03/31/10 | J | | |
| 1078. | | | | | Sold (part) | 04/01/10 | K | | |
| 1079. | | | | | Sold (part) | 04/05/10 | J | | |
| 1080. | | | | | Sold (part) | 10/04/10 | K | | |
| 1081. | | | | | Sold (part) | 10/04/10 | K | | |
| 1082. | | | | | Sold | 10/05/10 | J | | |
| 1083. -EBAY INC | | | | | | | | | |
| 1084. -BOEING CO | | | | | | | | | |
| 1085. -BAXTER INT'L | | | | | Buy (add'l) | 04/14/10 | K | | |
| 1086. | | | | | Buy (add'l) | 04/21/10 | K | | |
| 1087. | | | | | Buy (add'l) | 04/21/10 | K | | |
| 1088. | | | | | Sold (part) | 05/04/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | Sold (part) | 05/05/10 | J | | |
| 1090. | | | | | Sold (part) | 05/05/10 | J | | |
| 1091. | | | | | Sold (part) | 05/05/10 | K | | |
| 1092. | | | | | Sold (part) | 05/06/10 | K | | |
| 1093. | | | | | Sold | 05/07/10 | J | | |
| 1094. -GENPACT LTD | | | | | | | | | |
| 1095. -GENERAL MILLS INC | | | | | Buy (add'l) | 04/14/10 | K | | |
| 1096. -TRANSOCEAN LTD | | | | | Buy (add'l) | 03/29/10 | K | | |
| 1097. | | | | | Sold | 06/16/10 | L | | |
| 1098. -EMERGING MARKETS GROWTH FUND INC | | | | | Buy (add'l) | 12/20/10 | K | | |
| 1099. -ALLEGHENY TECHNOLOGIES INC | | | | | Sold (part) | 01/28/10 | M | | |
| 1100. | | | | | Sold (part) | 01/29/10 | L | E | |
| 1101. | | | | | Sold (part) | 02/17/10 | K | C | |
| 1102. | | | | | Sold (part) | 03/17/10 | K | D | |
| 1103. | | | | | Sold (part) | 03/18/10 | L | E | |
| 1104. | | | | | Sold (part) | 03/19/10 | K | D | |
| 1105. -PERNOD RICARD SA | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -SES FDR CL A (PARIS) | | | | | | | | | |
| 1107. -DANONE | | | | | Buy (add'l) | 02/25/10 | K | | |
| 1108. -SWIRE PACIFIC LTD CL A | | | | | | | | | |
| 1109. -POLYCOM INC | | | | | | | | | |
| 1110. -BEST BUY INC | | | | | | | | | |
| 1111. -SPECTRA ENERGY CORP | | | | | | | | | |
| 1112. -BAYER AG BEARER | | | | | | | | | |
| 1113. -PEUGEOT SA | | | | | Sold | 02/23/10 | K | | |
| 1114. -NORDSTROM INC | | | | | | | | | |
| 1115. -MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 1116. -MTA NY 5% 11/15/23 | | | | | Distributed (part) | 09/13/10 | N | | |
| 1117. -CARNIVAL CORP | | | | | Sold (part) | 10/26/10 | L | C | |
| 1118. | | | | | Sold | 10/27/10 | L | D | |
| 1119. -ERIE CO IDA FSA 5% 5/1/12 | | | | | | | | | |
| 1120. -VULCAN MATERIALS CO | | | | | Buy (add'l) | 02/22/10 | K | | |
| 1121. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 1122. | | | | | Buy (add'l) | 04/22/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. | | | | | Sold (part) | 09/07/10 | J | | |
| 1124. | | | | | Sold (part) | 09/10/10 | J | | |
| 1125. | | | | | Sold (part) | 09/20/10 | J | | |
| 1126. | | | | | Sold (part) | 09/21/10 | J | | |
| 1127. | | | | | Sold (part) | 09/29/10 | J | | |
| 1128. | | | | | Sold (part) | 10/01/10 | J | | |
| 1129. | | | | | Sold (part) | 10/06/10 | J | | |
| 1130. | | | | | Sold (part) | 10/25/10 | J | | |
| 1131. -GOLDMAN SACHS GROUP | | | | | Sold (part) | 04/19/10 | L | | |
| 1132. | | | | | Sold (part) | 04/19/10 | J | | |
| 1133. -NY CITY TFA 5.0% 8/1/2021 | | | | | | | | | |
| 1134. -IMPERIAL TOBACCO PLC | | | | | Buy (add'l) | 10/05/10 | K | | |
| 1135. -RECKITT BENCKISER GROUP PLC | | | | | | | | | |
| 1136. -JGC CORP | | | | | | | | | |
| 1137. -AMERICAN TOWER CORP | | | | | | | | | |
| 1138. -PHILIP MORRIS INT'L INC | | | | | Buy (add'l) | 03/01/10 | K | | |
| 1139. -ENERGIZER HOLDINGS INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -MARATHON OIL CORP | | | | | | | | | |
| 1141. -NY ST HSG PIT 5% 9/15/2025 | | | | | | | | | |
| 1142. -SYNTHES INC | | | | | Sold (part) | 02/22/10 | K | | |
| 1143. | | | | | Sold (part) | 02/24/10 | K | | |
| 1144. | | | | | Sold (part) | 02/24/10 | K | | |
| 1145. | | | | | Sold (part) | 02/25/10 | J | | |
| 1146. -JERONIMO MARTINS SGPS SA | | | | | | | | | |
| 1147. -LINDE AG | | | | | Sold | 07/12/10 | K | C | |
| 1148. -LVMH MOET HENNESSY LOUIS VUITTON SA | | | | | Sold | 07/12/10 | K | D | |
| 1149. -GDF SUEZ | | | | | | | | | |
| 1150. -SMC CORP | | | | | Buy (add'l) | 01/21/10 | L | | |
| 1151. -QUALCOMM INC | | | | | Buy (add'l) | 06/18/10 | K | | |
| 1152. -TRIBOROUGH 5% 11/15/27 | | | | | | | | | |
| 1153. -CELGENE CORP | | | | | Buy (add'l) | 06/18/10 | K | | |
| 1154. | | | | | Sold (part) | 05/04/10 | K | | |
| 1155. | | | | | Sold (part) | 05/05/10 | J | | |
| 1156. | | | | | Sold (part) | 05/05/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | Sold (part) | 05/05/10 | K | | |
| 1158. | | | | | Buy (add'l) | 12/13/10 | K | | |
| 1159. -NINTENDO CO LTD | | | | | Buy (add'l) | 11/09/10 | L | | |
| 1160. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 1161. | | | | | Buy (add'l) | 11/12/10 | J | | |
| 1162. | | | | | Buy (add'l) | 11/15/10 | M | | |
| 1163. -MUENCHENER RUECK | | | | | | | | | |
| 1164. -BG GROUP PLC | | | | | Buy (add'l) | 04/20/10 | J | | |
| 1165. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 1166. -SHANGRI-LA ASIA | | | | | | | | | |
| 1167. -NUCOR CORP | | | | | Buy (add'l) | 09/30/10 | K | | |
| 1168. -IRON MOUNTAIN | | | | | Sold (part) | 10/05/10 | K | | |
| 1169. -APPLE INC | | | | | Buy (add'l) | 02/12/10 | L | | |
| 1170. | | | | | Sold (part) | 04/28/10 | K | E | |
| 1171. -CHEVRON | | | | | Sold (part) | 07/12/10 | J | | |
| 1172. -ECOLAB INC | | | | | Sold (part) | 01/05/10 | J | B | |
| 1173. | | | | | Sold (part) | 01/06/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. -ADOBE SYSTEMS | | | | | Sold (part) | 09/28/10 | J | | |
| 1175. | | | | | Sold (part) | 09/28/10 | K | | |
| 1176. | | | | | Sold | 09/29/10 | J | | |
| 1177. -HUDSON CITY | | | | | Sold (part) | 09/21/10 | J | | |
| 1178. | | | | | Sold (part) | 09/22/10 | K | | |
| 1179. | | | | | Sold (part) | 09/23/10 | J | | |
| 1180. | | | | | Sold | 09/24/10 | J | | |
| 1181. -HEWLETT-PACKARD CO | | | | | Sold (part) | 10/25/10 | K | C | |
| 1182. -URBAN OUTFITTERS INC | | | | | Buy (add'l) | 02/11/10 | K | | |
| 1183. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 1184. | | | | | Buy (add'l) | 03/11/10 | K | | |
| 1185. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 1186. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 1187. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 1188. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 1189. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 1190. | | | | | Buy (add'l) | 03/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. | | | | | Buy (add'l) | 03/17/10 | K | | |
| 1192. | | | | | Buy (add'l) | 03/18/10 | K | | |
| 1193. -ARIZONA SCH 11/25/08 5.25% 09/01/23 | | | | | Sold | 05/04/10 | N | E | |
| 1194. -MASS GO SER A 5.0% 9/1/2014 | | | | | | | | | |
| 1195. -PALM BEACH SOLID WASTE 5.5% 10/1/25 | | | | | | | | | |
| 1196. -GA HIED FIN 6.0% 6/15/2028 | | | | | | | | | |
| 1197. -SAN ANTONIO 5.0% 2/1/18 | | | | | | | | | |
| 1198. -NY CITY MUNI WTR 5.375% 6/15/25 | | | | | | | | | |
| 1199. -VA PUB BLDG 5.25% 8/1/23 | | | | | Sold | 03/09/10 | N | E | |
| 1200. -CA ED POMONA COLLEGE 09A 5.0% | | | | | | | | | |
| 1201. -WI ST CLEAN WTR 5.125% 6/1/2026 | | | | | Sold | 04/30/10 | N | E | |
| 1202. - NY ST Thruway (2nd Brdge & Hwy) 5.0% 4/1/13 | | | | | Buy | 03/17/10 | N | | |
| 1203. - NY City Muni Wtr Auth FF 5.0% 6/15/16 | | | | | Buy | 03/25/10 | N | | |
| 1204. -JOHNSON & JOHNSON | | | | | Sold (part) | 04/12/10 | L | D | |
| 1205. | | | | | Sold (part) | 05/28/10 | L | C | |
| 1206. | | | | | Sold | 05/28/10 | L | C | |
| 1207. -MERCK & CO INC. | | | | | Sold (part) | 04/09/10 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. -PROCTOR & GAMBLE | | | | | Buy (add'l) | 04/20/10 | K | | |
| 1209. | | | | | Sold (part) | 09/27/10 | K | | |
| 1210. | | | | | Sold (part) | 09/28/10 | J | | |
| 1211. | | | | | Sold (part) | 09/28/10 | L | D | |
| 1212. -SCHWAB CHARLES NEW | | | | | Buy (add'l) | 01/08/10 | J | | |
| 1213. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1214. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1215. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 1216. | | | | | Buy (add'l) | 07/19/10 | K | | |
| 1217. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 1218. | | | | | Buy (add'l) | 07/20/10 | L | | |
| 1219. | | | | | Sold (part) | 08/16/10 | L | | |
| 1220. | | | | | Sold (part) | 08/17/10 | K | | |
| 1221. | | | | | Buy (add'l) | 12/10/10 | K | | |
| 1222. | | | | | Buy (add'l) | 12/14/10 | K | | |
| 1223. -VISA INC | | | | | Buy (add'l) | 04/19/10 | K | | |
| 1224. | | | | | Buy (add'l) | 05/24/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 1226. | | | | | Buy (add'l) | 06/22/10 | K | | |
| 1227. | | | | | Buy (add'l) | 09/17/10 | K | | |
| 1228. -ALLSTATE | | | | | Buy (add'l) | 01/06/10 | J | | |
| 1229. | | | | | Buy (add'l) | 11/09/10 | K | | |
| 1230. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 1231. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 1232. -NORFOLK SOUTHERN CORP | | | | | | | | | |
| 1233. -WESTPAC BANKING CORP | | | | | Buy (add'l) | 02/15/10 | K | | |
| 1234. | | | | | Buy (add'l) | 04/20/10 | K | | |
| 1235. | | | | | Sold (part) | 07/13/10 | K | | |
| 1236. | | | | | Sold (part) | 12/03/10 | M | D | |
| 1237. | | | | | Sold | 12/03/10 | K | B | |
| 1238. -AUSTRALIA AND NEW ZEALAND BANKING GP | | | | | Sold | 02/18/10 | K | D | |
| 1239. -NATIONAL AUSTRALIA BANK LTD | | | | | Sold (part) | 02/10/10 | K | | |
| 1240. | | | | | Sold | 02/11/10 | K | | |
| 1241. -NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -SSGA MONEY MARKET FD | | | | | | | | | |
| 1243. -GOLDMAN SACHS FINANCIAL SQUARE TREASURY | | | | | | | | | |
| 1244. -UNIV OF PITT 5.5% 9/15/20 | | | | | Sold | 03/09/10 | N | E | |
| 1245. -UTAH ST 5.8% 7/1/15 | | | | | | | | | |
| 1246. - CSL LTD | | | | | Buy | 02/18/10 | J | | |
| 1247. | | | | | Buy (add'l) | 02/19/10 | J | | |
| 1248. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 1249. | | | | | Buy (add'l) | 02/23/10 | J | | |
| 1250. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1251. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 1252. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 1253. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 1254. | | | | | Buy (add'l) | 04/15/10 | J | | |
| 1255. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 1256. -Cenovus Energy Inc C$ | | | | | Buy | 01/25/10 | K | | |
| 1257. | | | | | Buy (add'l) | 01/26/10 | K | | |
| 1258. | | | | | Buy (add'l) | 03/08/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. | | | | | Buy (add'l) | 06/01/10 | K | | |
| 1260. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 1261. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1262. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1263. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 1264. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 1265. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 1266. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 1267. | | | | | Buy (add'l) | 09/30/10 | K | | |
| 1268. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 1269. - Pengrowth Energy Trust C$ | | | | | Buy | 03/17/10 | J | | |
| 1270. | | | | | Buy (add'l) | 03/18/10 | K | | |
| 1271. - Li Ning Co Ltd | | | | | Buy | 01/28/10 | K | | |
| 1272. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1273. | | | | | Sold | 11/24/10 | K | | |
| 1274. - China Shenhua Energy | | | | | Buy | 03/29/10 | K | | |
| 1275. | | | | | Buy (add'l) | 09/29/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 1277. - Stanley Black & Decker | | | | | Buy | 01/07/10 | J | | |
| 1278. | | | | | Buy (add'l) | 01/08/10 | K | | |
| 1279. | | | | | Buy (add'l) | 01/11/10 | J | | |
| 1280. - Dreamworks Animation SKG Inc | | | | | Buy | 01/13/10 | J | | |
| 1281. | | | | | Buy (add'l) | 01/13/10 | J | | |
| 1282. | | | | | Buy (add'l) | 01/14/10 | J | | |
| 1283. | | | | | Buy (add'l) | 01/15/10 | J | | |
| 1284. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 1285. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 1286. | | | | | Buy (add'l) | 01/20/10 | J | | |
| 1287. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1288. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1289. | | | | | Buy (add'l) | 01/22/10 | K | | |
| 1290. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 1291. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 1292. | | | | | Buy (add'l) | 01/27/10 | J | | |

1. Income Gain Codes:       A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 1294. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 1295. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 1296. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 1297. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 1298. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1299. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1300. | | | | | Buy (add'l) | 02/03/10 | K | | |
| 1301. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 1302. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 1303. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 1304. | | | | | Buy (add'l) | 02/08/10 | J | | |
| 1305. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 1306. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 1307. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 1308. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 1309. | | | | | Buy (add'l) | 02/11/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 1311. | | | | | Buy (add'l) | 02/16/10 | K | | |
| 1312. | | | | | Buy (add'l) | 02/17/10 | J | | |
| 1313. | | | | | Buy (add'l) | 05/28/10 | K | | |
| 1314. | | | | | Buy (add'l) | 07/21/10 | K | | |
| 1315. | | | | | Buy (add'l) | 07/22/10 | K | | |
| 1316. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 1317. | | | | | Buy (add'l) | 07/26/10 | K | | |
| 1318. | | | | | Sold (part) | 08/23/10 | J | | |
| 1319. | | | | | Sold (part) | 08/24/10 | J | | |
| 1320. | | | | | Sold (part) | 08/25/10 | J | | |
| 1321. | | | | | Sold (part) | 08/26/10 | J | | |
| 1322. | | | | | Sold (part) | 08/27/10 | J | | |
| 1323. | | | | | Sold (part) | 08/30/10 | J | | |
| 1324. | | | | | Sold (part) | 08/31/10 | J | | |
| 1325. | | | | | Sold (part) | 08/31/10 | J | | |
| 1326. | | | | | Sold (part) | 09/01/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. | | | | | Sold (part) | 09/02/10 | J | | |
| 1328. - Bristol-Myers Squibb Co | | | | | Buy | 02/10/10 | K | | |
| 1329. | | | | | Buy (add'l) | 02/11/10 | L | | |
| 1330. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 1331. | | | | | Buy (add'l) | 02/12/10 | K | | |
| 1332. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 1333. | | | | | Buy (add'l) | 03/01/10 | K | | |
| 1334. - Verizon Communications | | | | | Buy | 01/13/10 | K | | |
| 1335. - 3M Company | | | | | Buy | 02/17/10 | K | | |
| 1336. | | | | | Buy (add'l) | 02/18/10 | K | | |
| 1337. | | | | | Buy (add'l) | 04/14/10 | K | | |
| 1338. | | | | | Buy (add'l) | 06/08/10 | K | | |
| 1339. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 1340. - Icici Bank LTD Spon ADR | | | | | Buy | 02/24/10 | J | | |
| 1341. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1342. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 1343. | | | | | Buy (add'l) | 03/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1344. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 1345. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 1346. | | | | | Buy (add'l) | 03/04/10 | J | | |
| 1347. | | | | | Buy (add'l) | 03/05/10 | J | | |
| 1348. | | | | | Buy (add'l) | 03/08/10 | J | | |
| 1349. | | | | | Buy (add'l) | 03/09/10 | J | | |
| 1350. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 1351. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 1352. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 1353. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 1354. | | | | | Buy (add'l) | 03/16/10 | J | | |
| 1355. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 1356. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 1357. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 1358. | | | | | Buy (add'l) | 04/27/10 | K | | |
| 1359. | | | | | Buy (add'l) | 04/27/10 | K | | |
| 1360. - Scripps Networks Interactive CL A | | | | | Buy | 02/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1361. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1362. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1363. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1364. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1365. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1366. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 1367. | | | | | Buy (add'l) | 09/30/10 | K | | |
| 1368. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 1369. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 1370. - Weatherford Intl Ltd | | | | | Buy | 03/01/10 | K | | |
| 1371. | | | | | Buy (add'l) | 04/26/10 | L | | |
| 1372. - Reliance Industries Ltd Gdr | | | | | Buy | 03/19/10 | K | | |
| 1373. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 1374. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 1375. | | | | | Buy (add'l) | 05/05/10 | K | | |
| 1376. - Petroleo Brasileiro SA Petrobr SP ADR | | | | | Buy | 03/22/10 | K | | |
| 1377. | | | | | Buy (add'l) | 03/23/10 | K | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 1379. | | | | | Sold | 11/02/10 | L | | |
| 1380. - ASML Holding NV | | | | | Buy | 06/30/10 | K | | |
| 1381. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 1382. | | | | | Buy (add'l) | 07/01/10 | K | | |
| 1383. | | | | | Buy (add'l) | 07/02/10 | K | | |
| 1384. | | | | | Buy (add'l) | 07/05/10 | K | | |
| 1385. | | | | | Sold (part) | 07/19/10 | L | C | |
| 1386. - BOC Hong Kong Holdings LTD | | | | | Buy | 04/13/10 | K | | |
| 1387. | | | | | Buy (add'l) | 06/23/10 | K | | |
| 1388. | | | | | Buy (add'l) | 06/24/10 | K | | |
| 1389. - China Life Insurance Co Ltd | | | | | Buy | 04/14/10 | M | | |
| 1390. - Kurita Water Industries Ltd | | | | | Buy | 06/07/10 | K | | |
| 1391. | | | | | Buy (add'l) | 06/08/10 | K | | |
| 1392. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 1393. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 1394. | | | | | Buy (add'l) | 06/11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 1396. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 1397. | | | | | Buy (add'l) | 06/16/10 | J | | |
| 1398. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 1399. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 1400. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 1401. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 1402. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 1403. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 1404. | | | | | Buy (add'l) | 07/08/10 | J | | |
| 1405. | | | | | Buy (add'l) | 07/12/10 | J | | |
| 1406. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 1407. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 1408. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 1409. | | | | | Buy (add'l) | 07/21/10 | J | | |
| 1410. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 1411. | | | | | Buy (add'l) | 07/23/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1412. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 1413. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 1414. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 1415. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 1416. | | | | | Buy (add'l) | 08/04/10 | J | | |
| 1417. | | | | | Buy (add'l) | 08/05/10 | J | | |
| 1418. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 1419. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 1420. | | | | | Buy (add'l) | 08/10/10 | J | | |
| 1421. | | | | | Buy (add'l) | 08/11/10 | J | | |
| 1422. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 1423. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 1424. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 1425. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 1426. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 1427. | | | | | Buy (add'l) | 08/20/10 | J | | |
| 1428. | | | | | Buy (add'l) | 08/25/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 1430. | | | | | Buy (add'l) | 09/10/10 | J | | |
| 1431. | | | | | Buy (add'l) | 09/14/10 | J | | |
| 1432. | | | | | Buy (add'l) | 09/15/10 | J | | |
| 1433. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1434. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 1435. - AON Corp | | | | | Buy | 04/01/10 | J | | |
| 1436. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 1437. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 1438. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1439. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1440. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 1441. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 1442. | | | | | Buy (add'l) | 07/23/10 | K | | |
| 1443. | | | | | Sold (part) | 11/04/10 | K | | |
| 1444. | | | | | Sold (part) | 11/05/10 | K | A | |
| 1445. | | | | | Sold (part) | 11/05/10 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. | | | | | Sold (part) | 11/05/10 | J | A | |
| 1447. | | | | | Sold (part) | 11/08/10 | J | A | |
| 1448. - Cornell Univ NY Dorms 5.0% 7/1/18 | | | | | Buy | 05/03/10 | N | | |
| 1449. - Halliburton Co | | | | | Buy | 05/26/10 | K | | |
| 1450. | | | | | Buy (add'l) | 06/18/10 | K | | |
| 1451. | | | | | Buy (add'l) | 08/06/10 | K | | |
| 1452. - PR Elec Pwr Auth NN Preref 5.5% 7/1/18 | | | | | Buy | 06/08/10 | N | | |
| 1453. - NY DORM Auth Mt Sinai Hosp 5.0% 7/1/14 | | | | | Buy | 06/10/10 | N | | |
| 1454. - Time Warner Cable Inc | | | | | Buy | 06/17/10 | K | | |
| 1455. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 1456. - Coach Inc. | | | | | Buy | 06/18/10 | K | | |
| 1457. | | | | | Buy (add'l) | 06/21/10 | K | | |
| 1458. - Frontier Communications Corp | | | | | Spinoff (from line 1334) | 07/02/10 | J | | |
| 1459. | | | | | Sold | 08/26/10 | J | | |
| 1460. - Inmet Mining Corp C$ | | | | | Buy | 07/23/10 | J | | |
| 1461. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 1462. | | | | | Buy (add'l) | 07/28/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 1464. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 1465. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 1466. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 1467. - Telus Corporation Non Vote | | | | | Buy | 07/26/10 | J | | |
| 1468. | | | | | Buy (add'l) | 07/26/10 | K | | |
| 1469. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 1470. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 1471. - Novartis AG Namen | | | | | Buy | 08/02/10 | M | | |
| 1472. - LLOYDS TSB Group PLC | | | | | Buy | 08/02/10 | K | | |
| 1473. | | | | | Buy (add'l) | 08/02/10 | K | | |
| 1474. - Port Auth NY/NJ Ser 163 5.0% 7/15/21 | | | | | Buy | 08/04/10 | N | | |
| 1475. - Tiffany & Co New | | | | | Buy | 08/11/10 | J | | |
| 1476. | | | | | Buy (add'l) | 08/12/10 | J | | |
| 1477. | | | | | Buy (add'l) | 08/12/10 | J | | |
| 1478. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 1479. | | | | | Buy (add'l) | 08/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | Buy (add'l) | 08/16/10 | K | | |
| 1481. | | | | | Buy (add'l) | 08/17/10 | K | | |
| 1482. | | | | | Buy (add'l) | 08/18/10 | K | | |
| 1483. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 1484. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 1485. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 1486. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 1487. | | | | | Buy (add'l) | 08/25/10 | J | | |
| 1488. - New York City GO 5.0% 8/1/18 | | | | | Buy | 08/12/10 | O | | |
| 1489. | | | | | Distributed (part) | 09/13/10 | M | | |
| 1490. - Wells Fargo & Co (New) | | | | | Buy | 08/18/10 | K | | |
| 1491. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 1492. | | | | | Buy (add'l) | 08/19/10 | K | | |
| 1493. | | | | | Sold | 10/15/10 | L | | |
| 1494. - Noble Energy Inc | | | | | Buy | 09/09/10 | K | | |
| 1495. | | | | | Buy (add'l) | 09/10/10 | M | | |
| 1496. | | | | | Buy (add'l) | 09/23/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 1498. - Oracle | | | | | Buy | 09/22/10 | L | | |
| 1499. | | | | | Buy (add'l) | 10/14/10 | M | | |
| 1500. - KLA-Tencor Corp | | | | | Buy | 09/30/10 | K | | |
| 1501. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 1502. | | | | | Buy (add'l) | 10/01/10 | K | | |
| 1503. | | | | | Buy (add'l) | 10/04/10 | K | | |
| 1504. | | | | | Buy (add'l) | 10/05/10 | K | | |
| 1505. | | | | | Buy (add'l) | 10/06/10 | K | | |
| 1506. - Macquarie Group LTD | | | | | Buy | 12/21/10 | L | | |
| 1507. - Syngenta AG | | | | | Buy | 10/04/10 | J | | |
| 1508. | | | | | Buy (add'l) | 10/05/10 | J | | |
| 1509. | | | | | Buy (add'l) | 10/06/10 | J | | |
| 1510. | | | | | Buy (add'l) | 10/07/10 | J | | |
| 1511. - Dixons Group PLC | | | | | Buy | 11/26/10 | J | | |
| 1512. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 1513. | | | | | Buy (add'l) | 12/02/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 1515. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 1516. - Television Broadcast | | | | | Buy | 11/03/10 | J | | |
| 1517. | | | | | Buy (add'l) | 11/04/10 | J | | |
| 1518. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 1519. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 1520. - Seadrill LTD | | | | | Buy | 12/21/10 | L | | |
| 1521. - Israel Chemicals LTD | | | | | Buy | 10/07/10 | K | | |
| 1522. | | | | | Buy (add'l) | 10/08/10 | J | | |
| 1523. | | | | | Buy (add'l) | 10/13/10 | K | | |
| 1524. | | | | | Buy (add'l) | 10/13/10 | J | | |
| 1525. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 1526. | | | | | Buy (add'l) | 10/14/10 | K | | |
| 1527. | | | | | Buy (add'l) | 10/19/10 | K | | |
| 1528. - New York Times Co CL A | | | | | Buy | 12/22/10 | K | | |
| 1529. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 1530. - International Game Technology | | | | | Buy | 12/31/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1531. - Republic Services Inc | | | | | Buy | 12/31/10 | K | | |
| 1532. - Rental Property #24, Brooklyn NY | E | Rent | J | U | | | | | |
| 1533. ▒▒▒ Business #3 | C | Int./Div. | M | U | | | | | |
| 1534 ▒▒▒ Trust #25 - List of Assets | G | Dividend | P1 | T | | | | | |
| 1535. -ADOBE SYSTEMS INC | | | | | Sold (part) | 09/28/10 | J | | |
| 1536. | | | | | Sold | 09/28/10 | J | | |
| 1537. - AGILENT | | | | | Sold (part) | 02/11/10 | K | | |
| 1538. | | | | | Sold (part) | 02/12/10 | J | | |
| 1539. | | | | | Sold (part) | 02/12/10 | J | | |
| 1540. | | | | | Sold (part) | 02/12/10 | J | | |
| 1541. | | | | | Sold (part) | 02/16/10 | J | | |
| 1542. -AIR PRODUCTS & CHEMICALS | | | | | | | | | |
| 1543. -Allegheny Tech | | | | | Sold (part) | 03/17/10 | J | A | |
| 1544. | | | | | Sold (part) | 03/18/10 | K | D | |
| 1545. | | | | | Sold (part) | 03/19/10 | J | B | |
| 1546. -ALLERGAN INC | | | | | | | | | |
| 1547. - ALLIANZ SE | | | | | Sold | 02/23/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -ALLSTATE | | | | | Buy (add'l) | 01/06/10 | J | | |
| 1549. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 1550. -AMAZON.COM INC | | | | | | | | | |
| 1551. -AMERICA MOVIL | | | | | | | | | |
| 1552. -AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 01/25/10 | J | A | |
| 1553. | | | | | Sold (part) | 01/26/10 | J | A | |
| 1554. | | | | | Sold (part) | 02/08/10 | J | A | |
| 1555. | | | | | Sold (part) | 02/09/10 | J | A | |
| 1556. | | | | | Sold (part) | 02/11/10 | J | A | |
| 1557. | | | | | Sold (part) | 02/12/10 | J | A | |
| 1558. | | | | | Sold (part) | 02/16/10 | J | A | |
| 1559. | | | | | Sold | 02/17/10 | J | A | |
| 1560. -AMERICAN TOWER | | | | | | | | | |
| 1561. -AMERICAN WATER WORKS | | | | | | | | | |
| 1562. -ANGLO AMERICAN PLC | | | | | | | | | |
| 1563. - AON CORP | | | | | Buy | 04/01/10 | J | | |
| 1564. | | | | | Buy (add'l) | 04/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1565. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 1566. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1567. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 1568. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 1569. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 1570. | | | | | Sold (part) | 11/04/10 | J | A | |
| 1571. | | | | | Sold (part) | 11/08/10 | J | A | |
| 1572. -APPLE INC | | | | | Buy | 02/12/10 | K | | |
| 1573. | | | | | Sold (part) | 04/28/10 | J | C | |
| 1574. - ASML HOLDING NV | | | | | Buy | 06/30/10 | J | | |
| 1575. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 1576. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 1577. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 1578. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 1579. | | | | | Sold (part) | 07/19/10 | K | B | |
| 1580. -AUSTRALIA & NEW ZEALAND BANKING GP | | | | | Sold | 02/18/10 | K | B | |
| 1581. -BAE SYSTEMS PLC | | | | | Sold (part) | 04/20/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1582. | | | | | Sold (part) | 04/20/10 | J | A | |
| 1583. -BANCO SANTANDER | | | | | Sold (part) | 05/06/10 | J | | |
| 1584. | | | | | Sold (part) | 05/10/10 | J | | |
| 1585. | | | | | Sold (part) | 05/11/10 | J | | |
| 1586. | | | | | Sold | 05/11/10 | J | | |
| 1587. -BANK OF CHINA | | | | | | | | | |
| 1588. -BANK OF EAST ASIA | | | | | | | | | |
| 1589. -BARRICK GOLD CORP | | | | | Sold (part) | 01/27/10 | K | | |
| 1590. | | | | | Sold (part) | 01/28/10 | J | | |
| 1591. - BAXTER INTERNATIONAL INC | | | | | Buy (add'l) | 04/14/10 | J | | |
| 1592. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 1593. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 1594. | | | | | Sold (part) | 05/04/10 | J | | |
| 1595. | | | | | Sold (part) | 05/05/10 | J | | |
| 1596. | | | | | Sold (part) | 05/05/10 | J | | |
| 1597. | | | | | Sold (part) | 05/05/10 | J | | |
| 1598. | | | | | Sold (part) | 05/06/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. | | | | | Sold | 05/07/10 | J | | |
| 1600. -BAYER AG | | | | | | | | | |
| 1601. -BERKSHIRE HATHAWAY | | | | | Sold (part) | 02/18/10 | L | B | |
| 1602. | | | | | Sold (part) | 02/18/10 | K | D | |
| 1603. | | | | | Sold (part) | 02/19/10 | J | B | |
| 1604. | | | | | Sold (part) | 05/27/10 | K | D | |
| 1605. | | | | | Sold (part) | 07/02/10 | J | C | |
| 1606. | | | | | Sold | 07/06/10 | J | B | |
| 1607. -BEST BUY INC | | | | | | | | | |
| 1608. -BG GROUP PLC | | | | | Buy (add'l) | 04/20/10 | J | | |
| 1609. -BHP BILLITON | | | | | | | | | |
| 1610. -Billabong Int'l LTD | | | | | Sold | 07/13/10 | J | B | |
| 1611. -BMW | | | | | Sold | 07/12/10 | J | B | |
| 1612. -BNP PARIBAS | | | | | Buy (add'l) | 10/05/10 | J | | |
| 1613. | | | | | Sold (part) | 12/01/10 | J | | |
| 1614. | | | | | Sold (part) | 12/01/10 | J | | |
| 1615. | | | | | Sold (part) | 12/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. | | | | | Sold (part) | 12/08/10 | J | | |
| 1617. - BOC HONG KONG HOLDINGS LTD | | | | | Buy | 04/13/10 | J | | |
| 1618. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 1619. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 1620. -Boeing Co | | | | | | | | | |
| 1621. -Bouygues | | | | | | | | | |
| 1622. - BRISTOL-MYERS SQUIBB CO | | | | | Buy | 02/10/10 | K | | |
| 1623. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 1624. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 1625. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 1626. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 1627. -BROADCOM CORP | | | | | | | | | |
| 1628. -CAMECO CORP | | | | | Sold (part) | 05/03/10 | J | | |
| 1629. | | | | | Sold (part) | 05/04/10 | J | | |
| 1630. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 1631. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 1632. | | | | | Buy (add'l) | 09/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1633. -CANADIAN NATURAL RESOURCES | | | | | Sold (part) | 01/20/10 | J | | |
| 1634. | | | | | Sold (part) | 01/21/10 | K | | |
| 1635. | | | | | Sold (part) | 02/22/10 | J | | |
| 1636. | | | | | Sold (part) | 02/23/10 | K | | |
| 1637. - CANON INC | | | | | Buy | 12/01/10 | J | | |
| 1638. -CARNIVAL CORP | | | | | Sold (part) | 10/26/10 | J | A | |
| 1639. | | | | | Sold | 10/27/10 | J | A | |
| 1640. -CELGENE CORP | | | | | Buy (add'l) | 06/18/10 | J | | |
| 1641. | | | | | Sold (part) | 05/04/10 | J | | |
| 1642. | | | | | Sold (part) | 05/05/10 | J | A | |
| 1643. | | | | | Sold (part) | 05/05/10 | K | A | |
| 1644. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 1645. -CERNER CORP | | | | | | | | | |
| 1646. - CENOVUS ENERGY INC | | | | | Buy | 01/25/10 | K | | |
| 1647. | | | | | Buy (add'l) | 01/26/10 | K | | |
| 1648. | | | | | Buy (add'l) | 03/08/10 | K | | |
| 1649. | | | | | Buy (add'l) | 06/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1650. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 1651. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1652. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 1653. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 1654. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 1655. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 1656. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1657. -CHEVRON CORP | | | | | Sold (part) | 07/12/10 | J | | |
| 1658. - CHINA LIFE INSURANCE CO LTD | | | | | Buy | 04/14/10 | K | | |
| 1659. - CHINA SHENHUA ENERGY | | | | | Buy | 03/29/10 | K | | |
| 1660. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 1661. - CISCO SYSTEMS INC | | | | | Buy | 03/01/10 | K | | |
| 1662. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 1663. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 1664. - COACH | | | | | Buy | 06/18/10 | J | | |
| 1665. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 1666. -COCA-COLA AMATIL | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1667. -COCA-COLA CO | | | | | Sold (part) | 02/05/10 | K | A | |
| 1668. | | | | | Sold (part) | 05/21/10 | K | B | |
| 1669. | | | | | Sold | 05/21/10 | J | A | |
| 1670. - COMCAST CORP CL A (NEW) | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1671. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1672. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 1673. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 1674. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 1675. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 1676. - COSTCO | | | | | Sold (part) | 01/14/10 | J | B | |
| 1677. - CRH PLC | | | | | Sold (part) | 09/22/10 | J | A | |
| 1678. | | | | | Sold (part) | 09/22/10 | J | | |
| 1679. | | | | | Sold (part) | 09/23/10 | J | B | |
| 1680. - CSL LTD | | | | | Buy | 02/22/10 | J | | |
| 1681. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1682. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 1683. | | | | | Buy (add'l) | 04/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1684. - DANAHER CORP | | | | | Buy | 04/15/10 | J | | |
| 1685. -DANONE | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1686. - DAVITA INC | | | | | Sold (part) | 05/03/10 | J | B | |
| 1687. | | | | | Sold (part) | 05/19/10 | J | B | |
| 1688. | | | | | Sold (part) | 05/20/10 | J | A | |
| 1689. -DBS GROUP HOLDINGS LTD | | | | | | | | | |
| 1690. -DIAGEO PLC | | | | | | | | | |
| 1691. - DIXONS GROUP PLC | | | | | Buy | 12/02/10 | J | | |
| 1692. - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 01/14/10 | J | | |
| 1693. | | | | | Buy (add'l) | 01/15/10 | J | | |
| 1694. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1695. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1696. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 1697. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 1698. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 1699. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 1700. | | | | | Buy (add'l) | 01/29/10 | J | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000       D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment          T =Cash Market
   (See Column C2)          U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 1702. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1703. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1704. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 1705. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 1706. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 1707. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 1708. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 1709. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 1710. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 1711. | | | | | Buy (add'l) | 02/16/10 | J | | |
| 1712. | | | | | Buy (add'l) | 02/17/10 | J | | |
| 1713. | | | | | Buy (add'l) | 05/28/10 | K | | |
| 1714. -EBAY INC | | | | | | | | | |
| 1715. -ECOLAB INC | | | | | Sold (part) | 01/05/10 | J | B | |
| 1716. -EDISON INTERNATIONAL | | | | | Sold (part) | 04/19/10 | J | A | |
| 1717. | | | | | Sold (part) | 04/20/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -EMERSON ELECTRIC | | | | | | | | | |
| 1719. -ENERGIZER HOLDINGS INC | | | | | | | | | |
| 1720. -ESSILOR INTL | | | | | | | | | |
| 1721. -FANUC CO | | | | | Buy (add'l) | 02/04/10 | K | | |
| 1722. -FEDEX CORP | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1723. -FIRST SOLAR INC | | | | | Sold (part) | 05/17/10 | J | A | |
| 1724. | | | | | Sold (part) | 05/17/10 | J | | |
| 1725. -FLUOR CORP | | | | | | | | | |
| 1726. - FRONTIER COMMUNICATIONS | | | | | Spinoff (from line 2016) | 07/02/10 | J | | |
| 1727. | | | | | Sold | 08/26/10 | J | | |
| 1728. -GDF SUEZ | | | | | | | | | |
| 1729. -GENERAL ELECTRIC | | | | | | | | | |
| 1730. -Genpact LTD | | | | | | | | | |
| 1731. -GENERAL MILLS | | | | | Buy (add'l) | 04/14/10 | J | | |
| 1732. -GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 04/19/10 | K | | |
| 1733. | | | | | Sold (part) | 04/19/10 | J | | |
| 1734. -GOOGLE INC | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. - HALLIBURTON CO | | | | | Buy | 05/26/10 | J | | |
| 1736. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 1737. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 1738. -HANESBRANDS INC | | | | | Sold (part) | 01/07/10 | J | | |
| 1739. | | | | | Sold (part) | 01/08/10 | J | | |
| 1740. | | | | | Sold (part) | 01/11/10 | J | | |
| 1741. | | | | | Sold (part) | 01/13/10 | J | A | |
| 1742. | | | | | Sold | 01/14/10 | J | A | |
| 1743. -HDFC BANK LTD (Y) | | | | | | | | | |
| 1744. -HENNES & MAURITZ AB | | | | | | | | | |
| 1745. -HEWLETT-PACKARD CO | | | | | Sold (part) | 10/25/10 | J | B | |
| 1746. -HOLCIM LTD | | | | | Sold (part) | 01/08/10 | K | D | |
| 1747. | | | | | Sold (part) | 10/06/10 | J | B | |
| 1748. | | | | | Sold | 10/07/10 | J | C | |
| 1749. - HONG KONG/ CHINA GAS | | | | | Buy (add'l) | 11/05/10 | J | | |
| 1750. -HSBC HOLDINGS | | | | | | | | | |
| 1751. -HUDSON CITY | | | | | Sold | 09/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1752. - ICICI BANK LTD SPON ADR | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1753. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1754. | | | | | Buy (add'l) | 03/05/10 | J | | |
| 1755. | | | | | Buy (add'l) | 03/09/10 | J | | |
| 1756. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 1757. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 1758. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 1759. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 1760. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 1761. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 1762. - ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 07/12/10 | J | | |
| 1763. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 1764. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 1765. - IMPERIAL TOBACCO PLC | | | | | Buy (add'l) | 10/05/10 | J | | |
| 1766. -INDITEX | | | | | Sold | 07/12/10 | J | A | |
| 1767. - INMET MINING CORP C$ | | | | | Buy | 08/16/10 | J | | |
| 1768. -INT'L BUSINESS MACHINES | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1769. - INTERNATIONAL GAME TECHNOLOGY | | | | | Buy | 12/31/10 | J | | |
| 1770. -IRON MOUNTAIN INC | | | | | Sold (part) | 10/05/10 | J | | |
| 1771. - ISRAEL CHEMICALS LTD ADR UNSPON | | | | | Buy | 10/07/10 | J | | |
| 1772. | | | | | Buy (add'l) | 10/13/10 | J | | |
| 1773. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 1774. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 1775. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 1776. -JERONIMO MARTINS SGPS | | | | | | | | | |
| 1777. -JOHNSON & JOHNSON | | | | | Sold (part) | 04/12/10 | K | C | |
| 1778. | | | | | Sold (part) | 05/28/10 | K | B | |
| 1779. | | | | | Sold | 05/28/10 | K | B | |
| 1780. - JP MORGAN CHASE | | | | | Sold (part) | 04/20/10 | K | C | |
| 1781. -JUNIPER NETWORKS INC | | | | | Buy (add'l) | 02/22/10 | J | | |
| 1782. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1783. | | | | | Sold (part) | 07/12/10 | J | | |
| 1784. -KEYENCE CORP | | | | | | | | | |
| 1785. - KLA- TENCOR CORP | | | | | Buy | 10/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1786. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 1787. | | | | | Buy (add'l) | 10/05/10 | J | | |
| 1788. | | | | | Buy (add'l) | 10/06/10 | J | | |
| 1789. -KONINKLIJKE KPN NV | | | | | Sold (part) | 03/25/10 | J | | |
| 1790. -KRAFT FOODS | | | | | Sold (part) | 07/12/10 | J | | |
| 1791. - KURITA WATER INDUSTRIES LTD | | | | | Buy | 06/07/10 | J | | |
| 1792. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 1793. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 1794. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 1795. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 1796. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 1797. | | | | | Buy (add'l) | 06/16/10 | J | | |
| 1798. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 1799. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 1800. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 1801. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 1802. | | | | | Buy (add'l) | 07/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1803. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 1804. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 1805. | | | | | Buy (add'l) | 08/04/10 | J | | |
| 1806. | | | | | Buy (add'l) | 08/11/10 | J | | |
| 1807. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 1808. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 1809. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 1810. | | | | | Sold (part) | 09/14/10 | K | A | |
| 1811. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 1812. -L'Air Liquide Bearer | | | | | Sold (part) | 04/14/10 | J | | |
| 1813. -LI & Fung | | | | | | | | | |
| 1814. - LI NING CO LTD | | | | | Buy | 01/28/10 | J | | |
| 1815. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 1816. | | | | | Sold | 11/24/10 | J | | |
| 1817. -LINDE AG | | | | | Sold | 07/12/10 | J | A | |
| 1818. - LLOYDS TSB GROUP PLC | | | | | Buy | 08/02/10 | J | | |
| 1819. | | | | | Buy (add'l) | 08/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1820. -L'OREAL | | | | | Sold (part) | 09/02/10 | J | | |
| 1821. -LOWES COS | | | | | Sold (part) | 03/18/10 | J | A | |
| 1822. -LVMH MOET HENNESSY LOUIS VUITTON SA | | | | | Sold | 07/12/10 | J | A | |
| 1823. -MCDONALDS CORP | | | | | Sold | 03/03/10 | J | D | |
| 1824. | | | | | Buy | 07/23/10 | J | | |
| 1825. -MARATHON OIL CORP | | | | | | | | | |
| 1826. - MACQUARIE GROUP LTD | | | | | Buy | 12/21/10 | J | | |
| 1827. - MEDTRONIC INC | | | | | Buy (add'l) | 03/01/10 | J | | |
| 1828. | | | | | Sold (part) | 10/26/10 | J | | |
| 1829. | | | | | Sold (part) | 11/23/10 | J | | |
| 1830. -MAXIM INTEGRATED PRODS | | | | | | | | | |
| 1831. -MERCK & CO INC | | | | | Sold (part) | 04/09/10 | K | A | |
| 1832. -METRO AG | | | | | Sold | 07/12/10 | J | A | |
| 1833. -MICROCHIP TECHNOLOGY | | | | | | | | | |
| 1834. -MICROSOFT | | | | | | | | | |
| 1835. -MONSANTO CO NEW COM | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1836. | | | | | Buy (add'l) | 06/03/10 | L | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. | | | | | Sold (part) | 07/06/10 | J | | |
| 1838. | | | | | Sold | 07/06/10 | K | | |
| 1839. -MUENCHENER RUECK NAMEN VINK | | | | | | | | | |
| 1840. -MURATA MANUFACTURING CO LTD | | | | | Buy (add'l) | 01/21/10 | K | | |
| 1841. -NATIONAL AUSTRALIA BANK LTD | | | | | Sold (part) | 02/10/10 | K | | |
| 1842. | | | | | Sold | 02/11/10 | K | | |
| 1843. -NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 1844. -NATIONAL GRID PLC | | | | | Buy (add'l) | 02/03/10 | J | | |
| 1845. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 1846. -Nestle SA | | | | | | | | | |
| 1847. -NEWCREST MINING | | | | | | | | | |
| 1848. - NEW YORK TIMES CO CL A | | | | | Buy | 12/22/10 | J | | |
| 1849. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 1850. -NINTENDO CO LD | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1851. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 1852. - NOBLE ENERGY INC | | | | | Buy | 09/10/10 | J | | |
| 1853. | | | | | Buy (add'l) | 09/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1854. -NOKIA OYJ | | | | | Sold | 01/29/10 | K | A | |
| 1855. -NORDSTROM INC | | | | | | | | | |
| 1856. - NOVARTIS AG NAMEN | | | | | Buy | 08/02/10 | J | | |
| 1857. -NOVO NORDISK A/S B | | | | | Buy (add'l) | 02/19/10 | J | | |
| 1858. | | | | | Buy (add'l) | 02/22/10 | K | | |
| 1859. -NUCOR CORP | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1860. -OMEGA PHARMA | | | | | Sold (part) | 04/19/10 | J | A | |
| 1861. | | | | | Sold (part) | 04/19/10 | J | A | |
| 1862. | | | | | Sold | 04/21/10 | J | A | |
| 1863. -OMNICOM GROUP | | | | | | | | | |
| 1864. - ORACLE CORP | | | | | Buy | 09/22/10 | J | | |
| 1865. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 1866. -Paychex Inc | | | | | Sold (part) | 03/31/10 | J | | |
| 1867. | | | | | Sold (part) | 04/01/10 | J | | |
| 1868. | | | | | Sold (part) | 04/05/10 | J | | |
| 1869. | | | | | Sold (part) | 10/04/10 | J | | |
| 1870. | | | | | Sold | 10/05/10 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. - PENGROWTH ENERGY TRUST C$ | | | | | Buy | 03/18/10 | J | | |
| 1872. -PEPSICO INC | | | | | | | | | |
| 1873. -Pernod Ricard SA | | | | | | | | | |
| 1874. - PETROLEO BRASILEIRO SA PETROBR SP ADR | | | | | Buy | 03/22/10 | K | | |
| 1875. | | | | | Buy (add'l) | 03/23/10 | J | | |
| 1876. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 1877. | | | | | Sold | 11/02/10 | J | | |
| 1878. -PEUGEOT SA | | | | | Sold | 02/23/10 | K | | |
| 1879. - PHILIP MORRIS INTERNATIONAL INC | | | | | Buy | 03/01/10 | J | | |
| 1880. -POLYCOM INC | | | | | | | | | |
| 1881. - POTASH CORP OF SASKATCHEWAN INC | | | | | Sold (part) | 08/17/10 | J | D | |
| 1882. | | | | | Sold (part) | 09/17/10 | J | D | |
| 1883. -PROCTOR & GAMBLE | | | | | Buy (add'l) | 04/20/10 | K | | |
| 1884. | | | | | Sold (part) | 09/28/10 | J | | |
| 1885. -Progressive Corp Ohio | | | | | Sold (part) | 10/04/10 | J | A | |
| 1886. -QANTAS AIRWAYS LTD | | | | | Sold (part) | 05/06/10 | J | B | |
| 1887. | | | | | Sold (part) | 05/06/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1888. | | | | | Sold | 05/06/10 | J | | |
| 1889. -QUALCOMM INC | | | | | Buy (add'l) | 06/18/10 | J | | |
| 1890. -RECKITT BENCKISER GROUP | | | | | | | | | |
| 1891. - RELIANCE INDUSTRIES LTD GDR | | | | | Buy | 03/19/10 | J | | |
| 1892. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 1893. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 1894. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 1895. - REPUBLIC SERVICES INC | | | | | Buy | 12/31/10 | J | | |
| 1896. -Richemont | | | | | | | | | |
| 1897. -RIO TINTO | | | | | Buy (add'l) | 11/05/10 | J | | |
| 1898. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy | 02/23/10 | K | | |
| 1899. | | | | | Sold (part) | 04/13/10 | J | | |
| 1900. | | | | | Sold (part) | 04/13/10 | K | | |
| 1901. | | | | | Sold (part) | 04/14/10 | J | | |
| 1902. | | | | | Sold (part) | 07/28/10 | J | | |
| 1903. | | | | | Sold (part) | 08/19/10 | J | | |
| 1904. | | | | | Sold | 09/22/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1905. -ROGERS COMMUNICATION | | | | | | | | | |
| 1906. -ROYAL DUTCH SHELL | | | | | Sold (part) | 02/08/10 | J | | |
| 1907. | | | | | Sold (part) | 04/13/10 | K | | |
| 1908. -SABMILLER PLC | | | | | Sold | 02/23/10 | K | D | |
| 1909. -Samsung Elec Gds | | | | | | | | | |
| 1910. -SANDVIK AB | | | | | | | | | |
| 1911. -SAP | | | | | Sold (part) | 03/16/10 | K | C | |
| 1912. -SASOL SPON ADR | | | | | Sold | 04/22/10 | K | B | |
| 1913. - SCHLUMBERGER LTD | | | | | Buy (add'l) | 02/24/10 | J | | |
| 1914. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1915. | | | | | Buy (add'l) | 09/16/10 | J | | |
| 1916. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 1917. -SCHWAB CHARLES NEW | | | | | Buy (add'l) | 01/08/10 | J | | |
| 1918. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1919. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1920. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 1921. | | | | | Buy (add'l) | 07/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1922. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 1923. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 1924. | | | | | Sold (part) | 08/16/10 | J | | |
| 1925. | | | | | Sold (part) | 08/17/10 | J | | |
| 1926. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 1927. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 1928. - SCRIPPS NETWORKS INTERACTIVE CL A | | | | | Buy | 02/24/10 | J | | |
| 1929. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1930. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 1931. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1932. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1933. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 1934. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 1935. - SEADRILL LTD | | | | | Buy | 12/21/10 | J | | |
| 1936. -SES FDR CL A (PARIS) | | | | | | | | | |
| 1937. -SHIRE PLC | | | | | | | | | |
| 1938. -SHANGRI-LA ASIA | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1939. -SIEMENS AG NAMEN | | | | | Buy (add'l) | 12/07/10 | J | | |
| 1940. - SMC CORP | | | | | Buy | 01/21/10 | J | | |
| 1941. -SOFTBANK CORP | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1942. | | | | | Sold (part) | 03/25/10 | J | | |
| 1943. | | | | | Sold (part) | 10/05/10 | J | A | |
| 1944. -SONOVA HOLDING AG | | | | | Sold (part) | 07/12/10 | J | A | |
| 1945. | | | | | Sold (part) | 07/12/10 | J | B | |
| 1946. -SPECTRA ENERGY CORP | | | | | | | | | |
| 1947. -STANDARD CHARTERED | | | | | Buy (add'l) | 11/05/10 | J | | |
| 1948. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 1949. - STANLEY BLACK & DECKER | | | | | Buy | 01/07/10 | J | | |
| 1950. | | | | | Buy (add'l) | 01/08/10 | J | | |
| 1951. -STRAYER ED | | | | | Buy (add'l) | 02/17/10 | K | | |
| 1952. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 1953. | | | | | Sold | 08/24/10 | K | | |
| 1954. -Sun Hung Kai Prop | | | | | | | | | |
| 1955. -SUNCOR ENERGY | | | | | Sold (part) | 04/27/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1956. -SUZUKI MOTOR | | | | | Sold (part) | 02/23/10 | K | D | |
| 1957. | | | | | Sold (part) | 03/25/10 | K | D | |
| 1958. | | | | | Sold | 11/24/10 | J | B | |
| 1959. -SWIRE PACIFIC LTD | | | | | | | | | |
| 1960. -SWISSCOM AG REG | | | | | | | | | |
| 1961. - SYNGENTA AG | | | | | Buy | 10/07/10 | J | | |
| 1962. - SYNTHES INC | | | | | Sold (part) | 02/22/10 | J | | |
| 1963. | | | | | Sold (part) | 02/24/10 | J | | |
| 1964. | | | | | Sold (part) | 02/24/10 | J | | |
| 1965. | | | | | Sold (part) | 02/25/10 | J | | |
| 1966. - TARGET | | | | | Buy | 05/28/10 | J | | |
| 1967. -TERUMO | | | | | Sold | 02/15/10 | K | | |
| 1968. - TELEVISION BROADCAST | | | | | Buy | 11/08/10 | J | | |
| 1969. - TELSTRA CORP | | | | | Buy | 06/28/10 | K | | |
| 1970. | | | | | Sold (part) | 04/22/10 | K | C | |
| 1971. - TELUS CORPORATION NON VOTE | | | | | Buy | 07/29/10 | J | | |
| 1972. -TESCO PLC | | | | | Sold (part) | 04/14/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1973. -The Walt Disney | | | | | Sold (part) | 01/08/10 | J | A | |
| 1974. | | | | | Sold (part) | 01/08/10 | J | A | |
| 1975. | | | | | Sold (part) | 01/25/10 | J | | . |
| 1976. | | | | | Sold (part) | 03/01/10 | J | A | |
| 1977. | | | | | Sold (part) | 03/01/10 | J | A | |
| 1978. - TIFFANY & CO NEW | | | | | Buy | 08/16/10 | J | | |
| 1979. | | | | | Buy (add'l) | 08/17/10 | J | | . |
| 1980. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 1981. | | | | | Buy (add'l) | 08/24/10 | J | | . |
| 1982. - TIME WARNER CABLE INC | | | | | Buy | 06/17/10 | J | | |
| 1983. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 1984. -TINGYI | | | | | | | | | |
| 1985. -TORONTO-DOMINION BANK | | | | | | | | | |
| 1986. -TREND MICRO | | | | | Buy (add'l) | 01/14/10 | K | | |
| 1987. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 1988. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 1989. | | | | | Buy (add'l) | 07/22/10 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000.000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1990. -TRANSOCEAN LTD | | | | | Buy (add'l) | 03/29/10 | K | | |
| 1991. | | | | | Sold | 06/16/10 | K | | |
| 1992. -TYCO ELECTRONICS LTD | | | | | | | | | |
| 1993. - UNILEVER PLC | | | | | Sold (part) | 02/18/10 | K | | |
| 1994. | | | | | Sold (part) | 02/19/10 | K | | |
| 1995. | | | | | Sold | 08/13/10 | J | A | |
| 1996. -UNION PACIFIC CORP | | | | | Sold (part) | 03/18/10 | J | A | |
| 1997. -UNITEDHEALTH GROUP INC | | | | | | | | | |
| 1998. - UNITED PARCEL SERVICE INC | | | | | Sold (part) | 01/04/10 | K | | |
| 1999. -UNITED TECHNOLOGIES | | | | | | | | | |
| 2000.-URBAN OUFITTERS INC | | | | | Buy (add'l) | 02/11/10 | J | | |
| 2001. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 2002. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 2003. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 2004. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 2005. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 2006. | | | | | Buy (add'l) | 03/15/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 2008. | | | | | Buy (add'l) | 03/16/10 | J | | |
| 2009. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 2010. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 2011. -VEOLIA ENVIRONMENT | | | | | Sold (part) | 03/16/10 | J | C | |
| 2012. | | | | | Sold (part) | 07/12/10 | J | A | |
| 2013. | | | | | Sold (part) | 12/07/10 | J | A | |
| 2014. | | | | | Sold (part) | 12/14/10 | J | A | |
| 2015. | | | | | Sold | 12/15/10 | J | A | |
| 2016. - VERIZON COMMUNICATIONS | | | | | Buy | 01/13/10 | K | | |
| 2017. -VINCI SA | | | | | Sold | 07/12/10 | J | | |
| 2018. -VIVENDI UNIVERSAL SA | | | | | Sold (part) | 05/13/10 | K | | |
| 2019. | | | | | Sold | 05/26/10 | J | | |
| 2020. -VISA | | | | | Buy (add'l) | 04/19/10 | J | | |
| 2021. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 2022. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 2023. | | | | | Buy (add'l) | 09/17/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2024. -VOLVO | | | | | Sold | 07/12/10 | J | A | |
| 2025. -VULCAN MATERIALS CO | | | | | Buy (add'l) | 02/22/10 | J | | |
| 2026. | | | | | Buy (add'l) | 04/22/10 | J | | |
| 2027. -WAL-MART STORES INC | | | | | Buy | 01/19/10 | J | | |
| 2028. | | | | | Sold (part) | 03/12/10 | K | A | |
| 2029. | | | | | Sold | 07/30/10 | J | A | |
| 2030. -Wal Mart De Mexico | | | | | | | | | |
| 2031. - WEATHERFORD INTL LTD | | | | | Buy | 03/01/10 | K | | |
| 2032. | | | | | Buy (add'l) | 04/26/10 | K | | |
| 2033. - WELLS FARGO & CO (NEW) | | | | | Buy | 08/18/10 | J | | |
| 2034. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 2035. | | | | | Sold | 10/15/10 | J | | |
| 2036. -Westpac Banking Corp | | | | | Buy (add'l) | 02/15/10 | J | | |
| 2037. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 2038. | | | | | Sold (part) | 07/13/10 | J | | |
| 2039. | | | | | Sold | 12/03/10 | J | | |
| 2040. - 3M COMPANY | | | | | Buy | 02/17/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2041. | | | | | Buy (add'l) | 02/18/10 | K | | |
| 2042. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 2043. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 2044. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 2045. -GOLDMAN SACHS FIN TREASURY | | | | | Closed | | | | |
| 2046. -SSGA US GOV MM (FORMERLY SSGA VT GOVT MM) | | | | | | | | | |
| 2047. ▓▓▓ Trust #26 - List of Assets | G | Dividend | P2 | T | | | | | |
| 2048. -ADOBE | | | | | Sold (part) | 09/28/10 | J | | |
| 2049. | | | | | Sold (part) | 09/28/10 | J | | |
| 2050. | | | | | Sold | 09/29/10 | J | | |
| 2051. -Agilent Technologies | | | | | Sold (part) | 02/11/10 | K | | |
| 2052. | | | | | Sold (part) | 02/12/10 | J | | |
| 2053. | | | | | Sold (part) | 02/12/10 | J | | |
| 2054. | | | | | Sold (part) | 02/12/10 | J | | |
| 2055. | | | | | Sold (part) | 02/12/10 | J | | |
| 2056. | | | | | Sold (part) | 02/16/10 | K | | |
| 2057. -AIR PRODUCTS & CHEMICALS | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2058. -Allegheny Tech | | | | | Sold (part) | 01/28/10 | L | B | |
| 2059. | | | | | Sold (part) | 01/29/10 | K | D | |
| 2060. | | | | | Sold (part) | 02/17/10 | J | C | |
| 2061. | | | | | Sold (part) | 02/17/10 | J | A | |
| 2062. | | | | | Sold (part) | 03/17/10 | J | C | |
| 2063. | | | | | Sold (part) | 03/18/10 | K | D | |
| 2064. | | | | | Sold (part) | 03/19/10 | J | C | |
| 2065. -ALLERGAN INC | | | | | | | | | |
| 2066. -ALLIANZ | | | | | Sold | 02/23/10 | K | C | |
| 2067. -ALLSTATE CORP | | | | | Buy (add'l) | 01/05/10 | J | | |
| 2068. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2069. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2070. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 2071. -AMAZON.COM INC | | | | | | | | | |
| 2072. -AMERICA MOVIL | | | | | | | | | |
| 2073. -AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 01/22/10 | J | A | |
| 2074. | | | | | Sold (part) | 01/25/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2075. | | | | | Sold (part) | 01/26/10 | J | A | |
| 2076. | | | | | Sold (part) | 02/02/10 | J | A | |
| 2077. | | | | | Sold (part) | 02/02/10 | J | A | |
| 2078. | | | | | Sold (part) | 02/09/10 | J | A | |
| 2079. | | | | | Sold (part) | 02/11/10 | J | A | |
| 2080. | | | | | Sold (part) | 02/16/10 | J | A | |
| 2081. | | | | | Sold | 02/17/10 | J | A | |
| 2082. -AMERICAN WATER WORKS | | | | | | | | | |
| 2083. -ANGLO AMERICAN PLC | | | | | | | | | |
| 2084. - AON CORP | | | | | Buy | 04/01/10 | J | | |
| 2085. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 2086. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 2087. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 2088. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 2089. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 2090. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 2091. | | | | | Sold (part) | 11/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2092. | | | | | Sold (part) | 11/05/10 | J | | |
| 2093. | | | | | Sold (part) | 11/05/10 | J | A | |
| 2094. | | | | | Sold (part) | 11/05/10 | J | A | |
| 2095. -APPLE INC | | | | | Buy (add'l) | 02/12/10 | K | | |
| 2096. -AUSTRALIA AND NEW ZEALAND BANKING GP | | | | | Sold | 02/18/10 | K | C | |
| 2097. - ASML HOLDING NV | | | | | Buy | 06/30/10 | K | | |
| 2098. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 2099. | | | | | Buy (add'l) | 07/01/10 | K | | |
| 2100. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 2101. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 2102. | | | | | Sold (part) | 07/19/10 | K | B | |
| 2103. -BAE SYSTEMS PLC | | | | | Sold (part) | 04/20/10 | L | B | |
| 2104. -BANCO SANTANDER | | | | | Sold (part) | 05/06/10 | J | | |
| 2105. | | | | | Sold (part) | 05/10/10 | J | | |
| 2106. | | | | | Sold (part) | 05/11/10 | J | | |
| 2107. | | | | | Sold | 05/11/10 | J | | |
| 2108. -BANK OF EAST ASIA | | | | | Buy (add'l) | 12/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. -BANK OF CHINA | | | | | | | | | |
| 2110. -BARRICK GOLD CORP | | | | | Sold (part) | 01/27/10 | K | | |
| 2111. | | | | | Sold (part) | 01/28/10 | J | | |
| 2112. -Baxter Int'l Inc | | | | | Buy (add'l) | 04/14/10 | J | | |
| 2113. | | | | | Buy (add'l) | 04/21/10 | K | | |
| 2114. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 2115. | | | | | Sold (part) | 05/04/10 | J | | |
| 2116. | | | | | Sold (part) | 05/05/10 | K | | |
| 2117. | | | | | Sold (part) | 05/05/10 | J | | |
| 2118. | | | | | Sold (part) | 05/05/10 | J | | |
| 2119. | | | | | Sold (part) | 05/06/10 | K | | |
| 2120. | | | | | Sold | 05/07/10 | J | | |
| 2121. -BAYER AG | | | | | | | | | |
| 2122. -BERKSHIRE HATHAWAY | | | | | Sold (part) | 02/18/10 | K | A | |
| 2123. | | | | | Sold (part) | 02/19/10 | J | A | |
| 2124. | | | | | Sold (part) | 02/19/10 | J | B | |
| 2125. | | | | | Sold (part) | 05/27/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2126. | | | | | Sold (part) | 07/02/10 | J | C | |
| 2127. | | | | | Sold | 07/06/10 | J | C | |
| 2128. -BEST BUY INC | | | | | | | | | |
| 2129. -BHP BILLITON | | | | | | | | | |
| 2130. -Billabong Int'l LTD | | | | | Sold (part) | 07/13/10 | J | | |
| 2131. | | | | | Sold (part) | 09/22/10 | J | | |
| 2132. | | | | | Sold (part) | 09/23/10 | J | C | |
| 2133. | | | | | Sold | 09/28/10 | J | C | |
| 2134. -BNP PARIBAS | | | | | Buy (add'l) | 10/05/10 | J | | |
| 2135. | | | | | Sold (part) | 12/01/10 | J | | |
| 2136. | | | | | Sold (part) | 12/02/10 | J | | |
| 2137. | | | | | Sold (part) | 12/02/10 | J | | |
| 2138. | | | | | Sold (part) | 12/08/10 | J | | |
| 2139. -BMW | | | | | Sold | 07/12/10 | K | D | |
| 2140. - BOC HONG KONG HOLDINGS LTD | | | | | Buy | 04/13/10 | K | | |
| 2141. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 2142. | | | | | Buy (add'l) | 06/24/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2143. -Boeing Co | | | | | | | | | |
| 2144. -Bouygues | | | | | | | | | |
| 2145. -BG GROUP PLC | | | | | Buy (add'l) | 04/20/10 | J | | |
| 2146. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 2147. - BRISTOL-MYERS SQUIBB CO | | | | | Buy | 02/10/10 | K | | |
| 2148. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 2149. | | | | | Buy (add'l) | 02/11/10 | K | | |
| 2150. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 2151. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 2152. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 2153. -BROADCOM CORP | | | | | | | | | |
| 2154. -CAMECO CORP | | | | | Sold (part) | 05/03/10 | K | | |
| 2155. | | | | | Sold (part) | 05/04/10 | J | | |
| 2156. | | | | | Buy (add'l) | 08/25/10 | L | | |
| 2157. | | | | | Buy (add'l) | 09/07/10 | K | | |
| 2158. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 2159. | | | | | Buy (add'l) | 09/09/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2160. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 2161. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 2162. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 2163. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 2164. -CANON INC | | | | | Buy | 11/29/10 | J | | |
| 2165. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 2166. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 2167. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2168. -CANADIAN NATURAL RESOURCES | | | | | Sold (part) | 01/07/10 | J | A | |
| 2169. | | | | | Sold (part) | 01/20/10 | K | | |
| 2170. | | | | | Sold (part) | 01/21/10 | K | | |
| 2171. | | | | | Sold (part) | 02/22/10 | K | A | |
| 2172. | | | | | Sold (part) | 02/23/10 | K | | |
| 2173. -CARNIVAL CORP | | | | | Sold (part) | 10/26/10 | J | A | |
| 2174. | | | | | Sold | 10/27/10 | J | A | |
| 2175. -CELGENE CORP | | | | | Buy (add'l) | 06/18/10 | J | | |
| 2176. | | | | | Sold (part) | 05/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2177. | | | | | Sold (part) | 05/05/10 | J | | |
| 2178. | | | | | Sold (part) | 05/05/10 | J | | |
| 2179. | | | | | Sold (part) | 05/05/10 | K | A | |
| 2180. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 2181. - CENOVUS ENERGY INC C$ | | | | | Buy | 01/25/10 | K | | |
| 2182. | | | | | Buy (add'l) | 01/26/10 | K | | |
| 2183. | | | | | Buy (add'l) | 03/08/10 | K | | |
| 2184. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 2185. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 2186. -CENOVUS ENERGY INC | | | | | Buy (add'l) | 06/02/10 | J | | |
| 2187. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 2188. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 2189. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 2190. -CERNER CORP | | | | | | | | | |
| 2191. -CHEVRON CORP | | | | | Sold (part) | 07/12/10 | J | A | |
| 2192. - CHINA LIFE INSURANCE CO LTD | | | | | Buy | 04/14/10 | L | | |
| 2193. - CHINA SHENHUA ENERGY | | | | | Buy | 03/29/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2194. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 2195. | | | | | Buy (add'l) | 09/29/10 | K | | |
| 2196. - CISCO SYSTEMS INC | | | | | Buy | 03/01/10 | K | | |
| 2197. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 2198. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 2199. - COACH INC | | | | | Buy | 06/18/10 | J | | |
| 2200. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 2201. -COCA-COLA AMATIL | | | | | | | | | |
| 2202. -COCA-COLA CO | | | | | Sold (part) | 02/05/10 | K | B | |
| 2203. | | | | | Sold (part) | 02/08/10 | J | B | |
| 2204. | | | | | Sold (part) | 05/21/10 | K | D | |
| 2205. | | | | | Sold | 05/21/10 | J | A | |
| 2206. -COMCAST | | | | | Buy (add'l) | 09/29/10 | J | | |
| 2207. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 2208. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 2209. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 2210. | | | | | Buy (add'l) | 10/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2211. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 2212. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 2213. | | | | | Buy (add'l) | 11/23/10 | J | | |
| 2214. | | | | | Buy (add'l) | 11/26/10 | K | | |
| 2215. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 2216. -COSTCO | | | | | Sold (part) | 01/14/10 | J | C | |
| 2217. | | | | | Sold (part) | 01/15/10 | J | B | |
| 2218. - CRH PLC | | | | | Sold (part) | 09/22/10 | K | | |
| 2219. | | | | | Sold (part) | 09/23/10 | J | B | |
| 2220. | | | | | Sold (part) | 09/23/10 | J | B | |
| 2221. - CSL LTD | | | | | Buy | 02/19/10 | J | | |
| 2222. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 2223. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 2224. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 2225. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 2226. - DANAHER CORP | | | | | Buy | 04/15/10 | J | | |
| 2227. -DANONE | | | | | Buy (add'l) | 02/25/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2228. -DAVITA INC | | | | | Sold (part) | 05/03/10 | K | B | |
| 2229. | | | | | Sold (part) | 05/19/10 | J | A | |
| 2230. | | | | | Sold (part) | 05/19/10 | J | A | |
| 2231. | | | | | Sold (part) | 05/20/10 | J | A | |
| 2232. | | | | | Sold (part) | 07/12/10 | J | A | |
| 2233. | | | | | Sold (part) | 10/26/10 | J | B | |
| 2234. -DBS GROUP HOLDINGS LTD | | | | | | | | | |
| 2235. -DIAGEO PLC | | | | | | | | | |
| 2236. -DIXONS GROUP PLC | | | | | Buy | 11/26/10 | J | | |
| 2237. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2238. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2239. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2240. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2241. - DREAMWORKS ANIMATION SKG INC | | | | | Buy | 01/14/10 | J | | |
| 2242. | | | | | Buy (add'l) | 01/15/10 | J | | |
| 2243. | | | | | Buy (add'l) | 01/19/10 | J | | |
| 2244. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245. | | | | | Buy (add'l) | 01/20/10 | J | | |
| 2246. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 2247. | | | | | Buy (add'l) | 01/21/10 | J | | |
| 2248. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 2249. | | | | | Buy (add'l) | 01/22/10 | J | | |
| 2250. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 2251. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 2252. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 2253. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 2254. | | | | | Buy (add'l) | 01/29/10 | J | | |
| 2255. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 2256. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 2257. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 2258. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 2259. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 2260. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 2261. | | | | | Buy (add'l) | 02/09/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2262. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 2263. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 2264. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 2265. | | | | | Buy (add'l) | 02/16/10 | J | | |
| 2266. | | | | | Buy (add'l) | 02/17/10 | J | | |
| 2267. | | | | | Buy (add'l) | 05/28/10 | K | | |
| 2268. | | | | | Buy (add'l) | 07/21/10 | J | | |
| 2269. | | | | | Buy (add'l) | 07/22/10 | K | | |
| 2270. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 2271. | | | | | Buy (add'l) | 07/26/10 | J | | |
| 2272. | | | | | Sold (part) | 08/23/10 | J | | |
| 2273. | | | | | Sold (part) | 08/24/10 | J | | |
| 2274. | | | | | Sold (part) | 08/25/10 | J | | |
| 2275. | | | | | Sold (part) | 08/26/10 | J | | |
| 2276. | | | | | Sold (part) | 08/27/10 | J | | |
| 2277. | | | | | Sold (part) | 08/30/10 | J | | |
| 2278. | | | | | Sold (part) | 08/31/10 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2279. | | | | | Sold (part) | 08/31/10 | J | | |
| 2280. | | | | | Sold (part) | 09/01/10 | J | | |
| 2281. -EBAY INC | | | | | | | | | |
| 2282. -ECOLAB INC | | | | | Sold (part) | 01/05/10 | J | A | |
| 2283. -EDISON INTERNATIONAL | | | | | Sold (part) | 04/19/10 | J | A | |
| 2284. | | | | | Sold (part) | 04/20/10 | K | A | |
| 2285. -EMERSON ELECTRIC | | | | | | | | | |
| 2286. -EMERGING MARKETS GROWTH FUND | | | | | | | | | |
| 2287. -ENERGIZER HOLDING | | | | | | | | | |
| 2288. -ESSILOR INTL | | | | | | | | | |
| 2289. - FANUC CO | | | | | Buy | 02/04/10 | K | | |
| 2290. -FEDEX CORP | | | | | Buy (add'l) | 02/24/10 | J | | |
| 2291. -FIRST SOLAR INC | | | | | Sold (part) | 05/17/10 | K | B | |
| 2292. | | | | | Sold (part) | 05/17/10 | J | | |
| 2293. -FLUOR CORP | | | | | | | | | |
| 2294. - FRONTIER COMMUNICATIONS | | | | | Spinoff (from line 2629) | 07/02/10 | J | | |
| 2295. | | | | | Sold | 08/26/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2296. -GDF SUEZ | | | | | | | | | |
| 2297. -GENERAL ELECTRIC | | | | | | | | | |
| 2298. -GENERAL MILLS | | | | | Buy (add'l) | 04/14/10 | J | | |
| 2299. -Genpact LTD | | | | | | | | | |
| 2300. -GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 04/19/10 | K | | |
| 2301. | | | | | Sold (part) | 04/19/10 | K | | |
| 2302. -GOOGLE INC | | | | | | | | | |
| 2303. - HALLIBURTON CO | | | | | Buy | 05/26/10 | J | | |
| 2304. | | | | | Buy (add'l) | 06/18/10 | J | | |
| 2305. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 2306. -HANESBRANDS INC | | | | | Sold (part) | 01/07/10 | J | A | |
| 2307. | | | | | Sold (part) | 01/08/10 | J | A | |
| 2308. | | | | | Sold (part) | 01/11/10 | J | A | |
| 2309. | | | | | Sold (part) | 01/13/10 | J | A | |
| 2310. | | | | | Sold | 01/14/10 | J | A | |
| 2311. -HDFC BANK LTD | | | | | | | | | |
| 2312. -HENNES & MAURITZ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2313. -HEWLETT-PACKARD CO | | | | | Sold (part) | 10/25/10 | K | C | |
| 2314. -HOLCIM LTD | | | | | Sold (part) | 01/08/10 | K | | |
| 2315. | | | | | Sold (part) | 10/06/10 | K | C | |
| 2316. | | | | | Sold | 10/07/10 | J | D | |
| 2317. -HONG KONG/CHINA GAS | | | | | Buy (add'l) | 11/04/10 | J | | |
| 2318. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 2319. -HUDSON CITY BANCORP | | | | | Sold (part) | 09/21/10 | J | | |
| 2320. | | | | | Sold (part) | 09/22/10 | J | | |
| 2321. | | | | | Sold | 09/23/10 | J | | |
| 2322. -HSBC HOLDINGS | | | | | Buy (add'l) | 08/25/10 | M | | |
| 2323. - ICICI BANK LTD SPON ADR | | | | | Buy | 02/25/10 | J | | |
| 2324. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 2325. | | • | | | Buy (add'l) | 03/02/10 | J | | |
| 2326. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 2327. | | | | | Buy (add'l) | 03/05/10 | J | | |
| 2328. | | | | | Buy (add'l) | 03/09/10 | J | | |
| 2329. | | | | | Buy (add'l) | 03/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2330. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 2331. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 2332. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 2333. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 2334. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 2335. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 2336. -ILLINOIS TOOL WORKS INC | | | | | Sold (part) | 07/12/10 | K | | |
| 2337. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2338. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2339. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 2340. -IMPERIAL TOBACCO PLC | | | | | Buy | 10/05/10 | J | | |
| 2341. -INDITEX | | | | | Sold | 07/12/10 | J | B | |
| 2342. - INMET MINING CORP | | | | | Buy | 07/26/10 | J | | |
| 2343. | | | | | Buy (add'l) | 07/28/10 | J | | |
| 2344. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 2345. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 2346. -INT'L BUSINESS MACHINES | | | | | Buy (add'l) | 10/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2347. - INTERNATIONAL GAME TECHNOLOGY | | | | | Buy | 12/31/10 | J | | |
| 2348. -IRON MOUNTAIN INC | | | | | Sold (part) | 10/05/10 | J | | |
| 2349. -ISRAEL CHEMICALS LTD | | | | | Buy | 10/07/10 | J | | |
| 2350. | | | | | Buy (add'l) | 10/13/10 | J | | |
| 2351. | | | | | Buy (add'l) | 10/13/10 | K | | |
| 2352. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2353. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2354. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 2355. -JERONIMO MARTINS | | | | | | . | | | |
| 2356. -JGC CORP | | | | | | | | | |
| 2357. -JOHNSON & JOHNSON | | | | | Sold (part) | 04/12/10 | K | C | |
| 2358. | | | | | Sold (part) | 05/28/10 | K | B | |
| 2359. | | | | | Sold | 05/28/10 | K | B | |
| 2360. -JUNIPER NETWORKS INC | | | | | Buy (add'l) | 02/22/10 | J | | |
| 2361. | | | | | Buy (add'l) | 02/24/10 | K | | |
| 2362. | | | | | Sold (part) | 07/12/10 | K | | |
| 2363. -JP MORGAN CHASE | | | | | Sold (part) | 04/20/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2364. -KEYENCE CORP | | | | | | | | | |
| 2365. - KLA-TENCOR CORP | | | | | Buy (add'l) | 09/30/10 | J | | |
| 2366. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 2367. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 2368. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 2369. | | | | | Buy (add'l) | 10/05/10 | K | | |
| 2370. | | | | | Buy (add'l) | 10/06/10 | J | | |
| 2371. -KONINKLIJKE KPN NV | | | | | Sold (part) | 03/25/10 | J | | |
| 2372. -KRAFT FOODS | | | | | Sold (part) | 07/12/10 | J | | |
| 2373. - KURITA WATER INDUSTRIES LTD | | | | | Buy | 06/07/10 | K | | |
| 2374. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 2375. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 2376. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 2377. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 2378. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 2379. | | | | | Buy (add'l) | 06/15/10 | J | | |
| 2380. | | | | | Buy (add'l) | 06/16/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2381. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 2382. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 2383. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 2384. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 2385. | | | | | Buy (add'l) | 07/05/10 | J | | |
| 2386. | | | | | Buy (add'l) | 07/14/10 | J | | |
| 2387. | | | | | Buy (add'l) | 07/16/10 | J | | |
| 2388. | | | | | Buy (add'l) | 07/21/10 | J | | |
| 2389. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 2390. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 2391. | | | | | Buy (add'l) | 07/29/10 | J | | |
| 2392. | | | | | Buy (add'l) | 08/04/10 | J | | |
| 2393. | | | | | Buy (add'l) | 08/05/10 | J | | |
| 2394. | | | | | Buy (add'l) | 08/10/10 | J | | |
| 2395. | | | | | Buy (add'l) | 08/13/10 | J | | |
| 2396. | | | | | Buy (add'l) | 08/16/10 | J | | |
| 2397. | | | | | Buy (add'l) | 08/17/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2398. -L'Air Liquide Bearer | | | | | Sold (part) | 04/14/10 | J | | |
| 2399. -LI & Fung | | | | | | | | | |
| 2400. - LI NING CO LTD | | | | | Buy | 01/28/10 | K | | |
| 2401. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 2402. | | | | | Sold | 11/24/10 | K | | |
| 2403. -LINDE | | | | | Sold | 07/12/10 | K | B | |
| 2404. -LLOYDS TSB GROUP PLC | | | | | Buy | 08/02/10 | J | | |
| 2405. | | | | | Buy (add'l) | 08/02/10 | K | | |
| 2406. -L'OREAL | | | | | Sold (part) | 08/02/10 | J | | |
| 2407. | | | | | Sold (part) | 08/04/10 | J | | |
| 2408. | | | | | Sold (part) | 08/26/10 | J | | |
| 2409. | | | | | Sold (part) | 10/13/10 | J | A | |
| 2410. | | | | | Sold (part) | 10/14/10 | J | A | |
| 2411. -LOWES COS | | | | | Sold (part) | 03/18/10 | J | | |
| 2412. -LVMH MOET HENNESSY LOUIS VUITTON | | | | | Sold | 07/12/10 | K | C | |
| 2413. -MARATHON OIL CORP COM | | | | | | | | | |
| 2414. -MACQUARIE GROUP LTD | | | | | Buy | 12/21/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2415. -MAXIM INTEGRATED PRODS INC | | | | | | | | | |
| 2416. -MCDONALDS CORP | | | | | Sold | 03/18/10 | J | C | |
| 2417. | | | | | Buy | 07/23/10 | J | | |
| 2418. -MERCK & CO INC | | | | | Sold (part) | 04/09/10 | K | A | |
| 2419. - MEDTRONIC | | | | | Buy (add'l) | 03/01/10 | K | | |
| 2420. | | | | | Sold (part) | 10/26/10 | J | | |
| 2421. | | | | | Sold (part) | 11/23/10 | K | | |
| 2422. -MICROCHIP TECHNOLOGY INC | | | | | | | | | |
| 2423. -MICROSOFT CORP | | | | | | | | | |
| 2424. -METRO AG | | | | | Sold | 07/12/10 | K | C | |
| 2425. -MONSANTO CO NEW COM | | | | | Buy (add'l) | 02/24/10 | K | | |
| 2426. | | | | | Buy (add'l) | 06/03/10 | L | | |
| 2427. | | | | | Sold (part) | 07/06/10 | K | | |
| 2428. | | | | | Sold (part) | 07/07/10 | J | | |
| 2429. -MURATA MANUFACTURING CO LTD | | | | | Buy (add'l) | 01/21/10 | K | | |
| 2430. -MUENCHENER RUECK NAMEN | | | | | | | | | |
| 2431. -NATIONAL AUSTRALIA BANK LTD | | | | | Sold (part) | 02/10/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2432. | | | | | Sold | 02/11/10 | K | | |
| 2433. -NATIONAL GRID PLC | | | | | Buy (add'l) | 02/03/10 | K | | |
| 2434. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 2435. -NATIONAL INSTRUMENTS CORP | | | | | | | | | |
| 2436. -Nestle SA | | | | | | | | | |
| 2437. -NEWCREST MINING | | | | | | | | | |
| 2438. -NEW YORK TIMES CO | | | | | Buy | 12/22/10 | J | | |
| 2439. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 2440. -NINTENDO CO LTD | | | | | Buy (add'l) | 01/21/10 | K | | |
| 2441. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 2442. | | | | | Buy (add'l) | 11/09/10 | L | | |
| 2443. -NOBLE ENERGY INC | | | | | Buy | 09/09/10 | J | | |
| 2444. | | | | | Buy (add'l) | 09/10/10 | K | | |
| 2445. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 2446. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 2447. -NOKIA OYJ | | | | | Sold | 01/29/10 | K | A | |
| 2448. -NORDSTROM INC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimat | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2449. -NORFOLK SOUTHERN CORP | | | | | | | | | |
| 2450. - NOVARTIS AG NAMEN | | | | | Buy | 08/02/10 | K | | |
| 2451. -NOVO NORDISK | | | | | Buy (add'l) | 02/19/10 | J | | |
| 2452. | | | | | Buy (add'l) | 02/22/10 | K | | |
| 2453. -NUCOR CORP | | | | | Buy (add'l) | 09/30/10 | K | | |
| 2454. -OMEGA PHARMA | | | | | Sold (part) | 04/19/10 | J | A | |
| 2455. | | | | | Sold (part) | 04/19/10 | J | A | |
| 2456. | | | | | Sold | 04/21/10 | J | A | |
| 2457. -OMNICOM GROUP | | | | | | | | | |
| 2458. -ORACLE CORP | | | | | Buy | 09/22/10 | K | | |
| 2459. | | | | | Buy (add'l) | 10/14/10 | L | | |
| 2460. -Paychex Inc | | | | | Sold (part) | 03/31/10 | J | | |
| 2461. | | | | | Sold (part) | 03/31/10 | J | | |
| 2462. | | | | | Sold (part) | 04/01/10 | J | | |
| 2463. | | | | | Sold (part) | 04/05/10 | J | | |
| 2464. | | | | | Sold (part) | 10/04/10 | J | | |
| 2465. | | | | | Sold (part) | 10/04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2466. | | | | | Sold | 10/05/10 | J | | |
| 2467. - PENGROWTH ENERGY TRUST | | | | | Buy | 03/17/10 | J | | |
| 2468. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 2469. -PEPSICO INC | | | | | | | | | |
| 2470. -Pernod Ricard SA | | | | | | | | | |
| 2471. -PEUGEOT SA | | | | | Sold | 02/23/10 | K | | |
| 2472. - PETROLEO BRASILEIRO SA PETROBR SP ADP | | | | | Buy | 03/22/10 | K | | |
| 2473. | | | | | Buy (add'l) | 03/23/10 | J | | |
| 2474. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 2475. | | | | | Sold | 11/02/10 | K | | |
| 2476. - PHILIP MORRIS INTERNATIONAL INC | | | | | Buy | 03/01/10 | J | | |
| 2477. -POLYCOM INC | | | | | | | | | |
| 2478. -POTASH CORP | | | | | Sold (part) | 09/16/10 | J | D | |
| 2479. | | | | | Sold (part) | 09/17/10 | J | D | |
| 2480. - PROCTER & GAMBLE | | | | | Buy (add'l) | 04/20/10 | K | | |
| 2481. | | | | | Sold (part) | 09/27/10 | J | A | |
| 2482. | | | | | Sold (part) | 09/28/10 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2483. -Progressive Corp Ohio | | | | | Sold (part) | 10/04/10 | J | | |
| 2484. -QANTAS AIRWAYS | | | | | Sold (part) | 05/06/10 | J | B | |
| 2485. | | | | | Sold (part) | 05/06/10 | J | | |
| 2486. | | | | | Sold | 05/06/10 | J | | |
| 2487. -QUALCOMM INC | | | | | Buy (add'l) | 06/18/10 | J | | |
| 2488. -RECKITT BENCKISER | | | | | | | | | |
| 2489. - RELIANCE INDUSTRIES LTD GDR | | | | | Buy | 03/19/10 | K | | |
| 2490. | | | | | Buy (add'l) | 03/25/10 | J | | |
| 2491. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 2492. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 2493. - REPUBLIC SERVICES INC | | | | | Buy | 12/31/10 | K | | |
| 2494. -Richemont | | | | | | | | | |
| 2495. -RIO TINTO | | | | | Buy (add'l) | 11/05/10 | K | | |
| 2496. - ROCHE HOLDING AG GENUSSCHEIN | | | | | Buy (add'l) | 02/23/10 | K | | |
| 2497. | | | | | Sold (part) | 04/13/10 | J | | |
| 2498. | | | | | Sold (part) | 04/13/10 | K | | |
| 2499. | | | | | Sold (part) | 04/14/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2500. | | | | | Sold (part) | 07/28/10 | K | | |
| 2501. | | | | | Sold (part) | 08/19/10 | J | | |
| 2502. | | | | | Sold | 09/22/10 | L | | |
| 2503. -ROGERS COMMUNICATION | | | | | | | | | |
| 2504. -ROYAL DUTCH SHELL | | | | | Sold (part) | 02/08/10 | K | | |
| 2505. | | | | | Sold (part) | 04/13/10 | K | | |
| 2506. -SABMILLER PLC | | | | | Sold | 02/23/10 | K | D | |
| 2507. -Samsung Elec Gds | | | | | | | | | |
| 2508. -SANDVIK | | | | | | | | | |
| 2509. -SAP AG | | | | | Sold (part) | 03/16/10 | K | | |
| 2510. -SAP AG Spon ADR | | | | | | | | | |
| 2511. -SASOL SPON ADR | | | | | Sold (part) | 04/22/10 | K | C | |
| 2512. -SCHLUMBERGER LTD | | | | | Buy (add'l) | 02/24/10 | J | | |
| 2513. | | | | | Buy (add'l) | 02/25/10 | K | | |
| 2514. | | | | | Buy (add'l) | 09/14/10 | J | | |
| 2515. | | | | | Buy (add'l) | 09/16/10 | J | | |
| 2516. | | | | | Buy (add'l) | 10/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2517. -SCHWAB CHARLES NEW | | | | | Buy (add'l) | 01/08/10 | J | | |
| 2518. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 2519. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 2520. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 2521. | | | | | Buy (add'l) | 12/10/10 | K | | |
| 2522. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 2523. - SCRIPPS NETWORKS INTERACTIVE CL A | | | | | Buy | 02/24/10 | J | | |
| 2524. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 2525. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 2526. | | | | | Buy (add'l) | 02/25/10 | J | | |
| 2527. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 2528. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 2529. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 2530. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 2531. -SEADRILL LTD | | | | | Buy | 12/21/10 | K | | |
| 2532. -SES FDR CL A (PARIS) | | | | | | | | | |
| 2533. -SHIRE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2534. -SHANGRI-LA ASIA | | | | | | | | | |
| 2535. -SIEMANS AG NAMEN | | | | | Buy (add'l) | 12/07/10 | K | | |
| 2536. -SMC CORP | | | | | | | | | |
| 2537. -SOFTBANK CORP | | | | | Buy (add'l) | 01/21/10 | J | | |
| 2538. | | | | | Sold (part) | 03/25/10 | J | | |
| 2539. | | | | | Sold (part) | 10/05/10 | K | C | |
| 2540. -SONOVA HOLDINGS | | | | | Sold (part) | 07/12/10 | J | C | |
| 2541. | | | | | Sold (part) | 07/12/10 | J | B | |
| 2542. -SPECTRA ENERGY CORP | | | | | | | | | |
| 2543. -STANDARD CHARTERED | | | | | Buy (add'l) | 11/07/10 | J | | |
| 2544. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 2545. - STANLEY BLACK & DECKER INC | | | | | Buy | 01/07/10 | J | | |
| 2546. | | | | | Buy (add'l) | 01/08/10 | J | | |
| 2547. | | | | | Buy (add'l) | 01/11/10 | J | | |
| 2548. -STRAYER ED INC | | | | | Buy (add'l) | 02/17/10 | K | | |
| 2549. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 2550. | | | | | Sold (part) | 08/19/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2551. | | | | | Sold (part) | 08/20/10 | K | | |
| 2552. | | | | | Sold | 08/24/10 | K | | |
| 2553. -Sun Hung Kai Prop | | | | | | | | | |
| 2554. -Suncor Energy Inc | | | | | Sold (part) | 04/27/10 | J | C | |
| 2555. -SUZUKI MOTOR | | | | | Sold (part) | 02/23/10 | K | D | |
| 2556. | | | | | Sold (part) | 03/25/10 | K | D | |
| 2557. | | | | | Sold | 11/24/10 | J | B | |
| 2558. -SWIRE PACIFIC LTD | | | | | | | | | |
| 2559. -SWISSCOM AG REG | | | | | | | | | |
| 2560. -SYNGENTA AG | | | | | Buy | 10/04/10 | J | | |
| 2561. | | | | | Buy (add'l) | 10/05/10 | J | | |
| 2562. | | | | | Buy (add'l) | 10/06/10 | J | | |
| 2563. | | | | | Buy (add'l) | 10/07/10 | J | | |
| 2564. - SYNTHES INC | | | | | Sold (part) | 02/22/10 | J | | |
| 2565. | | | | | Sold (part) | 02/24/10 | J | | |
| 2566. | | | | | Sold (part) | 02/24/10 | J | | |
| 2567. | | | | | Sold (part) | 02/25/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2568. - TARGET CORP | | | | | Buy | 05/28/10 | J | | |
| 2569. -TELEVISION BROADCAST | | | | | Buy | 11/03/10 | J | | |
| 2570. | | | | | Buy (add'l) | 11/04/10 | J | | |
| 2571. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 2572. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 2573. - TELUS CORPORATION | | | | | Buy | 07/26/10 | J | | |
| 2574. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 2575. -TELSTRA CORP | | | | | Buy (add'l) | 06/28/10 | K | | |
| 2576. | | | | | Sold (part) | 04/22/10 | K | D | |
| 2577. -TERUMO CORP | | | | | Sold | 02/15/10 | K | | |
| 2578. -TESCO | | | | | Sold (part) | 04/14/10 | K | | |
| 2579. -The Walt Disney Co | | | | | Sold (part) | 01/08/10 | J | A | |
| 2580. | | | | | Sold (part) | 01/25/10 | K | | |
| 2581. | | | | | Sold (part) | 03/01/10 | J | A | |
| 2582. | | | | | Sold (part) | 03/01/10 | K | A | |
| 2583. - TIFFANY & CO NEW | | | | | Buy | 08/13/10 | J | | |
| 2584. | | | | | Buy (add'l) | 08/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2585. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 2586. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 2587. | | | | | Buy (add'l) | 08/18/10 | J | | |
| 2588. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 2589. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 2590. - TIME WARNER CABLE INC | | | | | Buy | 06/17/10 | K | | |
| 2591. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 2592. -TINGYI HOLDING CORP | | | | | | | | | |
| 2593. -TORONTO-DOMINION BANK | | | | | | | | | |
| 2594. -TRANSOCEAN | | | | | Buy (add'l) | 03/29/10 | K | | |
| 2595. | | | | | Sold | 06/16/10 | K | | |
| 2596. -TREND MICRO | | | | | Buy (add'l) | 01/14/10 | K | | |
| 2597. | | | | | Buy (add'l) | 01/21/10 | K | | |
| 2598. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 2599. | | | | | Buy (add'l) | 07/22/10 | K | | |
| 2600. -TYCO ELECTRONICS LTD | | | | | | | | | |
| 2601. -Unilever NV NY SHRS | | | | | Sold (part) | 02/18/10 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2602. | | | | | Sold (part) | 02/19/10 | K | D | |
| 2603. | | | | | Sold (part) | 08/11/10 | J | A | |
| 2604. | | | | | Sold (part) | 08/12/10 | J | B | |
| 2605. | | | | | Sold (part) | 08/13/10 | J | A | |
| 2606. | | | | | Sold | 08/16/10 | J | A | |
| 2607. -UNION PACIFIC CORP | | | | | Sold (part) | 03/18/10 | J | B | |
| 2608. -UNITEDHEALTH GROUP INC | | | | | | | | | |
| 2609. -UNITED PARCEL SERVICE | | | | | Sold (part) | 01/04/10 | K | | |
| 2610. -UNITED TECHNOLOGIES | | | | | Buy (add'l) | 12/31/10 | J | | |
| 2611. -URBAN OUFITTERS INC | | | | | Buy (add'l) | 02/11/10 | K | | |
| 2612. | | | | | Buy (add'l) | 03/10/10 | J | | |
| 2613. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 2614. | | | | | Buy (add'l) | 03/11/10 | J | | |
| 2615. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 2616. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 2617. | | | | | Buy (add'l) | 03/15/10 | J | | |
| 2618. | | | | | Buy (add'l) | 03/15/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., d or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2619. | | | | | Buy (add'l) | 03/16/10 | J | | |
| 2620. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 2621. | | | | | Buy (add'l) | 03/18/10 | J | | |
| 2622. -VEOLIA ENVIRONMENT | | | | | Sold (part) | 03/16/10 | J | | |
| 2623. | | | | | Sold (part) | 07/12/10 | K | | |
| 2624. | | | | | Sold (part) | 12/03/10 | J | | |
| 2625. | | | | | Sold (part) | 12/03/10 | J | | |
| 2626. | | | | | Sold (part) | 12/07/10 | J | | |
| 2627. | | | | | Sold (part) | 12/14/10 | J | | |
| 2628. | | | | | Sold | 12/15/10 | J | | |
| 2629. - VERIZON COMMUNICATIONS | | | | | Buy | 01/13/10 | K | | |
| 2630. -VINCI | | | | | Sold | 07/12/10 | J | | |
| 2631. -VISA | | | | | Buy (add'l) | 04/19/10 | L | | |
| 2632. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 2633. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 2634. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 2635. | | | | | Buy (add'l) | 09/17/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2636. -VIVENDI UNIVERSAL | | | | | Sold (part) | 05/13/10 | K | | |
| 2637. | | | | | Sold | 05/26/10 | J | | |
| 2638. -VOLVO | | | | | Sold | 07/12/10 | K | D | |
| 2639. -VULCAN MATERIALS CO | | | | | Buy (add'l) | 02/22/10 | J | | |
| 2640. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 2641. | | | | | Buy (add'l) | 04/22/10 | J | | |
| 2642. | | | | | Sold (part) | 09/21/10 | J | | |
| 2643. | | | | | Sold (part) | 10/01/10 | J | | |
| 2644. | | | | | Sold (part) | 10/21/10 | J | | |
| 2645. | | | | | Sold (part) | 10/26/10 | J | | |
| 2646. -WAL-MART STORES INC | | | | | Buy (add'l) | 01/19/10 | K | | |
| 2647. | | | | | Sold (part) | 03/12/10 | K | | |
| 2648. | | | | | Sold | 07/30/10 | K | A | |
| 2649. -Wal Mart De Mexico | | | | | | | | | |
| 2650. - WEATHERFORD INTL LTD | | | | | Buy | 03/01/10 | K | | |
| 2651. | | | | | Buy (add'l) | 04/26/10 | K | | |
| 2652. - WELLS FARGO & CO (NEW) | | | | | Buy | 08/18/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2653. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 2654. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 2655. | | | | | Sold | 10/15/10 | K | | |
| 2656. -Westpac Banking Corp | | | | | Buy (add'l) | 02/15/10 | K | | |
| 2657. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 2658. | | | | | Sold (part) | 07/13/10 | J | A | |
| 2659. | | | | | Sold (part) | 12/03/10 | K | A | |
| 2660. | | | | | Sold | 12/03/10 | K | C | |
| 2661. - 3M COMPANY | | | | | Buy | 02/17/10 | K | | |
| 2662. | | | | | Buy (add'l) | 02/18/10 | K | | |
| 2663. | | | | | Buy (add'l) | 04/14/10 | K | | |
| 2664. | | | | | Buy (add'l) | 06/08/10 | K | | |
| 2665. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 2666. -GOLDMAN SACHS SG TRUST | | | | | Closed | | | | |
| 2667. -SSGA US GOVT MMKT | | | | | | | | | |
| 2668. ▓▓▓ Trust #28 - List of Assets | G | Interest | P1 | T | | | | | |
| 2669. -ARIZON A HEALTH FACS AUTH 2/1/2042 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2670. - ATLANTA GA ARPT 10C 5.0% 1/1/19 | | | | | Buy | 12/23/10 | M | | |
| 2671. -DC WTR & SWR REV SER A SF 4.80% 10/1/2024 | | | | | | | | | |
| 2672. -GA HIED FIN AUTH REAL ESTATE SF 6.0% 6/15/2028 (Y) | | | | | | | | | |
| 2673. - LI PWR AUTH NY 2010A (LIPA) 5.0% 5/1/14 | | | | | Buy | 05/18/10 | M | | |
| 2674. -MET TRANS AUTH NY MBIA 5% 11/15/2015 | | | | | | | | | |
| 2675. -MO ST HWY & TRANSPORT 5.0% 5/1/2024 | | | | | Sold | 03/09/10 | M | E | |
| 2676. -NEW YORK CITY GO 5.0% 8/1/15 | | | | | Sold | 07/28/10 | M | D | |
| 2677. -NEW YORK CITY GO 5.0% 4/1/13 | | | | | Sold | 07/28/10 | M | D | |
| 2678. - NEW YORK CITY GO 5.0% 8/1/18 | | | | | Buy | 08/12/10 | M | | |
| 2679. -NYS TWY AUTH SECOND GEN 5% 4/1/19 | | | | | | | | | |
| 2680. -NJ EDA PRINCETON UNIV 4.75% 7/1/23 | | | | | Sold | 09/22/10 | M | D | |
| 2681. - NYC HLTH AND HOSP 5.0% 2/15/20 | | | | | Buy | 10/26/10 | M | | |
| 2682. - NY CITY MUNI WTR AUTH FF 5.0% 6/15/16 | | | | | Buy | 03/25/10 | M | | |
| 2683. -NY CITY MUNI WTR AUTH 5.0% 6/15/18 | | | | | | | | | |
| 2684. -NY CITY TFA A 5.5% 11/1/26 (Y) | | | | | | | | | |
| 2685. -NY DORM AUTH SVC CONTRACT 4.375% 4/1/11 | | | | | | | | | |
| 2686. -NY EMPIRE UDC FSA 5.0% 1/1/13 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2687. -NY LGAC 5.0% 4/1/2013 | | | | | | | | | |
| 2688. -NY MTA TRIBOROUGH B&T SER 5% 11/15/16 | | | | | | | | | |
| 2689. -NY SALES TAX REC MBIA 5.0% 10/15/21 | | | | | | | | | |
| 2690. - NY ST THRUWAY (2ND BRDGE & HWY) 5% 4/1/13 | | | | | Buy | 03/17/10 | M | | |
| 2691. -NYS DORM AUTH PER INCOME TAX 5% 3/15/18 (Y) | | | | | | | | | |
| 2692. -NY ST DORM AUTH ST UNIV MBIA 5.0% 7/1/15 | | | | | | | | | |
| 2693. -NY ST ENVIRON FAC CLEAN WTR 5.25% 6/15/12 | | | | | | | | | |
| 2694. -NY ST TWY AU AMBAC 5% 4/1/2019 | | | | | | | | | |
| 2695. -NY ST URB DEV CORP PREREF 5.0% 3/15/33 | | | | | Sold (part) | 08/04/10 | M | D | |
| 2696. - NY ST EGY PCR NYSEG B (MPT) 3.0% | | | | | Buy | 06/04/10 | L | | |
| 2697. -NYC HLTH/HOSP CORP FSA 4.05% 2/15/11 | | | | | | | | | |
| 2698. -OHIO HI/ED CLEVELD 5.125% 1/1/2028 (Y) | | | | | | | | | |
| 2699. - PORT AUTH NY/NJ SER 163 5.0% 7/15/21 | | | | | Buy | 08/04/10 | M | | |
| 2700. -SAN ANTONIO E/G REV 5.0% 2/1/2018 | | | | | | | | | |
| 2701. -WI ST CLEAN WTR REV SER 5.125% 6/1/2026 | | | | | Sold | 04/30/10 | M | E | |
| 2702. -NY ST THRUWAY (2ND BR & HW) 5.0% 4/1/22 (Y) | | | | | | | | | |
| 2703. -NY CITY TFA B SUB 5.0% 11/1/18 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2704. - YALE UNIV CT ST HLTH & ED (MPT) 4% 7/1/49 | | | | | Buy | 02/24/10 | M | | |
| 2705. | | | | | Sold | 09/22/10 | M | A | |
| 2706. -SSGA US GOV MONEY MARKET FUND | | | | | | | | | |
| 2707 ▓▓▓ Trust #29 - List of Assets | G | Dividend | P2 | T | | | | | |
| 2708. -BOND FUND OF AMERICA INC | | | | | Sold (part) | 01/28/10 | J | | |
| 2709. | | | | | Sold (part) | 02/05/10 | J | A | |
| 2710. | | | | | Sold (part) | 05/07/10 | P1 | G | |
| 2711. | | | | | Sold | 05/07/10 | M | C | |
| 2712. -INTERMEDIATE BOND FUND OF AMERICA | | | | | Sold (part) | 05/07/10 | P1 | G | |
| 2713. | | | | | Sold | 05/07/10 | L | B | |
| 2714. - CAPITAL CORE BOND FUND | | | | | Buy | 05/10/10 | P2 | | |
| 2715. | | | | | Sold (part) | 06/14/10 | O | D | |
| 2716. | | | | | Sold (part) | 07/28/10 | J | A | |
| 2717. | | | | | Sold (part) | 10/28/10 | J | A | |
| 2718. -SSGA US GOV MONEY MARKET FUND | | | | | Open | | | | |
| 2719 ▓▓▓ Trust #30 - List of Assets | F | Dividend | P3 | T | | | | | |
| 2720. - 3M COMPANY (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2721. - ADOBE SYSTEMS INC (X) | | | | | Sold | 10/08/10 | K | | |
| 2722. -AGILENT TECHNOLOGIES INC (X) | | | | | | | | | |
| 2723. -AIR PRODUCTS & CHEMICALS INC (X) | | | | | | | | | |
| 2724. - ALLEGHENY TECHNOLOGIES INC (X) | | | | | | | | | |
| 2725. - ALLERGAN INC (X) | | | | | | | | | |
| 2726. - ALLSTATE CORP (X) | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2727. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2728. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 2729. - AMAZON. COM INC (X) | | | | | Sold (part) | 10/08/10 | K | B | |
| 2730. | | | | | Sold (part) | 10/08/10 | K | E | |
| 2731. - AMERICA MOVIL SAB DE (X) | | | | | | | | | |
| 2732. - AMERICAN TOWER CORP (X) | | | | | Buy (add'l) | 10/14/10 | K | | |
| 2733. - AMERICAN WATER WORKS (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2734. - ANGLO AMERICAN PLC (X) | | | | | Buy (add'l) | 10/14/10 | K | | |
| 2735. - AON CORP (X) | | | | | Sold (part) | 11/04/10 | K | | |
| 2736. | | | | | Sold (part) | 11/05/10 | J | A | |
| 2737. | | | | | Sold (part) | 11/05/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2738. | | | | | Sold (part) | 11/05/10 | J | A | |
| 2739. | | | | | Sold (part) | 11/08/10 | J | A | |
| 2740. - APPLE INC (X) | | | | | Sold (part) | 10/08/10 | K | D | |
| 2741. - ASML HOLDING NV (X) | | | | | | | | | |
| 2742. - BAE SYSTEMS PLC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2743. - BANK OF CHINA LTD (X) | | | | | Buy (add'l) | 12/13/10 | J | | |
| 2744. - BANK OF EAST ASIA (X) | | | | | Buy (add'l) | 10/13/10 | J | | |
| 2745. - BARRICK GOLD CORP (X) | | | | | Sold (part) | 10/08/10 | K | E | |
| 2746. - BAYER (X) | | | | | Sold (part) | 10/11/10 | K | | |
| 2747. - BEST BUY INC (X) | | | | | | | | | |
| 2748. - BG GROUP PLC (X) | | | | | Sold (part) | 10/11/10 | J | A | |
| 2749. | | | | | Sold (part) | 10/11/10 | K | | |
| 2750. - BHP BILLITON LTD (X) | | | | | | | | | |
| 2751. - BILLABONG INTERNATIONAL LTD (X) | | | | | | | | | |
| 2752. -BNP PARIBAS (X) | | | | | Sold (part) | 12/01/10 | K | | |
| 2753. | | | | | Sold (part) | 12/01/10 | K | | |
| 2754. | | | | | Sold (part) | 12/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2755. | | | | | Sold (part) | 12/02/10 | K | | |
| 2756. | | | | | Sold | 12/08/10 | K | | |
| 2757. - BOC HONG KONG HOLDINGS LTD (X) | | | | | | | | | |
| 2758. - BOEING CO (X) | | | | | | | | | |
| 2759. -BOUYGUES (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2760. - BRISTOL MYERS SQUIBB CO (X) | | | | | | | | | |
| 2761. - BROADCOM CORP (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2762. - CAMECO CORP C$ (X) | | | | | | | | | |
| 2763. - CAMECO CORP US$ (X) | | | | | | | | | |
| 2764. - CANADIAN NATURAL RESOURCES LTD C$ (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2765. - CANON INC (X) | | | | | Buy (add'l) | 11/29/10 | K | | |
| 2766. | | | | | Buy (add'l) | 11/30/10 | K | | |
| 2767. | | | | | Buy (add'l) | 12/01/10 | K | | |
| 2768. | | | | | Buy (add'l) | 12/02/10 | K | | |
| 2769. -CARNIVAL CORP (X) | | | | | Sold (part) | 10/26/10 | K | B | |
| 2770. | | | | | Sold (part) | 10/27/10 | K | D | |
| 2771. | | | | | Sold | 10/27/10 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2772. - CELGENE CORP (X) | | | | | Buy (add'l) | 12/13/10 | J | | |
| 2773. - CENOVUS ENERGY C$ (X) | | | | | | | | | |
| 2774. - CENOVUS ENERGY INC (X) | | | | | | | | | |
| 2775. - CERNER CORP (X) | | | | | Sold (part) | 10/08/10 | L | D | |
| 2776. - CHEVRON CORP (X) | | | | | | | | | |
| 2777. - CHINA LIFE INSURANCE CO LTD (X) | | | | | | | | | |
| 2778. - CHINA SHENHUA ENERGY (X) | | | | | | | | | |
| 2779. - CISCO SYSTEMS INC (X) | | | | | | | | | |
| 2780. - COACH INC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2781. - COCA-COLA AMATIL LTD (X) | | | | | | | | | |
| 2782. - COMCAST CORP (X) | | | | | Buy (add'l) | 10/28/10 | K | | |
| 2783. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 2784. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 2785. | | | | | Buy (add'l) | 11/23/10 | J | | |
| 2786. | | | | | Buy (add'l) | 11/26/10 | K | | |
| 2787. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 2788. - COSTCO (X) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2789. - CRH PLC (X) | | | | | | | | | |
| 2790. - CSL LTD (X) | | | | | | | | | |
| 2791. - DANAHER CORP (X) | | | | | | | | | |
| 2792. - DANONE (X) | | | | | | | | | |
| 2793. - DAVITA INC (X) | | | | | Sold (part) | 10/26/10 | K | D | |
| 2794. - DBS GROUP HOLDINGS (X) | | | | | | | | | |
| 2795. - DIAGEO PLC (X) | | | | | | | | | |
| 2796. - DIXONS GROUP PLC | | | | | Buy | 11/26/10 | J | | |
| 2797. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2798. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2799. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2800. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 2801. - DREAMWORKS ANIMATION SKG (X) | | | | | | | | | |
| 2802. - EBAY INC (X) | | | | | | | | | |
| 2803. - ECOLAB INC (X) | | | | | | | | | |
| 2804. - EDISON INTERNATIONAL (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2805. - EMERSON ELECTRIC CO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2806. - ENERGIZER HOLDINGS INC (X) | | | | | Sold (part) | 10/08/10 | K | | |
| 2807. - ESSILOR INTL (X) | | | | | Sold (part) | 10/11/10 | K | D | |
| 2808. - FANUC CO (X) | | | | | | | | | |
| 2809. - FEDEX CORP (X) | | | | | | | | | |
| 2810. - FIRST SOLAR INC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2811. - FLUOR CORP (X) | | | | | | | | | |
| 2812. - GDF SUEZ (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2813. - GENERAL ELECTRIC CO (X) | | | | | Buy (add'l) | 10/14/10 | K | | |
| 2814. - GENERAL MILLS INC (X) | | | | | | | | | |
| 2815. - GENPACT LTD (X) | | | | | Sold (part) | 10/08/10 | J | C | |
| 2816. | | | | | Sold (part) | 10/08/10 | L | D | |
| 2817. - GOLDMAN SACHS GROUP (X) | | | | | | | | | |
| 2818. - GOOGLE INC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2819. - HALLIBUTRON CO (X) | | | | | | | | | |
| 2820. - HDFC BANK LTD (X) | | | | | | | | | |
| 2821. - HENNES & MAURITZ (X) | | | | | Sold (part) | 10/11/10 | K | C | |
| 2822. - HEWLETT-PACKARD CO (X) | | | | | Sold (part) | 10/25/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2823. - HOLCIM LTD NAMEN (X) | | | | | Sold (part) | 10/11/10 | K | | |
| 2824. | | | | | Sold | 10/11/10 | K | | |
| 2825. - HONG KONG/CHINA GAS (X) | | | | | Buy (add'l) | 11/04/10 | K | | |
| 2826. | | | | | Buy (add'l) | 11/05/10 | K | | |
| 2827. - HSBC HOLDINGS PLC ADR SPON (X) | | | | | | | | | |
| 2828. - HSBC HOLDINGS PLC (X) | | | | | | | | | |
| 2829. - ICICI BANK LTD SPON (X) | | | | | | | | | |
| 2830. - ILLINOIS TOOL WORKS (X) | | | | | Buy (add'l) | 11/09/10 | K | | |
| 2831. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 2832. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 2833. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 2834. -IMPERIAL OIL LTD US$ | | | | | Buy | 10/14/10 | K | | |
| 2835. - IMPERIAL TOBACCO (X) | | | | | | | | | |
| 2836. - INMET MINING CORP (X) | | | | | | | | | |
| 2837. - INTERNATIONAL BUSINESS MACHINES CORP (X) | | | | | | | | | |
| 2838. - INTERNATIONAL GAME TECHNOLOGY | | | | | Buy (add'l) | 12/31/10 | K | | |
| 2839. - IRON MOUNTAIN INC (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2840. - ISRAEL CHEMICALS LTD ADR UNSPON | | | | | Buy | 10/14/10 | L | | |
| 2841. | | | | | Buy (add'l) | 10/19/10 | K | | |
| 2842. - JERONIMO MARTINS SGPS (X) | | | | | | | | | |
| 2843. - JGC CORP (X) | | | | | Buy (add'l) | 10/15/10 | K | | |
| 2844. - JP MORGAN CHASE & CO (X) | | | | | | | | | |
| 2845. - JUNIPER NETWORKS INC (X) | | | | | | | | | |
| 2846. - KEYENCE CORP (X) | | | | | | | | | |
| 2847. - KLA-TENCOR CORP (X) | | | | | Buy (add'l) | 10/14/10 | M | | |
| 2848. - KONINKLIJKE KPN (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2849. - KRAFT FOODS INC (X) | | | | | | | | | |
| 2850. - KURITA WATER INDUSTRIES (X) | | | | | Buy (add'l) | 10/15/10 | K | | |
| 2851. - L'AIR LIQUIDE (X) | | | | | | | | | |
| 2852. - L'OREAL (X) | | | | | | | | | |
| 2853. - LI & FUNG LTD (X) | | | | | Sold (part) | 10/11/10 | K | D | |
| 2854. - LI NING CO LTD (X) | | | | | Sold | 11/24/10 | K | | |
| 2855. - LLOYDS TSB GROUP PLC (X) | | | | | | | | | |
| 2856. - LOWES COMPANIES INC (X) | | | | | Sold (part) | 10/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2857. | | | | | Sold (part) | 10/08/10 | K | | |
| 2858. - MATATHON OIL CORP COM (X) | | | | | | | | | |
| 2859. - MACQUARIE GROUP LTD | | | | | Buy | 12/21/10 | L | | |
| 2860. - MAXIM INTEGRATED PRODS INC (X) | | | | | | | | | |
| 2861. - MCDONALDS CORP (X) | | | | | | | | | |
| 2862. - MEDTRONIC INC (X) | | | | | Sold (part) | 10/26/10 | K | | |
| 2863. | | | | | Sold (part) | 10/26/10 | K | | |
| 2864. | | | | | Sold (part) | 11/23/10 | K | | |
| 2865. - MERCK & CO INC (X) | | | | | | | | | |
| 2866. - MICROCHIP TECHNOLOGY INC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2867. - MICROSOFT CORP (X) | | | | | | | | | |
| 2868. - MONSANTO CO NEW COM (X) | | | | | Sold (part) | 10/08/10 | K | | |
| 2869. - MUENCHENER RUECK NAMEN VINK (X) | | | | | Buy (add'l) | 10/13/10 | K | | |
| 2870. - MURATA MANUFACTURING (X) | | | | | | | | | |
| 2871. - NATIONAL GRID PLC (X) | | | | | | | | | |
| 2872. - NATIONAL INSTRUMENTS CORP (X) | | | | | | | | | |
| 2873. - NESTLE SA REG (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2874. - NEWCREST MINING NPV (X) | | | | | | | | | |
| 2875. - NEW YORK TIMES CO | | | | | Buy | 12/22/10 | K | | |
| 2876. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 2877. - NINTENDO (X) | | | | | Buy (add'l) | 11/09/10 | K | | |
| 2878. - NINTENDO CO LTD ADR UNSPON (X) | | | | | | | | | |
| 2879. - NOBLE ENERGY INC (X) | | | | | | | | | |
| 2880. - NORDSTROM INC (X) | | | | | | | | | |
| 2881. - NORFOLK SOUTHERN CORP (X) | | | | | | | | | |
| 2882. - NOVARTIS AG NAMEN (X) | | | | | | | | | |
| 2883. - NOVO NORDISK (X) | | | | | | | | | |
| 2884. -NUCOR CORP (X) | | | | | | | | | |
| 2885. - OMNICOM GROUP INC (X) | | | | | | | | | |
| 2886. - ORACLE CORP (X) | | | | | | | | | |
| 2887. - PAYCHEX INC (X) | | | | | Sold (part) | 10/08/10 | K | | |
| 2888. | | | | | Sold | 10/08/10 | K | | |
| 2889. - PENGROWTH ENERGY TRUST (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2890. - PEPSICO INC (X) | | | | | Sold (part) | 10/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2891. - PERNOD RICARD (X) | | | | | Sold (part) | 10/11/10 | K | | |
| 2892. - PETROLEO BRASILEIRO SA PETROBR SP (X) | | | | | Sold | 11/02/10 | L | | |
| 2893. - PHILIP MORRIS INTERNATIONAL (X) | | | | | | | | | |
| 2894. - POLYCOM INC (X) | | | | | | | | | |
| 2895. - POTASH CORP OF SASKATCHEWAN INC (X) | | | | | | | | | |
| 2896. - PROCTER & GAMBLE (X) | | | | | Sold (part) | 10/08/10 | L | D | |
| 2897. | | | | | Sold (part) | 10/08/10 | K | | |
| 2898. - PROGRESSIVE CORP OHIO (X) | | | | | | | | | |
| 2899. - QUALCOMM INC (X) | | | | | | | | | |
| 2900. - RECKITT BENCKISER GROUP (X) | | | | | | | | | |
| 2901. - RELIANCE INDUSTRIES LTD (X) | | | | | | | | | |
| 2902. - REPUBLIC SERVICES INC | | | | | Buy | 12/31/10 | K | | |
| 2903. - RICHEMONT CIE FIN (X) | | | | | | | | | |
| 2904. - RIO TINTO PLC (X) | | | | | | | | | |
| 2905. - ROGERS COMMUNICATION (X) | | | | | | | | | |
| 2906. - ROYAL DUTCH SHELL (X) | | | | | Sold (part) | 10/08/10 | K | | |
| 2907. - SAMSUNG ELEC (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2908. - SANDVIK (X) | | | | | | | | | |
| 2909. - SAP (X) | | | | | | | | | |
| 2910. - SCHLUMBERGER LTD (X) | | | | | Sold (part) | 10/08/10 | J | | |
| 2911. | | | | | Sold (part) | 10/08/10 | K | | |
| 2912. - SCHWAB CHARLES NEW (X) | | | | | Buy (add'l) | 12/10/10 | J | | |
| 2913. | | | | | Buy (add'l) | 12/14/10 | K | | |
| 2914. - SCRIPPS NETWORKS INTERACTIVE (X) | | | | | | | | | |
| 2915. - SEADRILL LTD | | | | | Buy | 12/21/10 | L | | |
| 2916. - SES FDR CL A (X) | | | | | | | | | |
| 2917. - SHANGRI-LA ASIA (X) | | | | | | | | | |
| 2918. - SHIRE PLC (X) | | | | | | | | | |
| 2919. - SIEMENS AG NAMEN (X) | | | | | Buy (add'l) | 12/07/10 | L | | |
| 2920. - SMC CORP (X) | | | | | Sold (part) | 10/12/10 | K | D | |
| 2921. - SOFTBANK CORP (X) | | | | | | | | | |
| 2922. - SONOVA HOLDING (X) | | | | | | | | | |
| 2923. - SPECTRA ENERGY CORP (X) | | | | | | | | | |
| 2924. - STANDARD CHARTERED (X) | | | | | Sold (part) | 10/11/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2925. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 2926. -STANLEY BLACK & DECKER INC (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2927. - SUN HUNG KAI PROP (X) | | | | | | | | | |
| 2928. -SUNCOR ENERGY INC (X) | | | | | | | | | |
| 2929. - SUZUKI MOTOR (X) | | | | | Sold | 11/24/10 | J | A | |
| 2930. - SWIRE PACIFIC LTD (X) | | | | | | | | | |
| 2931. - SWISSCOM AG REG (X) | | | | | Buy (add'l) | 10/14/10 | K | | |
| 2932. - SYNGENTA AG | | | | | Buy | 10/14/10 | K | | |
| 2933. - SYNTHES INC (X) | | | | | | | | | |
| 2934. - TARGET CORP (X) | | | | | | | | | |
| 2935. - TELEVISION BROADCAST | | | | | Buy | 11/03/10 | J | | |
| 2936. | | | | | Buy (add'l) | 11/04/10 | J | | |
| 2937. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 2938. | | | | | Buy (add'l) | 11/08/10 | K | | |
| 2939. - TELSTRA CORP (X) | | | | | | | | | |
| 2940. - TELUS CORPORATION (X) | | | | | | | | | |
| 2941. - TESCO PLC (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2942. - THE WALT DISNEY CO (X) | | | | | | | | | |
| 2943. - TIFFANY & CO NEW (X) | | | | | | | | | |
| 2944. - TIME WARNER CABLE INC (X) | | | | | | | | | |
| 2945. - TINGYI HOLDING CORP (X) | | | | | | | | | |
| 2946. - TORONTO-DOMINION BANK (X) | | | | | | | | | |
| 2947. - TREND MICRO (X) | | | | | | | | | |
| 2948. - TYCO ELECTRONICS LTD (X) | | | | | | | | | |
| 2949. - UNION PACIFIC CORP (X) | | | | | Sold (part) | 10/08/10 | K | D | |
| 2950. - UNITED PARCEL SERVICE INC (X) | | | | | | | | | |
| 2951. - UNITED TECHNOLOGIES CORP (X) | | | | | Buy (add'l) | 12/31/10 | K | | |
| 2952. -UNITEDHEALTH GROUP INC (X) | | | | | | | | | |
| 2953. - URBAN OUTFITTERS INC (X) | | | | | Sold (part) | 10/08/10 | K | | |
| 2954. - VEOLIA ENVIRONMENT (X) | | | | | Sold (part) | 12/03/10 | J | B | |
| 2955. | | | | | Sold (part) | 12/03/10 | K | | |
| 2956. | | | | | Sold (part) | 12/07/10 | J | B | |
| 2957. | | | | | Sold (part) | 12/09/10 | J | A | |
| 2958. | | | | | Sold (part) | 12/14/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2959. | | | | | Sold | 12/15/10 | J | A | |
| 2960. - VERIZON COMMUNICATIONS (X) | | | | | Buy (add'l) | 10/14/10 | J | | |
| 2961. - VISA INC (X) | | | | | | | | | |
| 2962. - VULCAN MATERIALS CO (X) | | | | | | | | | |
| 2963. - WAL MART DE MEXICO (X) | | | | | | | | | |
| 2964. - WEATHERFORD INTL LTD (X) | | | | | Sold (part) | 10/08/10 | K | B | |
| 2965. - WELLS FARGO & CO (X) | | | | | Sold | 10/15/10 | L | | |
| 2966. - WESTPAC BANKING CORP (X) | | | | | Sold (part) | 12/03/10 | K | | |
| 2967. | | | | | Sold | 12/03/10 | M | D | |
| 2968. -SSGA US GOV MONEY MARKET FUND | | | | | Open | | | | |
| 2969. CAPITAL INTL PV EQUITY FUND V, LP | F | Int./Div. | P1 | U | Buy (add'l) | 02/11/10 | M | | |
| 2970. | | | | | Buy (add'l) | 03/15/10 | M | | |
| 2971. | | | | | Buy (add'l) | 03/26/10 | K | | |
| 2972. | | | | | Buy (add'l) | 10/05/10 | L | | |
| 2973. | | | | | Buy (add'l) | 11/10/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)

These entities will eventually be liquidated as they wind up their affairs:


Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property #21
Rental Property # 22
Rental Property #24


(X) Denotes reportable items resulting from current year transfers-in from other accounts.

(Y) Denotes items which are no longer reportable due to transfers-out to other accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T. | 9/1/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maryanne T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544